## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 20-392** |
| | : | |
| | : | |
| **SHAHIDUL GAFFAR** | : | |

## O R D E R

**AND NOW**, this            day of                        , 2021, upon

consideration of the Defendant's Unopposed Motion for Temporary Modification of Conditions

of Release; it is hereby **ORDERED** that said conditions be temporarily modified to permit

Defendant Shahidul Gaffar to travel to the District of New Jersey on September 25, 2021, to

provide essential catering services necessary for his restaurant business.


**BY THE COURT:**


_____
**THE HONORABLE JOSHUA D. WOLSON**
**United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NUMBER 20-392** |
| | **:** | |
| | **:** | |
| **SHAHIDUL GAFFAR** | **:** | |

**DEFENDANT'S UNOPPOSED MOTION FOR TEMPORARY
<u>MODIFICATION OF CONDITIONS OF RELEASE</u>**

Defendant, Shahidul Gaffar, by and through his attorney Elizabeth L. Toplin, Assistant

Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania,

respectfully requests this Court grant the instant Unopposed Motion for Temporary Modification

of Conditions of Release.  In support thereof, it is averred:

1.      On November 9, 2020, an Information was filed against Shahidul Gaffar charging

him with one count of conspiracy to provide material support to foreign terrorist organization in

violation of 18 U.S.C. § 371.

2.      On November 19, 2020, Your Honor set Bail in the amount of $100,000.00 O/R.

3.      On September 9, 2021, defendant was sentenced to a term of 18 months

imprisonment to be followed by a 3 year term of supervised release, and a special assessment of

$100.00.  Mr. Gaffar's prison sentence was suspended until November 11, 2023, at which time

the defendant is directed to report to the designated institution.

4.      Mr. Gaffar respectfully requests that he be permitted to travel outside of the

Eastern District of Pennsylvania to the District of New Jersey to provide essential catering

services necessary for his restaurant business on September 25, 2021.

5.      Assistant United States Attorney, Sarah Wolfe has advised that the government has no objection to a temporary modification of Mr. Gaffar's conditions to allow him to travel to the District of New Jersey to provide essential catering services necessary for his restaurant business on September 25, 2021.

**WHEREFORE**, we respectfully request Your Honor to order that Mr. Gaffar's release conditions be temporarily modified and that he be permitted to travel to the District of New Jersey on September 25, 2021, to provide essential catering services necessary for his restaurant business.

Respectfully Submitted,

*/s/ Elizabeth L. Toplin*
ELIZABETH L. TOPLIN
Assistant Chief, Trial Unit

## CERTIFICATE OF SERVICE

I, Elizabeth L. Toplin, Assistant Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of Defendant's Unopposed Motion for Temporary Modification of Conditions of Release, to be filed and served electronically through Electronic Case Filing and/or electronic mail upon Sarah Wolfe, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106 and Phillip Harris, United States Pretrial Services Officer, Suite 4408, 600 Arch Street, Philadelphia, Pennsylvania 19106.

*/s/ Elizabeth L. Toplin*
ELIZABETH L. TOPLIN
Assistant Chief, Trial Unit

Date:    September 24, 2021