IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
- - -

UNITED STATES OF AMERICA            :  CRIMINAL ACTION NO.
                                    :  20-00392
    v.                              :
                                    :  SENTENCING HEARING
SHAHIDUL GAFAR and NABILA KHAN      :     - REDACTED -
_____

                                    James A. Byrne U.S. Courthouse
                                    601 Market Street
                                    Philadelphia, PA 19106
                                    September 9, 2021
                                    Commencing at 12:13 p.m.

_____

                BEFORE THE HONORABLE JOSHUA D. WOLSON


_____

APPEARANCES:

FOR THE                 U.S. ATTORNEY'S OFFICE
GOVERNMENT:             BY:  SARAH M. WOLFE, ESQUIRE
                        BY:  ROBERT JAMES LIVERMORE, ESQUIRE
                        One Independence Mall - Suite 1250
                        615 Chestnut Street
                        Philadelphia, Pennsylvania 19106
                        (215) 861-8668
                        sarah.wolfe@usdoj.gov
                        robert.j.livermore@usdoj.gov


                             - - -

                Ann Marie Mitchell, CRR, RDR, RMR
                    Official Court Reporter



Proceedings taken stenographically and prepared utilizing
computer-aided transcription

APPEARANCES CONTINUED:

FOR THE                FEDERAL COMMUNITY DEFENDER OFFICE
DEFENDANT SHAHIDUL     BY:  ELIZABETH TOPLIN, ESQUIRE
GAFFAR:                601 Walnut Street
                       Suite 540 West
                       Philadelphia, Pennsylvania 19106
                       (215) 928-1100
                       elizabeth_toplin@fd.org


FOR THE                THE LAW OFFICE OF CAROLINE GOLDNER
DEFENDANT NABILA       CINQUANTO
KHAN:                  BY:  CAROLINE A. GOLDNER CINQUANTO,
                       ESQUIRE
                       123 S. Broad Street
                       Suite 2500
                       Philadelphia, Pennsylvania 19109
                       (215) 735-1600
                       carrie@cgclegal.com

ALSO PRESENT:

     Madhu Mishra, Interpreter

     Laura Buenzle, Courtroom Deputy




                              -  -  -

(Court called to order at 10:38 a.m.)

THE COURT:  Good morning, everybody.

Have a seat, please.

RESPONSE:  Good morning.

THE COURT:  We are here for sentencings in United States v. Gaffar and United States v. Khan, which are 20-cr-392-01 and -02.

In speaking to counsel before we got started today, just to let them know how we're going to proceed.  And so given the interplay of the proceedings here, what I want to do is I want to start with Mr. Gaffar's sentencing proceeding up through arguments of counsel and allocution and then pause and pivot, and then do the same thing for Ms. Khan.

And then once I'm through all that, I can take a break, which I will likely do, think about what I've heard, and then I can come out kind of give you all my thoughts, analysis and pronounce sentence for both defendants.

So we'll proceed that way.  If anything crops up as we go that necessitates a change, we can do that.

So that's just a quick overview of how I want to proceed.

Let me talk that through.  Why don't I now pause and stop filibustering and let counsel give me their appearances.

For the government.

MS. WOLFE:  Good morning, Your Honor.  Assistant US

Attorney Sarah Wolfe on behalf of the government.

MR. LIVERMORE:  Good morning, Your Honor.  Robert Livermore for the United States.

THE COURT:  Good morning.

MS. TOPLIN:  Good morning, Your Honor.  Elizabeth Toplin, federal defender, on behalf of Mr. Gaffar.

THE COURT:  Good morning.

MS. CINQUANTO:  Good morning, Your Honor.  Caroline Cinquanto on behalf of Nabila Khan.

THE COURT:  Good morning.  And I see we have --

THE INTERPRETER:  Good morning, Your Honor.

(Court reporter clarification.)

THE COURT:  When you speak, let's make sure we get the microphone.

THE INTERPRETER:  Good morning, I'm the Bengali interpreter for these proceedings, and I've been informed by the counselors that I will be on standby.

THE COURT:  Okay.

I see that we have Ms. Sentella from probation.  Good morning.

PROBATION OFFICER:  Good morning, Your Honor.

THE COURT:  I think -- I understand the interpreter is on standby, but to the extent you're going to be participating or interpreting, I think we should probably swear you in.

So Ms. Buenzle, if you would.

THE DEPUTY CLERK:  Please raise your right hand. Please state and spell your name for the record.

THE INTERPRETER:  My name is Madhu Mishra, M-A-D-H-U, last name is M-I-S-H-R-A.

(Interpreter sworn.)

THE COURT:  So I want to just start by noting that there are some filings in this case that have been filed under seal.  Based on some of what I've seen in the submissions, I am going to ask any party with an interest in maintaining those materials under seal to submit a supplemental memo by next Friday, the 16th -- I'm sorry, next Friday is the 17th -- just explaining why I should do that.  And I'll assess that and then make a determination as to whether I should revisit the sealing order.

For today, if anything crops ups that requires us to go under seal, I'll ask the attorneys just to let me know.

As a procedural matter, I think what we'll do -- and because of the logistics of it, I'll ask you to try to keep it consolidated, but we'll probably step in the back rather than all stand on top of each other at sidebar, just so we can maintain some distancing.

But just flag that for me.  Again, I'd like to keep that to a minimum.  And then to the extent we do have to go to sidebar at all, I'll again ask any party with an interest in keeping that portion of the transcript under seal to make a

showing by next Friday as to why I should do so.

All right.  That out of the way, Mr. Gaffar, good morning.  How are you today?

DEFENDANT GAFFAR:  Good morning, Your Honor.

THE COURT:  Do you understand why we're here today, sir?

DEFENDANT GAFFAR:  Yes, sir.

THE COURT:  What do you understand?

DEFENDANT GAFFAR:  We are here for the sentencing for myself and for my wife.

THE COURT:  Okay.  How are you feeling today, sir?

DEFENDANT GAFFAR:  I'm feeling great, sir.

THE COURT:  Okay.  You feel clear-headed, able to participate today?

DEFENDANT GAFFAR:  Yes, sir, I do.

THE COURT:  Any reason from your perspective why we should not be going forward today?

DEFENDANT GAFFAR:  No, sir, there is no reason.

THE COURT:  So let me ask counsel whether you've received copies of the presentence investigation report, which I think as revised is dated March 22, 2021 as well.

MS. WOLFE:  Yes, Your Honor, I have.

THE COURT:  Ms. Toplin?

MS. TOPLIN:  Yes, Your Honor.

THE COURT:  Mr. Gaffar, have you gotten a copy of that

report?

DEFENDANT GAFFAR:  Yes, I did.

THE COURT:  Have you read it?

DEFENDANT GAFFAR:  Yes, Your Honor.

THE COURT:  How many times have you read it through?

DEFENDANT GAFFAR:  A few times.

THE COURT:  Have you reviewed it with Ms. Toplin?

DEFENDANT GAFFAR:  Yes, I did.

THE COURT:  Have you reviewed it with anyone other than Ms. Toplin?

DEFENDANT GAFFAR:  No, Your Honor.

THE COURT:  Have you gotten whatever questions you had about the report answered by Ms. Toplin?

DEFENDANT GAFFAR:  Yes, Your Honor.

THE COURT:  Do you need any time at this point to discuss the report either with anyone else or with Ms. Toplin?

DEFENDANT GAFFAR:  No, Your Honor.

THE COURT:  So, Mr. Gaffar, is there anything in the report that you think is incorrect and you think might be harmful to your position here today?

DEFENDANT GAFFAR:  Not that I know of, Your Honor, unless I missed it.

THE COURT:  Okay.  Is there anything that was missing from the report that you would want added because you think it would be helpful to your position?

DEFENDANT GAFFAR:  Not at this moment, Your Honor, but I would like to add a few things when I will be able to speak, get my chances.

THE COURT:  We'll certainly give you an opportunity to say whatever you want to say, whether it's something that you would want to add to the report or for otherwise.

Okay.  So let me just -- some mechanical stuff for counsel.

The presentence investigation report calculates a total offense level of 37.

Is that -- does everybody agree that that's correct, Ms. Wolfe?

MS. WOLFE:  Yes, Your Honor.

THE COURT:  Ms. Toplin?

MS. TOPLIN:  Yes, Your Honor.

THE COURT:  The probation office calculated a criminal history category of VI as well.

Do you agree with that, Ms. Wolfe?

MS. WOLFE:  Yes, Your Honor.

THE COURT:  Ms. Toplin?

MS. TOPLIN:  Yes, Your Honor.

THE COURT:  So as I think we talked about in the -- or in the submissions that I've seen, that results in a sentencing guideline category or a recommended sentence of 360 months to life, but we are subject to an applicable statutory

maximum of 60 months, which then becomes the guideline range.

Ms. Wolfe, are you in agreement with that?

MS. WOLFE:  Yes, Your Honor.

THE COURT:  Ms. Toplin?

MS. TOPLIN:  Yes, Your Honor.

THE COURT:  Let me ask, does the government, Ms. Wolfe, have any corrections to the presentence investigation report?

MS. WOLFE:  No, Your Honor.

THE COURT:  Ms. Toplin, anything for the defense?

MS. TOPLIN:  No, Your Honor.

THE COURT:  Any objections to the report from the government?

MS. WOLFE:  No, Your Honor.

MS. TOPLIN:  No, Your Honor.

THE COURT:  None from the defense.  Okay.

So, Ms. Wolfe, I'll hear from you then as to the government's recommendation.  I obviously have seen your recommendation, sentencing memo.

I have some questions as you go, but I'm going to let you go first and just tell me what you have to say.

MS. WOLFE:  Sure, Your Honor.  I'd like to start by -- I don't want to repeat everything that's in the memo because Your Honor has read it, but I would like to address some of the inconsistencies in the characterization of the assistance

provided by the defendants.

You know what?  Let me stop there.

THE COURT:  Let me just ask whether that's something that we need to do --

MS. WOLFE:  We'll do that later on.  Never mind.

THE COURT:  Okay.

MS. WOLFE:  Let me turn to the 3553(a) factors then.

This is a case that really the nature and circumstances of the offense cuts both ways.  And that is, in some senses, it was a small amount of money provided and it was in support of the defendant's family members.  And so in some ways, that seems like it's not that big of a deal.

But those brothers were making the colossally bad decision to join a foreign terrorist organization.  And these defendants supported those brothers in doing that.

And so while the motive may have been understandable in wanting to support family, it doesn't change the impact of the actual conduct.

THE COURT:  Let's talk about impact for a second, because one of the questions I do have kind of goes to causation here.  And whether the support that the brothers got from Mr. Gaffar and from Ms. Khan as well led to them making their way to fight for ISIS or to join ISIS or whether this was going to happen anyway.  I mean, and in particular I saw I think in the presentence investigation report that the older of

the two brothers received a fair amount of money from an ISIS recruiter directly to travel to Syria and join.

MS. WOLFE:  Yes.  I think that's a fair reading of that.  And I'm not saying that this is the but-for cause of them joining ISIS, but it is a factor.  And it was something that they -- they were aware of what was happening, and they chose to support him -- them, really -- in those efforts to travel to Syria.

So you're right, Your Honor, it's not causative, but it is part of what helped them get to Syria.

THE COURT:  And so what about with the younger brother?  He got it seems like more financial support from the family to make this journey.  Where does that kind of fall in terms of causation?  Was he going to make his way to Syria anyway or --

MS. WOLFE:  Your Honor, it seems that once a person becomes radicalized and makes the decision to go there, I'm not sure that whether or not these defendants provided, you know, a few thousand dollars in support of that or not, that would have changed his mind.  It's hard to say that.  But what I can say about the younger brother is that he was in their home for a period of time, and they had a very close relationship with him.  And then when he moved back to Bangladesh, Ms. Khan was present in the household while he was radicalizing.

So they had a very important connection to him and in

the moment when it mattered.  And so it's really hard to say, you know, looking back on this whether or not their support would have changed his mind.  It's hard to say.

THE COURT:  Let me just -- I mean, when you say that they had -- he was in their home, here I think Ms. Khan was present in Bangladesh when the younger brother was being radicalized.

But is the -- are you saying that they sort of turned a willful blind eye to this or just that it happened and they didn't detect it?  Because those strike me as different.

MS. WOLFE:  No.  I'm saying that they were well aware of it.  And it's not about turning a willful blind eye.  They were aware of it.  And while they may have not supported the ideology of the underlying foreign terrorist organization, they we were aware of that ideology, they were aware of the brothers' radicalization, they were aware of their plans to travel, and those chose to support those brothers.

THE COURT:  Okay.  I cut you off.  So go ahead.

MS. WOLFE:  No.  That's fine.

So, I mean, I think Your Honor is right where the crux of this case is, and that is, you know, you have family members who are making a bad decision.  And the question is, you know, what do they do?  Do they support the family member or not?

And I would submit to Your Honor that in that very difficult situation, nobody is saying that's not a difficult

situation, there's a right choice and a wrong choice. There's a legal choice and an illegal choice. And they made the illegal choice. And they did it more than once because there were two brothers.

So at the end of the day, their support helped send those two young, healthy men to Syria to fight in a war that, you know, as we all know was bloodshed, complete bloodshed.

So it's a very serious offense. And I would submit that despite the motives underlying that, the nature and circumstances of that offense warrant a sentence of incarceration.

Part of the reason that -- I won't go into the negotiations too much, but part of the reason that this case was resolved by a 371 conspiracy was because of that interplay between the motive and the support. I mean, a conspiracy -- a substantive conspiracy under 2339(b) would have a much higher statutory max. We would not be capped at five years. This was something that the government already realized about this case.

And, you know, we're not here to rake somebody over the coals unnecessarily. We look at what's an appropriate resolution of this case. And here that was a statutory cap of five years. So all of the nature and circumstances went into that analysis in choosing what the most appropriate charge was.

THE COURT: All right.

MS. WOLFE: The other thing I'd just like to touch on

with the 3553(a) factors is the need for deterrence.  And I don't think it's specific for these defendants.  I do believe that they are contrite and that they -- I mean, obviously they've lost family members through the course of this.  But I think there is an important message that needs to be sent.  And the message is that material support in any measure is illegal and will not be ignored.

And so for those reasons, Your Honor, we submit that a period of incarceration is appropriate.  And I will leave the comparative analysis to my comments with regard to Ms. Khan.

THE COURT:  Let me just ask, though, two things.

One is, how, if at all, in the government's view should I be considering the effect that all this has on the children who are featured somewhat prominently in the defense memos?

MS. WOLFE:  Yes, yes.  They are featured prominently.

And it's a travesty.  And any time any parent is sentenced to a period of incarceration, it has, you know, effects on the entire family, the entire community.  And it's tragic.  And for that reason, you know, we are cognizant of those effects, and the fact that there are four young children, and so that's why the government is not opposing the idea of a staggered sentence should the Court impose incarceration for one or both.

THE COURT:  Okay.  The other question I guess I have

for you then is to just get your response, anticipatory, but you've read the memos like I have.  And so Mr. Gaffar's sentencing memo talks about some other cases around the country as I guess establishing a baseline in terms of sentences that can be imposed in this case.

What's the government's view as to those cases and their applicability?

MS. WOLFE:  Yeah.  I mean, I think this case is -- it's unique in the realm of material support cases because of the amount of funds at issue, because of the familial connection.  I don't disagree with that.  And actually, that's something that, you know, I pointed out in my memo as well.

I think this case kind of stands by itself in some ways.  And, you know, there's other cases that I referenced in my memo similarly have much more significant sentences, and they were resolved with or sentenced to much larger terms of incarceration than what we're asking for.

THE COURT:  When you say the case is unique, you're suggesting maybe either -- either less culpability, greater mitigating factors than in some of those other cases; is that right?

MS. WOLFE:  Yes.

THE COURT:  And so I think the point in the defense memo is some of those cases have sentences that are in the range of what the government's asking me for here.  And so if

your view is, well, these defendants are less culpable than even the defendants in those cases might have been, then shouldn't my sentence be below what it was in those cases?

I mean, there was the case, for example, from Missouri -- I was looking at the Missouri one where I think the defendant got three years, right, 36 months, I believe.  And you, know -- I know you've suggested 24 to 36 months.  But that's certainly -- if the analysis is, well, these defendants, or at least Mr. Gaffar, who we're focused on at the moment, is less culpable than the defendant in that case, doesn't that counsel me towards at a minimum at the bottom end of the range you suggested?

MS. WOLFE:  Potentially.  I will be honest with Your Honor, I'm not deeply familiar with the facts of this particular case, so it's hard to know what -- I didn't read the PSR in that case.  I don't know what the particular circumstances were in that case.  Based solely on what's provided here, it was resolved by a 371 and sentenced to 36 months.  I don't think that that's -- and that's pretty much in line with what we're asking for.

THE COURT:  Okay.  Anything else, Ms. Wolfe?

MS. WOLFE:  No, Your Honor.  Thank you.

THE COURT:  Ms. Toplin, why don't I hear from you.  I know you have some witnesses.  I don't know whether you want to call them before or after you make your presentation.  It's up

to you.

MS. TOPLIN:  Let me respond to the government while I remember what I want to say and then I'll call my witnesses. Thank you, Your Honor.

THE COURT:  Okay.  Yep.

MS. TOPLIN:  So I guess I will incorporate the arguments that I made in my sentencing memo here today, because I'm not going to touch on all of them.

I know that one thing that's absolutely not in dispute is that Shahidul Gaffar is an honest, hard-working man, a loving father, and a very, very proud American.  At no time, at no time did he have any un-American sympathies, and I don't think that anybody is suggesting that he did.

I tried very hard in my memorandum to sort of explain the circumstances at the time that he wired the money to Bangladesh.  This was a time of utter chaos in his family.  And I just want to sort of make the facts a little bit clearer.

So Ms. Khan's older brother Junaid traveled to Syria first.  When he traveled to Syria, Ms. Khan and Mr. Gaffar were both in the United States living their lives, working.

That's when Ms. Khan's younger brother Ibrahim, he was living here.  He was in school.  He was studying.  He was essentially pursuing the American dream.

And after a devastating emotional breakup and essentially a breakdown, an emotional breakdown, he went back

home to Bangladesh.  And he was living at home when he began to be radicalized.

THE COURT:  So I thought at least some of that started here.  Like the -- I know that it was -- everything I read was that it was triggered by this, you know, breakup.  But I thought at least some of it started before he went to Bangladesh.

MS. TOPLIN:  If it did, it was not -- there was no knowledge by Mr. Gaffar as to what was going on.  In fact, Mr. Gaffar was trying very hard at that point in time to establish his restaurant, and he had no knowledge of Ibrahim's -- while he was aware that Junaid, the older brother, had gone, he had no knowledge while Ibrahim was in the United States that Ibrahim was contemplating this type of behavior.

Now, I think another factor that's very important is Mr. Gaffar was not in Bangladesh during any of this time.  He was -- remained in America.  He was working every day.

His children and his wife were in Bangladesh.  And much of the money, I know the Court is aware, was sent there to buy diapers and food and things like that for his very own family.

So I just think that it's a little bit of a -- I guess misnomer to refer to the brothers or the circumstances as they, because the chronology of events in this case are very specific.  And I think that the facts are very specific.  So --

THE COURT:  That was why I was asking Ms. Wolfe about the causal links, because -- and I do think there's different causal stories as to the two brothers.  I mean, there's no doubt about that.  I mean, I think I saw there was some suggestion that maybe there was some funding provided to the older brother by virtue of the sales of jewelry, but the wire transfers were all more in the time right around July -- beginning of July of 2015, and they all dealt with the younger brother.

MS. TOPLIN:  Right.  And the younger brother also received a considerable amount of money from someone that he referred to as Onti (ph).

THE COURT:  I thought that was the older brother?

MS. TOPLIN:  No, I think that was the younger brother.

THE COURT:  Is that the younger brother?

MS. WOLFE:  Yes.  Onti (ph) was with regard to the younger brother.

MS. TOPLIN:  And that was actually not a family member.  That was a --

THE COURT:  A recruiter.

MS. TOPLIN:  A recruiter.  Right.

And another thing, Your Honor, that we all agree on is that this is very -- it's a very unique case.  And the reason I put those cases in my sentencing memo is because I did want the Court to recognize that there are other situations where the

government has sought to -- has saw fit to charge the 371 as opposed to -- and I looked very specifically for cases where more serious charges, let's say more serious charges, were not charged. And in fact, the individuals were only charged with 371. Frankly, there aren't many. But in the cases that I was able to find, the crimes, the behavior, the sympathies of the defendant are completely different than what the Court is faced with here in Mr. Gaffar's case.

THE COURT: Let me ask you two questions.

MS. TOPLIN: Yes.

THE COURT: I mean, the first, I guess, is, I mean, you found these cases. I mean, you're telling me that the cases you discussed is the universe of cases you found with this kind of charging pattern, or are other cases out there as well?

MS. TOPLIN: There are many other terrorism cases out there where material support has been charged.

THE COURT: I am thinking more specifically where the charge is a 371 charge.

MS. TOPLIN: This is what I was able to find. I don't think there any.

THE COURT: Ms. Wolfe, are you aware of any others?

MS. WOLFE: I did. I found a number of cases, but they also charge 2339(b).

THE COURT: Set that aside for a second. I'm

interested in the ones where there's 371.

The reason I'm asking, Ms. Toplin, is because, you know, as I think it about it in the context of the 3553 factors, it's less relevant to me if, you know, these are just some exemplar cases, right, from the standpoint of maintaining consistency across different cases; more relevant to me if what you're saying is, no, this seems to be the universe of what at least we've found that's out there.  Right?  You didn't just give me the best examples, but that's what you found.

MS. TOPLIN:  Absolutely not.  I gave you -- I think I found nine cases where there were 371 and 2339(b) maybe.  But only two cases, only two cases in -- and there are -- there are many cases where material support was charged, but only two cases where the conspiracy -- and in fact, Ms. Khan is charged also with 2339(b).

THE COURT:  Okay.

MS. TOPLIN:  So really, the landscape is pretty sparse in terms of this situation.

THE COURT:  I mean, I'll just say it, that cuts a little bit both ways, because on the one hand, it's good that I have whatever the universe is, if it's a narrow universe, to see from a consistency standpoint.  On the other hand, with only a couple data points, the collective value of it, if it's a whole bunch and they're circulating around some common answers, it's a little more useful statistically than just a

couple, because as Ms. Wolfe points out, there's going to be variations in each case.

MS. TOPLIN:  Absolutely.  And frankly, it was -- it's not submitted for purposes of sort of a statistical comparison but more an equitable 3553 comparison in that they do exist, so the argument that, hey, they already got a break because they only got charged 371 is a little diluted.  And there are cases where the Department of Justice has sought to charge other individuals with this crime where the behavior is arguably significantly more radical.  Let's call it radical.  And in fact, even in those situations, those people got a variance.

So if you compare the actual conduct in this case, the sympathies of Mr. Gaffar, the relatively small amount of money, and his motivation for sending the money, I think that that warrants a unique disposition in this case.

Now, I do agree with the government that the Court's -- I guess in terms of the factors, probably the biggest hurdle here on behalf of Mr. Gaffar is this concept of general deterrence, because I don't think the Court is concerned about specific deterrence.

These -- my client has been out of custody since the inception of this case.  This case goes back seven years or the conduct here goes back seven years.  He has comported himself flawlessly while on supervision.  I know that the Court is well aware that he's had several requests for modification because

he's been working very hard running his business.  And that's all been without a hiccup.

But I would say this:  If the Court is concerned with the concept of general deterrence, I would ask the Court to sort of consider the collateral consequences here as a much greater general deterrence than the sentence of incarceration that the government's asked for.

And I will say, kudos to the government for recognizing that a variance may be warranted there.  It's also in the presentence report.  And I think that at least from this side of the courtroom when everyone recognizes that this is a case that is very, very different.  And I want the Court to be well aware of the collateral consequences that have occurred as a result of my client's conduct and the collateral consequences that will follow after today.

Obviously, the -- Ms. Khan's brothers are both dead or at least missing and presumed dead.  During the time that this case -- over the last year-and-a-half, Ms. Khan's father, with whom she was very, very close, died very suddenly.  The family -- this has been incredibly stressful for the entire family, as I'm sure the Court is aware.

This happened during COVID.  Her father was in Saudi Arabia where he was living and working when he passed away. Ms. Khan was not able to be with her mother at that point in time.  So the family has suffered a tremendous amount of loss

over this past year.

Ms. Khan will be deported.  And that's sort of the hugest, I guess, tragedy that is of their own making that's going to occur to this family.  She has lived here legally. She will lose her status.  Mr. Gaffar and the four children are American citizens.  And following the disposition of whatever sentence the Court imposes, be it jail or no jail, Ms. Khan will be deported.  And she'll go back to Bangladesh.

Now, Mr. Gaffar, as the Court knows, is a businessman. He's run several businesses.  He struggled through the pandemic, but he kept his business open so that he could provide food for his family but also food for the families of the people that have worked for him.  And he does have employees that he supports and with whom he's very close, some of whom are here today.

Following the guilty plea in this case or perhaps prior to the guilty plea, I know the Court is aware there was a press release that went out.  As a result of the press release, the family was bombarded with negative attention, some just sort of hate speech, and others -- people that were very, very close to them -- you know, the cultural environment in which they live, they do live in a fairly small community.  A lot of their friends are Bengali.  And this went like wildfire through not just the American press but also the newspapers in Bangladesh and Bengali newspapers in this country.

They were met with a lot of negative attention.  Their children were met with negative attention.  Their family -- Mr. Gaffar received a call from his bank that they were closing his accounts because he was associated with terrorism.  His business partner, Mr. Singh, who is present, got a call that they were closing his accounts because he was associated with Mr. Gaffar.  Mr. Gaffar's brother got a call that the bank was closing his accounts because he had the same last name.  Mr. Gaffar's sister got the same call, they closed her accounts.

When these individuals -- since this case became aware, when these individuals had traveled, Ms. Gaffar, Mr. Gaffar's sister, has been stopped at airport and put through rigorous airport security.

So the case is -- has had far-reaching consequences, Your Honor.  So I guess I say all this to say that the collateral consequences here, I'm not sort of minimizing the impact of a sentence of incarceration, but what I'm saying is really, it's not necessary to teach either my client or the general public a lesson.  The collateral consequences are far more readily apparent than essentially a few years in jail would be.

Now, my client continues to run his business.  And he still -- he has rebuilt the support of members of his community.  He's rebuilt the support of his business partners.

I submitted a letter to the Court from my client's daughters that might be perhaps the biggest testament to them. That was written by a 13-year-old girl with such poise and eloquence.  It is really a testament to their parenthood that she was able to put her thoughts on paper like that and submit that to the Court.

These children will be -- if they want to remain American, if they want to live in America -- and these are children that want to go to an Ivy League college.  In order for them to do that, they will not be with their mother. They'll live here without their mother.

So I guess at the end of the day what I'm asking the Court is don't have them live here without their father.  They can stay with him.

Now, I know that Ms. Sentella spoke with Shafi Gaffar, who is my client's brother, and said, I will care for these children.

We have in fact spoken with Mr. Gaffar and Ms. Gaffar, my client's sister.  They'll speak to the Court.

Mr. Gaffar and his wife live in a one-bedroom apartment in Philadelphia, and they operate a business.  They have no children.  Ms. Gaffar lives in Maryland with her husband.  She has have no children.  Neither of them, especially now, have the financial resources to take on four children.

And I think that it's -- I don't want to sort of lay it on too thick, but I don't want there to be a misunderstanding that these children can just go live with them, because that's actually not the case, especially now. There have been financial issues that would not permit that.

So the government has suggested that a staggered sentence is perhaps appropriate. I just want the Court to be aware, should the Court impose incarceration, because we've discussed this, obviously our clients are absolutely aware of the potential, the additional potential consequences here.

Should the Court impose a sentence of incarceration, the plan would be for Ms. Khan to self-surrender first so that Mr. Gaffar can financially support the family. So he would continue to run the business. The business is in operation. He's there every day. As the Court knows, he's still trying very, very hard to grow the business. So he would continue to work, because Ms. Khan will be deported regardless. So --

THE COURT: So, you know, I'm glad you touched on this, because I had sort of assumed in my mind that if we did a staggered sentence, logistically it would make sense to do the opposite. And my assumption -- and I want to get your reaction to this -- was really driven by the idea that if Ms. Khan reports first and I stagger the sentences, then there's some period of time where Mr. Gaffar is in custody and there's no one there to watch the children; whereas in the inverse

scenario, Ms. Khan can watch the children, Mr. Gaffar serves his sentence, Mr. Gaffar comes out, Ms. Khan goes in and is deported.  And it seems -- that circumstance seems to lead to more seamless coverage for the children.

MS. TOPLIN:  Maybe.  Except -- and look, Your Honor. We've been through this -- every possible permutation of this, we've been through it.  And Ms. Cinquanto will speak to it. We've collaborated with immigration attorneys.  And this is not -- this is something that the family has put a lot of thought into.  Financially, especially right now, Ms. Khan cannot support four children.  She doesn't drive.  She doesn't have a bank account.  She doesn't use an ATM card.  She has never worked.

And I want the Court to understand just how traditional sort of this family circumstance is.  Mr. Gaffar handles everything in that regard.  And he is the sole financial resource for this family.

So, you know, very, very practically speaking, this decision was made with a real sort of practical consideration of how can we live, how can we and the children live if one or both of them have to go to jail.

And I do think the Court should understand their thought process when you're sort of factoring all of this in.

THE COURT:  Maybe it's too far out in the future to know, but what would the thought process be as to what to do

then if and when Mr. Gaffar were to report --

MS. TOPLIN:  So at that point in time -- I mean, then it becomes a little bit speculative, Your Honor.  Because at that point in time, the idea would be that, first of all, the older children are actually a little older.  They're older teenagers.

Mr. Gaffar, Shafi Gaffar, my client's brother, would be in a better position to provide support.  My client's sister.  And if it were -- if none of that were possible, then during the period of Mr. Gaffar's incarceration, if that's how this goes, then the children would have to go to Bangladesh for that period of time.  And at that point in time, Mrs. Khan would be there and have sort of established something to welcome the children.

So I'm going to take this opportunity, because I've been referring to them quite a bit, to introduce the people that are here on behalf of the family today.

THE COURT:  Can I -- I want to ask you one thing before we do that.

MS. TOPLIN:  Sure.  Of course.

THE COURT:  Because you touched on it at the beginning, and I didn't want to interrupt you.  But you talked a couple times about Mr. Gaffar's sympathies, and I think much of the presentation rests on the idea that he has no un-American sympathies and that, you know, this was all just

built on family dynamic.

So what I'd like you to do, though, is to address some of the communications that are discussed in the PSR that do seem to cut the other way.  You know, I think there's one where Mr. Gaffar refers to -- I think it's a communication with one of the brothers where he refers to America as the land of great unbelievers.  There are some places -- I think he at one point refers to the idea of Ms. Khan watching her brother's radicalization as cool, some other things of that ilk.

So just tell me about that and why I shouldn't read those as something that does indicate at least some, you know -- hedging at least some blatantly anti-American...

MS. TOPLIN:  I will.  And actually, Mr. Gaffar is going to speak to that when he talks to the Court.

THE COURT:  Okay.

MS. TOPLIN:  But I can explain as well.

I mean, I think, Your Honor, what I tried to convey in my memorandum is just the discord among the family at this particular time.

Ibrahim Khan had -- he was dug in.  He was fully prepared to go follow his brother and go to Syria.  And he would not hear anything otherwise.

So when -- and I think that there are communications that support the fact that Mr. Gaffar, at least with his wife or with, you know, his in-laws said, this is so terrible.  But

every time they -- they, Ms. Khan, Mr. Gaffar -- tried to talk him out of it -- and remember that the older brother had already gone.  This was the baby of the family.  They did not -- nobody wanted him to go.  But every time they spoke to him about it, he pulled away, he pulled away, he pulled away.

At the same time, he was pressuring Ms. Khan terribly playing on sort of her embarrassment that Mr. Gaffar had taken a loan from her father, calling him names, encouraging Ms. Khan to have Mr. Gaffar return the money, number one, that he was holding of Ibrahim's, which had been intended for his tuition, and to return money that had been given as a loan to him to support his business by her father.

So he was essentially between a rock and a hard place, because he was trying to not make matters worse with his wife, not make matters worse and have his brother-in-law abruptly leave the home.

So I guess I could say he was sort of playing along to keep the peace.  And I think that he'll be able to provide sort of greater detail and context when he speaks to the Court, but at no time were his words sort of based on a belief in the cause that his brother-in-law was pursuing.  And I don't think that I can really -- I don't think my ability to explain it is anywhere near as good as his, so I'm going to leave that to him.

But I would say, Your Honor, that was sort of talk

with no sentiment behind it.

THE COURT:  All right.  I have a couple other questions, and then I'll let you get to your witnesses.

MS. TOPLIN:  Uh-huh.

THE COURT:  Tell me a little bit about the deletion of the messages, because that does suggest that at the time this was happening, there was a consciousness of wrongdoing.

MS. TOPLIN:  I think that -- I'm not -- I think there is a consciousness of wrongdoing.  I mean, I think that the recognition that anything having to do with ISIS is wrong.  I mean, that is what he believes.  He believes that anything having to do with ISIS is wrong.  And, frankly, I mean, he knows that what he should have done so as not to commit this crime was essentially abandon his family.  And that's what he would have had to do.  He would have had to say to his wife, don't communicate with me anymore, I'm not sending you money, I'm not sending you -- you know, if I send you money, you can't give him money.

The deletion of the messages is sort of an acknowledgment that this was just -- this was wrong.

THE COURT:  Okay.  I guess the last question that I have, and we touched on this a little bit, but I just want to -- in your sentencing memo, there's a discussion about the -- I think the phrase you used is devastating consequences that will come from imprisonment.

Is that sort of an all or nothing thing?  In other words, if impose a sentence, do those consequences come no matter what the length of the sentence, or are they -- are they avoidable to at least some extent by some -- at some point in some term?

MS. TOPLIN:  I mean, look, Mr. Gaffar has -- if -- he is, if nothing else, resilient.  This is somebody who has literally died, and he's, you know, rebuilt his life, his body.  His physical body has been rebuilt.  He's relearned to walk.  He has relearned to do simple tasks.  He is resilient.  His business has failed.  He started other businesses.  He went to college for -- graduate school even for, you know, various businesses.  They didn't work out.  He went into the restaurant business.

If he has to start from nothing, if he goes to jail and comes out and has to begin to rebuild, he's not going to give up.  He hasn't given up through the pandemic.

Would the time away -- I mean, I guess my response is based on sort of speculation and common sense.  The longer time he is away, the more difficult it would be to do that.

This is not somebody that's inclined to give up, so I -- it would be disingenuous for me to say, yes, it's all or nothing.  But I think common sense dictates that the shorter the sentence, the -- in a better position he would be to rebuild if he has to.

THE COURT:  All right.  Why don't I hear from your witnesses.

MS. TOPLIN:  Thank you.

THE COURT:  Yeah.

MS. TOPLIN:  So Mr. Singh.

Where would you like the witnesses, Your Honor?

THE COURT:  Let's do this.  Is everyone who is here going to step up and speak?

MS. TOPLIN:  No.  I mean, they may introduce themselves.

THE COURT:  Why don't you introduce the folks who aren't going to address me.  Let's do that.

And then to the extent that it's brief remarks on character, I don't think we need to swear them in.  And they can either do it from the gallery or step to the podium as they feel comfortable.  If it's anything more than that, then I probably do want to swear them in and have them up at the podium.

MS. TOPLIN:  I think the nature of their testimony falls in the former category.

THE COURT:  If anyone strays, I'll stop you and call them up.

MS. TOPLIN:  So why don't we start with Mohammad Shanf.

Can you just introduce yourself to the Court, tell

your name and your relationship with Mr. Gaffar.

MR. SHANF:  Yes.  I am Mohammad Shanf.  I am -- Shahidul Gaffar, he is my brother-in-law.  And his sister, named Gaffar, so we are married three years.

MS. TOPLIN:  And where do you live, sir?

MR. SHANF:  We are living in Maryland.

MS. TOPLIN:  Thank you.

And I'm going to introduce next -- you can have a seat.  Thank you.

Do you have any questions, I'm sorry?

MS. WOLFE:  No.

MS. TOPLIN:  Norman.

Would you just say your name.

MR. STIPP:  Naman Stipp.

MS. TOPLIN:  A little slower.

MR. STIPP:  Naman Stipp.

MS. TOPLIN:  Mr. Stipp, can you just explain your relationship with Shahidul Gaffar and Nabila Khan.

MR. STIPP:  I've known them for about five years.  I'm pretty close with their family, help them with their restaurant and their home.  And more friends and helper than I am a worker, but I do help with the restaurant.  I help the little things that he needs help with and to make ends meet and things be right and good.

And I admire him, and I think he's a good man.  He's

going to do something good with his business.  And I'm here to support him and his wife.

MS. TOPLIN:  Thank you.

THE COURT:  I just want to pause, Ms. Toplin, and just note, because I don't want to go through this again.

Ms. Cinquanto, I'm assuming you're okay with this, but if there's anything you want to ask, to elicit, to add from any of these folks, then you certainly should.

MS. CINQUANTO:  Thank you, Your Honor.  No.  Ms. Toplin is doing a very good job.

MS. TOPLIN:  Thank you.

All right.  So Mr. Singh.

MR. SINGH:  My name is Simra Singh.  And I was business partners with Shahidul Gaffar for about eight years in a restaurant in King of Prussia.

MS. TOPLIN:  Are you -- Mr. Singh, are you currently business partners with Mr. Gaffar?

MR. SINGH:  No.

MS. TOPLIN:  So you were together in the original restaurant in King of Prussia?

MR. SINGH:  Yes.  In King of Prussia, yes.

MS. TOPLIN:  So just explain a little bit the nature of your current relationship.

MR. SINGH:  Like family.  I mean, you know, we worked together for so long, so, you know, just family to us.  I mean,

we get together, here and there, family events.  He's a great guy, I mean, you know.

MS. TOPLIN:  Thank you.

MS. CINQUANTO:  One moment, Your Honor.

Mr. Singh, when you and Mr. Gaffar worked together, how many hours a day would you both be working at the restaurant?

MR. SINGH:  Roughly 10, 11 hours.

MS. CINQUANTO:  And how -- what was his reputation in the community where you worked?

MR. SINGH:  It was really good.  Everybody loved him. You know, he took care of the entire community.  We did a lot of caterings, because our restaurant was mainly focused on caterings.  So he was...

MS. CINQUANTO:  So Mr. Singh, after there was the plea, when Ms. Khan and Mr. Gaffar pled guilty, there was some publicity around that; is that right?

MR. SINGH:  Uh-huh.

MS. CINQUANTO:  Is that a yes?

MR. SINGH:  Yes.

MS. CINQUANTO:  Do you know what the effects of that were on Ms. Khan and Mr. Gaffar in the community?

MR. SINGH:  It was bad.  I was getting calls from, you know, a lot of people, a lot of the people that we did caterings for, they were all calling me, asking me what's going

on, you know, what's happening.  It's bad.  I mean, just puts a negative effect on the kids also.  Everybody is talking about it, even the Bengali newspaper, Indian newspaper.  Everybody is just picking up the news online.  And they're just adding stuff to it to make it look bad.  So it just kind of makes it even worse in the community.

MS. CINQUANTO:  So you're saying that the publicity was not only here in the United States in your community but overseas as well?

MR. SINGH:  Oh, yeah, yeah.  They have to add the things they have to add in.

MS. CINQUANTO:  When you say that, is it fair to say it's harassment?

MR. SINGH:  Yes, of course.

MS. CINQUANTO:  What do you do right now, Mr. Singh?  What is your current business?

MR. SINGH:  I'm the owner operator of a trucking company.

MS. CINQUANTO:  That's all I have, Your Honor.

THE COURT:  Ms. Wolfe, anything for Mr. Singh?

MS. WOLFE:  I just wanted to understand the relationship, because I know that the business initially -- there was a falling out of -- with the business partners.  I just wanted to understand if you were the individual with whom he had the falling out?

MS. TOPLIN:  No, no, no.  That was way earlier than this.

MS. WOLFE:  Okay.  That's all.  Thank you.

THE COURT:  Okay.  Thank you, Mr. Singh.

MR. SINGH:  Yep.

MS. TOPLIN:  Next I would call Shafi Gaffar.

Just introduce yourself.

MR. GAFFAR:  Hi.  My name is Shafi Gaffar.  I am Shahidul's younger brother.

MS. TOPLIN:  Mr. Gaffar, where do you live?

MR. GAFFAR:  I live in Philadelphia.

MS. TOPLIN:  And with whom do you live?

MR. GAFFAR:  I live with my wife.

MS. TOPLIN:  How are you employed?

MR. GAFFAR:  So I have my own business as well.  I have a restaurant in Philadelphia called Kurry Shack.

MS. TOPLIN:  And is there anything, Mr. Gaffar, that you want the Judge to know about your brother that we haven't discussed today or that you think is --

MR. GAFFAR:  From when I was very young, my brother raised me practically, even here.  And, you know, I looked up to him for a very long time.  And I still do.  I think he's a great father.  He's a great man.  I'm not a father myself.  I had a couple miscarriages.  But I think that he's a great father.  He's a great individual.  And he's taught me a lot in

the restaurant business.  And I think I'm doing well because of him currently.

MS. TOPLIN:  So Mr. Gaffar, in -- throughout -- you and your brother have always maintained a close relationship; is that correct?

MR. GAFFAR:  That's correct.

MS. TOPLIN:  Have you ever known him to have any positive feelings towards or leaning towards ISIS or any foreign terrorist organization?

MR. GAFFAR:  Never.  Not at all.  That surprises me.

MS. TOPLIN:  Thank you.

MR. GAFFAR:  You're welcome.

MS. TOPLIN:  And finally --

THE COURT:  Let me just make sure.  Ms. Wolfe, do you have something?  Okay.

MS. WOLFE:  No.

MS. TOPLIN:  Sorry.

THE COURT:  All right.

MS. TOPLIN:  And Ms. Gaffar, could you just introduce yourself to the Court.

MS. GAFFAR:  My name is Fabbiha Gaffar.  I'm Shahidul's little sister.

MS. TOPLIN:  Ms. Gaffar, where do you live?

MS. GAFFAR:  I live in Maryland.  I just moved there a couple months ago.

MS. TOPLIN:  With whom do you live?

MS. GAFFAR:  I live with my husband.

MS. TOPLIN:  Is there anything that you want to tell the Court about your brother, your relationship with your brother or his family?

MS. GAFFAR:  I think I'll probably be repeating what my brother said.  He did raise me but in a different sense.  My parents got sick, so they left when I was in high school.  So actually he was my guardian, him and his wife.  So I've known them for a long time.

And he shaped who I am today.  I'm very successful. I'm a preschool teacher and everything.

He's just been a great impact.  He's always been my person to go to.  He's always given me support and inspiration to be a good person.

MS. WOLFE:  Can I just ask how old you are?

MS. GAFFAR:  23.

THE COURT:  Okay.

MS. TOPLIN:  Thank you.

THE COURT:  Is that everybody?

MS. TOPLIN:  I think that's everybody, yes.

THE COURT:  Okay.  Let me just -- before you continue, Ms. Toplin, let me just thank everybody for coming.  It means a lot to me as I factor in my decisions to hear from all of you and to see that Mr. Gaffar and Ms. Khan have your support.  So

it's important that you're here, and I appreciate all of you taking the time to be here.

All right.  Ms. Toplin, go ahead.

MS. TOPLIN:  Thank you, Your Honor.

So at this time I think that Mr. Gaffar is prepared to address the Court.

THE COURT:  Okay.  So Mr. Gaffar, why don't you come up to the podium, and I'll let you speak from there.

DEFENDANT GAFFAR:  Thank you, Your Honor, for having me.  And I would like to thank everyone from the government side and from the defense and all my family members.  Thank you so much for coming out.  I know it's been very difficult, but like Your Honor said, it's been really, you know, something for me.

I just wanted to say, Your Honor, my life started 42 years ago.  And the first miracle was I born, of course, through my mother's womb.

Then the second miracle happened when I was 12 years old.  I was electrocuted.  I was electrocuted with 11,000 volt in Bangladesh.  I have 30 percent burn in my entire body.  And some of the scars still in my body, as you can see, Your Honor.

It happened in 1992 during the World Cup Soccer game in Bangladesh.  I just wanted to briefly, Your Honor, to say what happened.

I was electrocuted because there was a TV antenna.  It

was in our country.  And it broke down during the storm.  And it touches with oil that was through the street.  And the electricity was flowing, which I was not aware of.  And the morning when I was passing the door and it fall on my head, and it hit me and I was unconscious.  And I was half dead.

Of course when they took me to the hospital, doctor pronounced me dead.  And of course, my father, he did not give up on me.  He just took me to the government hospital.

My whole body was burnt.  Nobody touched me about 12 hours.

And then finally, I was -- made it through the CMH, which is the hospital for the military.  And they took care of me.  And I came back to the life, you know, after almost 24 hours.

So I call, the people call, this was the second life of me.  It was the miracle.

So when they took me to the hospital, I was almost there for three -- three months.  After seven days, my brain -- my skull, it get infected.  And it was so close to my brain. And the doctor take a signature from my parents that I would be dead.  There is no guarantee, so they have to accept it.

So either way, I passed through that, Your Honor.

I have no hair, by the way, for when I come out.  All this hair, you guys are watching, this was done in United States, in Maryland, John Hopkins, Dr. Samir F. Shureih, he did

the plastic surgery.  This was the first time did on my body. It is called the hair cloning.  So I have a little bit hair left in my back, and they took my hair and they clone it and they put it back.

So I have about 62 stitches in my head, and I survived that.

So long story short, Your Honor, after two-and-a-half month passed in the hospital, there was a letter that came from the United States.

The reason I am telling this story, how this country is related to me.  This was the diversity visa was -- lottery visa was provided to the Bangladesh, and my father was among the luckiest person of the 5,000 people.  He owned that visa.

And he did not want to come.  My mother and my family encouraged him to come only because of me.  They encouraged him to come in, because in the United States, I would get the better treatment, because my hand, my entire hand was -- I was disabled.  I could not even move my hand.  And my head was like, you know, no skin.  And my left hand was completely disabled also.

So when I came into the United States in 1995 through my father, I was half disabled and half a complete person.

So after I came to the United States, Your Honor, there was couple surgery happened.  I passed through everything from my head.  They released my hand.  And of course the doctor

tell me that I should not lift more than 10 pounds.  And also the doctor says instead that I should never go close to the study, because it was greatly impacted in my brain.

But everything in my life, I did opposite, of course. I did -- I went to the grad school.  I went -- I did -- I lift more than 50 pound every day throughout my businesses.

So what I'm trying to point out, Your Honor, even I'm standing here today, I see a day, it's a blessing for me.  I'm standing in front of you, Your Honor, it's a blessing for me.

So there is so many things happened in my life, you know.  Another miracle happen when I married the most beautiful woman in my life.  When I was in college, I went to the community.  Of course, with the 30 percent burn, and I'm 5 foot 4, I don't thinks I would ever be able to get any woman, beautiful woman, in my life, but God gifted me such a beautiful lady, such a beautiful woman.  And I thought this was the biggest gift.  And I still do believe she is the biggest gift in my life.

Your Honor, I'm speaking from my heart.  I'm not showing off.  I know that -- what my heart feels like.  I'm ready to die for her any day, any moment.

Your Honor, all I want to say, you know, when this tragedy happened, of course, you have probably read the report. I just wanted to touch base that when I heard the news that my brother-in-law is coming from Bangladesh, I was surprised.  I

was shocked that in such a short notice he is coming.

He was a brilliant, brilliant student.  He was such a good person.

He came in.  He -- first he start his study in New York City.  I'm talking about the Ibrahim Khan.  And then he wanted to move back with us, because he was feeling lonely, so he came and he start living with myself and my wife and my kids.

Throughout the business in King of Prussia, the original Desi Village, that's where my business started.  I had run that business for almost 12 years with the help of my great partner Sam.  He also helped me a lot.  We're just like brothers.  We did go through so much struggle, Your Honor.  The restaurant business is very hard.  As you know, that sometime we start our hours from 8:00 a.m. to sometime 2:00 a.m. in the night.

So 2005 when I got married with my wife, during that time, Your Honor, I had such a hard time since the financial struggle begins, I go through every day, I took everything as a positive.  I am such a person, Your Honor.  I never took anything in a negative way.  I always see positive inside the negative.  That is the person I am.  I try to help.  I raised my brother, I raised my sister, as you've heard them.  I always take care of them.  I take care of my parents.

Never have I ever thought about anything negative

about this country, because this was a miracle.  This was a blessing, while I was in the hospital back in Bangladesh and my father win the lottery visa to bring me here.  And that was my life changing.

And I'm not sure, Your Honor, if I have said anything, those emotional thing, during this conversation, of course, to my mother-in-law, with my brother-in-law.  Those, Your Honor, it was just -- I was one of the person that was always the negative about those ISIS, about those organization. Throughout my belief, throughout my religion, Islam, it's a very peaceful religion.  Sometimes it's often misunderstood.

All I wanted to say, that those organizations has no place in the humanity.  Any time, even our religion is all about peace.  They say that even if you kill an ant, small ant, it is a sin, it is a great sin.

So, Your Honor, all I wanted to say, that I have tried my best my entire life to stay positive, go through the beautiful life and stay in this beautiful country.  I have never, ever thought anything negative about this country whatsoever.

So anyway, I'm just going back to the Ibrahim story just to finish it up, Your Honor.

So when he was living with us, he was very short time, about 11 to 14 months.  During that time, he had a relationship with a girl from Upper Darby.  And during that time, Your

Honor, I was very busy all the time. He was right with me sometime. I was teaching him the driving. And during such time, the older brother, when Junaid left, that was already -- they were still in the heartbreaking situation for the family. My wife was upset. My father-in-law was upset. My mother-in-law was upset.

My father-in-law and my mother-in-law, they -- they used to live in Saudi Arabia. And he was a -- very good position wise and an engineer in the Alweis (ph) foundation. So they had a very beautiful life. They had a very organized life. They had such a good life that they never teach anything wrong to their kids.

But because my mother-in-law was traveling back and forth from Bangladesh to Riyadh, Saudi, and my brother-in-law, because there is no education system after the tenth grade, so they had to move back to Bangladesh to go attend the college there.

So as you know, Your Honor, when there is no parents, of course they will seek a different variety of people.

And during the recruitment of this ISIS, some people they targeted -- I would say the rich kids. I would say those kids who does not have the parents present so they can recruit them. And this is how they got the Junaid, the older brother. And they kind of took him away from us.

So that was already heartbreaking. We were already

coming out from so much trauma and all the situation.  And during this time, when my wife was traveling there, Ibrahim was living with me.

Of course he was going to college.  I was taking care of the restaurant.  I leave like 10:00 in the morning, come back like 11:00, I just say hi and hello.  But I have no way of knowing that if he was radicalized here, of course I have no idea.  Not only that, Your Honor, all I see, that he was in a very great depression because he had a breakdown with the girl.  And I never had that experience, so I don't know how that works out.

So -- and this is when I realized that Ibrahim is going through a depression.  One day he ask me, he wants to go back to Bangladesh and spend some time and come back.  So I thought he was going for the break.  And my wife was present there.

And in between that, Your Honor.  I just want to touch base that because my business was struggling, I had to borrow some money from my in-laws.  My father-in-law understood.  My brother Ibrahim seen that I'm struggling.  So he actually -- it was his idea that he say, why don't you -- my father is giving the money.  He was active in the Montgomery Community College. So he said, you can use this money and I can get the payment plan so you can pay every three months and so I can keep my education and your business can be floating.

So I took that offer, Your Honor.  I was doing that.  And then while he was going back, and he just told me that if you can, as soon you return this money because that money belongs to my parents.  And of course my wife was in direct shame then because I borrowed the money from her parents and of course her family.  No wife wants to be seeing her husband to be like, you know, humiliated by her own family.

So of course we have so much conversation.  And because -- because we are going through such a trauma, the older brother left.  And my wife was there.  And during that time, the house in Bangladesh was getting renovation.  And the thought process for the family was, since we lost already one brother, let's not lose the other brother.  Based on my mother-in-law, she was trying her best out.  She said, please return the money so I can renovate the house and maybe Ibrahim can get married to some girls here so he can overcome the heartbreaking situation he had with the girl.

So along the way, Your Honor, I had to support him.  Throughout my entire -- during that time, I had support my wife all the way to make sure that her family's okay.  And I have sended the money solely to -- only for two purpose.  One is for my kids, and one is to return the money, that loan I took.

Had I known that, he's going to use any money to go Syria, Your Honor, I swear on my God, I would have never sent a single penny to him.

I have so much argument with my wife.  Of course it was never the intent, but the conversation that been recorded, conversation that has been deleted, Your Honor, I do acknowledge that.  Of course people made a stupid mistake. Yes, I did, Your Honor.  I would not be lying to you.

But the sole purpose for that was, Your Honor, just to clarify to the Court and to the -- all the officers on the government side, I sincerely apologize for my silly and stupid mistake that I should not have never, ever said such a word, that the great land of -- the great land of an unbeliever, which is not in my heart, but it was just to talk -- when you are in a toxic situation, sometimes you just talk without knowing the consequences.  And that was the -- that was the reason I probably have deleted this text message.  And the second reason was just to please my mother-in-law and father-in-law and my wife, to show them, like, okay, listen, I'm with you guys.  Because if I talk to them so much negative way, they kind of feel like, okay, I'm not in their -- I'm not feeling them.

So because, Your Honor, during that time, Ibrahim has -- was already turned mind.  He would go no matter who says what.  So I was trying to get into his shoe, get his feelings to see that, you know, how much he really serious to go or not. And that was the probably time, you know, I had to say some of the word, just to please them.

Another thing, Your Honor, I'm not sure if you know our culture, especially in the South Asian side, if you -- our culture is very, very close caption.  The reason I say close caption meaning if something happen in our family, we try to hide it.  Like if my sister is doing drugs, if my brother is doing something wrong, we don't talk about to the other people. We try to solve it ourselves.  We don't go to the police right away.  We don't go to the counselor right away.  Because it's a shame for a family.  Because other people take it as the wrong way, because there is so much hatred.

So we don't just go and talk to my uncle, oh, uncle, my son is doing that or my brother is doing that, because the culture way, what they do, they laugh about it.  Instead of helping you, they will make a big deal out of it.  So we try to solve our own problem.  And this was the cultural thing, you know, we have been practicing all our life.

So that was the reason, Your Honor, why I did not go to the police here, why I did not let the police over there, because we thought we can solve it.  And somehow, if the other people knows, it will be a great shame and a hatred to us.  So that's why we couldn't do it.

I just wanted to clarify to the Court that there is a cultural difference in -- all over the world and especially in the South Asian side.

So anyway, Your Honor, coming back to here, am I a

hard working person, am I a good father, am I good husband:  Of course that time and reality will say that.  People has eyes, they can see it.  But on my belief system, on my mind, I want to be a good human.  I want to be a good human.  Before the religion, the humanity is above all.  Before killing somebody, before doing something wrong, I see the positiveness, I see that my life, I've been taking the brilliant every day, I've been celebrating every day.  It's a gift to me.

So taking away from me, from my kids, and my family, Your Honor, this is the most bad thing is happening in my life.  I don't know how I'm going to take that.  Knowing that my wife will be deported, Your Honor, I'm asking, my heart out to you, my four kids, my oldest daughter.  She's an honorable student in Springfield School District.  My second daughter, she's a distinguished honorable student.  They got that even in the COVID time.  And I was very proud father to take them and get the certificate, Your Honor.

And they are dreaming to go to Ivy school.  But now their dream is shattered.  Now they don't know what their future will be.  Now they're not sure if they're going to be with the social worker or with their parents.

Now, I don't know, Your Honor, if I ever be able to make this -- my family together.  If my wife goes to Bangladesh, if I'm staying here, if my kids, they're staying half there, half here, none of the family members will have

their future as restructured again.  At the same time, Your Honor, I would like to acknowledge that yes, I did make a mistake.  Yes, Your Honor, I will go to some punishment.  I'm ready to take any punishment, Your Honor.  If you could consider any other way beside the jail time, I'm willing to do that.  I'm willing to take the class, do the community service, anything, Your Honor, but I'm asking, I'm begging to the Court, please consider my kids, please consider my relationship with my family, and I would like to have my wife to stay here.

Hopefully, hopefully the immigration judge would not deport her.  I'm asking God to help me.  I'm asking all the people who knows me to pray for me, Your Honor.

You are the judge.  I will respect either way your judgment.  And like I said, Your Honor, standing here is the miracle.  So anything comes in, I will take it a positive way.  Negative has no chance in my dictionary.

Your Honor, one last thing I would like to say, I love this country.  I do have the American dream.  I always wanted to be successful.  I wanted to help people.  This is why I always make relationship with my employee as a friend, not -- I don't see them as employee.

Through me, if ten other families, they can survive, that is something giving back to the community through God's eye.  And this is how I see it, Your Honor.

With all due respect, I just want to say, thank you so

much for allowing me to speak my heart out.  And God bless America, and God bless the United States.

THE COURT:  Thank you, Mr. Gaffar.

All right.  As I said at the beginning, I want to pivot to Ms. Khan's proceedings.

Before we do, I do want to take -- we've been going a while.  Let's take -- call it a ten-minute break.  So I'd like to be back on -- be back here and ready to go just before 10 after 12:00.  And we'll pick up then.

So we'll be in recess.

(Recess at 11:58 a.m. until 12:13 p.m.)

THE COURT:  Have a seat, please.

MS. TOPLIN:  Your Honor, before we begin, may I just -- I have the original of the letter that was filed.

May I present this?

THE COURT:  Sure.  Hand it up to Ms. Buenzle, please.

We're going to go ahead -- I mean, I think it was filed on the docket.  We'll go ahead and mark it as an exhibit.

MS. CINQUANTO:  Your Honor, there is also going to be two additional witnesses, one that just arrived and one I'm going to recall very briefly just to touch on something very briefly.

THE COURT:  No problem.

MS. CINQUANTO:  Thank you, Your Honor.

THE COURT:  So as I said before the break, I want to

turn to Ms. Khan.

And so Ms. Khan, I'll just ask you, I know I asked your husband earlier, how you're feeling today and whether you're able to follow along with what's happening here.

DEFENDANT KHAN:  I'm doing great.

THE COURT:  Okay.  I know you have an interpreter, but I gather that's just on standby in case things start going at a pace or a way that you don't understand.  Is that right?

DEFENDANT KHAN:  Okay, Your Honor, yes.

THE COURT:  So if we get to that point, if you're not sure what's happening, certainly speak up so we can make sure to either slow down or to get the interpreter involved.  Okay?

DEFENDANT KHAN:  Yes.

THE COURT:  So from your perspective, Ms. Khan, you understand why we're here today?

DEFENDANT KHAN:  Yes, Your Honor.

THE COURT:  What do you understand we're here for?

PROSPECTIVE JUROR:  For my husband and my sentencing.

THE COURT:  And from your perspective, is there any reason for us not to go forward today?

DEFENDANT KHAN:  No.

THE COURT:  So let me ask counsel whether you got copies of the pretrial sentence report for Ms. Khan, which I think the revised version was dated March 22, 2021.

MS. WOLFE:  Yes, Your Honor.

MS. CINQUANTO:  Yes, Your Honor.

THE COURT:  Ms. Khan, have you read the presentence investigation report?

DEFENDANT KHAN:  Yes, I did, Your Honor.

THE COURT:  How many times have you been through it?

DEFENDANT KHAN:  Quite a few times.

THE COURT:  Have you reviewed it with Ms. Cinquanto?

DEFENDANT KHAN:  Yes, we did.

THE COURT:  Have you reviewed it with anyone other than Ms. Cinquanto?

DEFENDANT KHAN:  No.  My husband and I.

THE COURT:  And have you been able to get whatever questions you had about the report answered?

DEFENDANT KHAN:  Yes, Your Honor.

THE COURT:  Do you need any time, any more time, to discuss the report before we go forward?

DEFENDANT KHAN:  No, Your Honor.

THE COURT:  And, Ms. Khan, is there anything that is in the report that you think is incorrect and that you think might be harmful to your position here today?

DEFENDANT KHAN:  No, Your Honor.

THE COURT:  Is there anything that is not in the report that you would want added because you think it would be helpful?

DEFENDANT KHAN:  No, Your Honor.

THE COURT:  And so it's the same calculation as earlier, but I just want to make sure the record is clear.

Counsel is in agreement with the computation of the total offense level of 37.  Ms. Wolfe?

MS. WOLFE:  Yes, Your Honor.

THE COURT:  Ms. Cinquanto?

MS. CINQUANTO:  Yes, Your Honor.

THE COURT:  And the probation office's calculation of criminal history category of VI is correct?

MS. WOLFE:  Yes, Your Honor.

MS. CINQUANTO:  Yes, Your Honor.

THE COURT:  And so as before, that would give us a guideline range of 360 months to life, but we have a statutory maximum of 60 months here, which becomes the guideline range.

Ms. Wolfe, you're in agreement?

MS. WOLFE:  Yes, Your Honor.

THE COURT:  Ms. Cinquanto?

MS. CINQUANTO:  Yes, Your Honor.

THE COURT:  Any corrections to the report from the government, Ms. Wolfe?

MS. WOLFE:  No, Your Honor.

THE COURT:  Ms. Cinquanto, for the defense?

MS. CINQUANTO:  No, Your Honor.

THE COURT:  Any objections to the report from the government?

MS. WOLFE:  No, Your Honor.

THE COURT:  Ms. Cinquanto?

MS. CINQUANTO:  No, Your Honor.

THE COURT:  All right.  So Ms. Wolfe, I'll hear from you as to Ms. Khan.

MS. WOLFE:  Your Honor, I would echo the same remarks that I made about the serious of the offense and the need for general deterrence that I spoke about with regard to Mr. Gaffar.

What I think is more significant in terms of this particular defendant is probably under the category of things that we would want to discuss outside the public --

THE COURT:  We can do that in a minute.  And maybe you'll tell me that this is all folded in, but I do want to ask you, because in your sentencing memo you take the position that -- from a relative culpability standpoint.

MS. WOLFE:  Yes, Your Honor.

THE COURT:  Is that something that you can discuss here, or do we need to step in the back?

MS. WOLFE:  I think that's something that we need to discuss in the back, because, for clarity's sake, the reason that I filed my memo under seal was not with regard to the same reason that they did.  It was for purposes of the discussion on page 6 and 7 --

THE COURT:  Okay.

MS. WOLFE: -- which is expressly about the difference in culpability. It references some personal communications that I didn't think needed to be in the public.

THE COURT: Understood. Okay. Okay. So let me just take a look.

Well, obviously I heard what you had to say with respect to Mr. Gaffar, and I'll take that into account with respect to Ms. Khan as well.

So why don't we go ahead. We'll stop -- rather than doing sidebar here with the white noise, just again, so we can maintain some social distancing -- well, let's step in the back.

Before I do that, Ms. Khan sort of has the right to be present for any sidebar proceedings. I generally don't bring parties back into the secured area of the courthouse. And I'm not in any way, Ms. Cinquanto, trying to dissuade her from participating. If she wants to participate, I think we'll just do it at sidebar and maybe we'll just -- we can mask -- be masked just for purposes of being proximate to everybody.

MS. CINQUANTO: May I have a moment, Your Honor?

THE COURT: Sure.

MS. CINQUANTO: Your Honor, Ms. Khan is going to waive her presence for that part of the argument or the discussion --

THE COURT: Okay.

MS. CINQUANTO: -- and has given me permission to

proceed without her.

THE COURT:  Just so I can make my record, so, Ms. Khan, you understand you have a right to be present for any part of the sentencing personally?

DEFENDANT KHAN:  Yes, Your Honor.

THE COURT:  So I'm suggesting that we can go in the back.  That would mean that you're not going to be there personally.  But that's not in any way intended to suggest that you should agree to that if you're not comfortable with that.

Do you understand that?

DEFENDANT KHAN:  Yes, Your Honor.

THE COURT:  And I'm not going to look down on you or hold it against you in any way if you tell me that you'd prefer to be there in person, in which case we'll just move to the side here.

Do you understand that?

DEFENDANT KHAN:  Yes, Your Honor.

THE COURT:  And so knowing that and knowing that you have that option, you still are okay with us stepping in the back without you?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Okay.  All right.  Then why don't we do that.  I'll ask -- I'm sorry, one second.

Why don't -- actually, a suggestion was made.  I think it's probably a good one.  Why don't we -- if we step into the

jury room instead in the back, Ms. Khan can come with us.  That way we will be there.  I think there's enough space that we can all sort of be apart in any event.

So let's step back there.  I'll ask everybody else to sit tight for a little bit.  And then we'll be back in relatively short order.

All right.  Thanks, everybody.

(A discussion off the record occurred.)

(At sidebar.)

(The following portion of proceedings are sealed.)





























(End of sidebar.)

THE COURT:  Let's go back on the record.

We stepped off, Ms. Wolfe, your presentation.

Is there anything else that we need to cover from the

government's perspective before I hear from Ms. Cinquanto?

MS. WOLFE:  No, Your Honor.  Thank you.

THE COURT:  Ms. Cinquanto, I'll hear from you now.

MS. CINQUANTO:  Yes, Your Honor.

We have the two witnesses.

Would you prefer to hear from them now?

THE COURT:  However you want to proceed.  If there are things you want to tackle first, that's fine, but I'm just as happy to hear from the witnesses.  Whatever makes sense for you.

MS. CINQUANTO:  That would be great.  This will be very brief.

THE COURT:  Okay.

MS. CINQUANTO:  So, Your Honor, I am just going to call Fabbiha Gaffar one more time.  She wanted to just say something in particular about Nabila, because she spoke earlier primarily about her brother.

THE COURT:  Go ahead.

MS. GAFFAR:  I just wanted to say that as much as I have known my brother, I've also known Nabila since I've been in elementary school.  She came married in around that time.  And she was only like 19-20, so I think we got really close.  I would consider her a friend and a sister.

And then in the many upcoming years when my parents got sick and they left, she took care of me too.  And she

just -- she was really kind, and she's a good person.  And I see in a mother like figure too.

And her kids need her.  I love her kids.  They -- she took care of me too.  And I just know she's a good mother.  And her kids need both of them.  And she's a really good person too.  And I appreciate everything she's done for me also.

THE COURT:  Okay.  Thank you.

MS. GAFFAR:  Thank you.

MS. TOPLIN:  Your Honor, just one more witnesses.

He arrived late.  Please stand up, sir.

I've provided the witness's name already to the court reporter.

THE COURT:  Okay.

MS. CINQUANTO:  Could you please introduce yourself.

MR. SIDDIQUE:  Sheikh Siddique.

MS. CINQUANTO:  Mr. Siddique, what do you do for a living?

MR. SIDDIQUE:  I'm a registered minister.

MS. CINQUANTO:  Do you do other work as well?

MR. SIDDIQUE:  I'm currently serving as a counselor in Upper Darby Township.

MS. CINQUANTO:  And how long have you known -- we'll start with Shahidul Gaffar.

MR. SIDDIQUE:  20 years.

MS. CINQUANTO:  How long have you known Nabila Khan?

MR. SIDDIQUE:  14-15 years.

MS. CINQUANTO:  I believe in fact you told me that the first day you that met Mr. Gaffar, the first day he arrived in the United States?

MR. SIDDIQUE:  Yes.  First day when he arrived from overseas.

MS. CINQUANTO:  Could you please talk to the Court a little bit about your experience with both Nabila and Shahidul.

MR. SIDDIQUE:  His father, Shahidul's father, is my friend.  We're from the same country, and we work together in New York and -- from 1995.  We live in Pennsylvania.  He's a very good friend.  And when they arrive in America, his kids, I know them from when they were young.  And they hard-working kids, and they are -- they study over here.  I know Shahidul for -- and I also work with him sometimes in a restaurant.  Very good people, decent people.

MS. CINQUANTO:  Could you just tell the Court a little bit about your knowledge of how these folks have supported their community.

MR. SIDDIQUE:  We belong to the same community.  And then their support of the community, they support when the people coming from overseas, like a job, shelter, and sometimes they supporting to provide the food for the homeless shelter, which I manage at 63rd and Market Street, the Beautiful Life Center.  I still bring that program.  They full servicing.  And

sometime from their restaurant they giving free food to the shelter.

MS. CINQUANTO:  And finally, what was the reaction of the community when you found out that Nabila and Shahidul had been charged with this crime?

MR. SIDDIQUE:  When I first heard it, I don't believe that it happened.  And it was a shock to me and also the community.  And we can say, it cannot be happening like that.  And if it did happen, it's a mistake.  And I don't believe it is what I want to say, because they're good people, nice people.

MS. CINQUANTO:  Thank you, Your Honor.  That's all I have.

THE COURT:  Okay.  Thank you, sir.  I don't know if you heard me earlier, it's important for me to have you here, and I appreciate the input.

MS. CINQUANTO:  Your Honor, it's hard to find additional words after Ms. Toplin's presentation.  I just incorporate all of the arguments and the statements that she made there.

I know that the government is concerned about general deterrence and that specific deterrence is not required in this particular case.  And I think we can all agree on that.

When we talk about general deterrence, though, Your Honor, really, again, I just -- I go with Ms. Toplin's words.

You know, incarceration really isn't the worst thing that's going to happen to this family.  What's going to happen to this family is they're going to be torn apart.  Ms. Khan is going to be deported.  And Ms. Khan has opted to have her children remain in the United States so that they can continue with their schooling, so that they can attend college, and they can have a life here, because she does not want them to have a life -- build a life in Bangladesh.  She wants better for her kids.

Also, Your Honor, in my sentencing memorandum, I just pointed out some articles that I had looked up.  Human rights organizations have criticized Bangladesh, especially in the area of women and children and how they're treated over there.  And she just does not want the same for her children, especially her older girls.

So she's basically saying she's going to leave them.  They may be able to go visit.  She will never -- Ms. Khan will never be able to come back here to visit.  And it's going to be a tragedy for everybody involved.

If there is a sentence imposed, it's -- especially with Shahidul Gaffar, you know, any sentence, Your Honor, is probably going to cause the loss of his business and his ability to support these children.  And putting Ms. Khan in jail is -- and then subject her to deportation is just -- I think earlier the government said it's a travesty.  It's a

tragedy is what it is.

So just to briefly touch on the points that I made in my sentencing memorandum, you know, Ms. Khan was raised in Bangladesh. She only has an eighth grade education. When she was 20 years old, she entered into an arranged marriage with her husband. She now has four children that -- you've heard from them in writing. They seem to be extraordinary. They are extraordinary children. I've had the pleasure of meeting them on more than one occasion. And their ages are 13, 11, 6 and 3.

Ms. Khan really is very unsophisticated, despite her getting involved in this particular type of crime. She really lives a very sheltered existence in the fact that, you know, she doesn't drive, she doesn't work outside the home, and really has no intentions or aspirations to have ever done that. All she really wanted out of life was to be a mom, a wife, and was on her way to becoming a United States citizen. She had her green card, and she was hoping to apply for citizenship.

Her life is essentially destroyed. She's going to go back to Bangladesh. Two brothers are now -- one is dead and one is missing and presumed dead. Her father is dead. Her mother has fallen into an incredible depression based upon all these circumstances. And she has a sister who lives over there but who is sort of dealing with her own emotional turmoil.

So as I said in my sentencing memo, you've got a woman who is going to be returning back to Bangladesh, you know,

penniless, childless, and without a husband.  And I think that that's punishment enough.  And I think that that's general deterrence enough.  And I'm going to ask Your Honor not to sentence her to any incarceration.  I'm going to ask Your Honor to sentence her instead to a period of house arrest so that she can stay at home for as long as possible to raise the kids to get just a little bit older and remain there.  And then she will deported when immigration decides.

I don't think there's really much else I can add, Your Honor, except for I know that there was some other collateral consequences.

There has been negative pretrial publicity not just here in the United States but also in Bangladesh.  She's going to be facing a backlash when she gets there, when she gets to Bangladesh, Saudi Arabia.  We've heard about all the news outlets.

I'm not -- I'm just putting this out there.  We just don't know what type of reception she's going to get from family or friends or the government when she goes to Bangladesh.

And, Your Honor, I just want you to think about post-offense rehabilitation.  That is another reason for you to vary from the guideline range and even vary from what the government is suggesting.  You have a woman here who for the past four years after this support has been given, after she

was confronted by law enforcement, who has just, you know, soldiered on.  And she's raised her kids, and she's supported her husband.  And by all accounts, she's been a law-abiding citizen.  That's four years.

So for all those reasons, Your Honor, I'm going to ask that you -- respectfully, that you consider a period of house arrest in this case and to not incarcerate Ms. Khan, because her punishment -- she will be suffering for this for the rest of her life.

THE COURT:  Okay.  Thanks, Ms. Cinquanto.

Ms. Khan, this is your opportunity to address me just like your husband did earlier.

You can tell me anything you want that you think will bear on my sentencing decision.  Like we did earlier, I'd ask you to step up to the podium.

And feel free to speak directly.  If you feel like you need the interpreter, you know, you can do that too.  If you need to consult the interpreter to get some clarity on how you want to phrase something, that's fine as well.

DEFENDANT KHAN:  Thank you.  I'm so grateful towards everyone here from the bottom of my heart.

First, living with my kids and my husband, because they're the only one they have.  And I'm really sorry about everything I did.  I wish -- I was just -- those years I could just delete from my life.  It cost my family a lot, my kids.

I'm tired to act strong in front of my kids every day, because I know if they see me breaking, they will be breaking too. I'm tired to act so strong, even though when my father -- my father passed away, I just couldn't mourn enough because already we are suffering so much.

So I ask your forgiveness. I'm really, really sorry from the bottom of my heart. I didn't mean to hurt anyone. I just can't think of hurting anyone.

MS. CINQUANTO: That's all we have, Your Honor.

THE COURT: Okay. Thank you, Ms. Khan. I appreciate it. Thank you for your time.

Obviously we've run pretty long today, and so I want to be, as I said earlier, sensitive to everyone's schedules, but you need a decision from me.

So I want to take some time to just think about it. It won't be a lot of time, but it won't be two minutes either.

So I'm going to ask everyone to stay close. I'm going to aim to be back here by 1:15. I don't want to put a time target on it for myself. I'll never do anything either.

So I'll ask everyone just, as I said, if you need to step out in the hall or something like that, that's fine, but please be back in here and seated at 1:15. And I'll be back in as shortly thereafter as I can. So let's take a recess. Thank you.

(Recess at 12:59 p.m. until 1:23 p.m.)

THE COURT:  Have a seat, please.

All right.  Well, this is a tough one.  What I'm going to do is I'm going to run through my thoughts and the relevant factors.

And Mr. Gaffar and Ms. Khan, just so you understand, maybe you've already heard this from your lawyers, there's a federal statute that's 18 U.S.C. Section 3553(a) that tells me the factors that I'm supposed to consider in pronouncing sentence.  So what I want to do is I'll walk through those factors, give you the benefit of my thinking on them.

I'm just going to do that once, and I'll talk both in general terms when it applies to both Mr. Gaffar and Ms. Khan, and to the extent there are distinctions to be drawn, I'll draw them, but then I'll pronounce separate sentences, obviously.

So the first of the factors for me to consider is the nature and circumstances of the offense and the history and characteristics of the defendant.

So let me start with the second part of that, the history and characteristics of the defendants.  And this is one, obviously, because it is very individualized where I do draw some distinctions.

So as I think about it in terms for Mr. Gaffar, obviously he's had plenty of misfortune in his life, and we've heard about that.  He's also had a good, stable upbringing that taught him values and allowed him to see the benefits of being

here in this country.  And I do believe him when he says that he has internalized that.

When I talk about his characteristics, there's also the current family circumstance.  You know, because Mr. Gaffar committed this crime with his wife, his family has been torn apart.  That goes for both Mr. Gaffar and Ms. Khan's family have been torn apart.  Their children are significant victims here, to be sure, and their children will be affected by whatever I decide.

I'm not entirely sure how much I should be considering the children, the effect on the children as I pronounce sentence in the sense that both Mr. Gaffar and Ms. Khan were parents when they committed these crimes.  And as I've had other cases where I've noted this, but I have some concerns about the idea that a defendant's parental status is some sort of a get out of jail free card.  In fact, contrary to my hope would be that parenthood and the need -- the awareness of the need to be around to support children gives people an incentive when faced with hard choices to choose a path that's best for their children.  And that path is rarely, if ever, going to be criminal conduct.  It certainly wasn't here.  And unfortunately, it didn't provide that incentive here.

You know, as to Ms. Khan, I do also recognize the family pressure she was under and the power that that can exert on someone, particularly while she was abroad, in Bangladesh,

dealing with these issues. And I recognize the pressure that she brought to bear on Mr. Gaffar and the effect that it had on him.

Turning to the offense, I don't want to lose sight of its seriousness here. These defendants provided material support to an organization that's committed to destroying the way of life of this country. It's not that there's a straight line from either Mr. Gaffar's or Ms. Khan's conduct to deaths on the battlefield, but there's at least a dotted line to fighters on the battlefield. And that's troubling.

As I noted, the messages that they exchanged are troubling as well. And some of that I think was done just to fit in at the time. But, you know, those messages were being sent I think with an awareness of the wrongdoing that was happening as evidenced by the fact that Ms. Khan suggested and Mr. Gaffar agreed to delete the messages.

So I just -- you know, I want to be mindful. I know there's mitigating factors here as we think about the nature of this particular offense and this particular case, but I don't think they mitigate the harm to the degree that the defense have suggested they do.

The second factor for me to consider is the need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law and provide just punishment.

You know, this offense is one that, as I alluded to,

it strikes at the fabric of our country. And it may be small, but it's support for an organization that is fundamentally opposed to the way we live here.

In some respects, the factor bleeds into the nature and circumstances of the offense for those reasons. It also bleeds into the next factor, which is deterrence.

But the last phrase of the factor is the one that I sort of focused on as I thought about this, and that's the words "just punishment." Just as a flexible concept, it requires me to consider all the circumstances of the case that we've been hearing about today and to make some judgments about the defendants' culpability, their relative culpability to each other. It requires me to make judgments about their motivation, including whether the messages that I saw were real -- real expressions of support for ISIS or just messages sent in the heat of the moment under pressure.

My best answer based on what I've seen and heard today is that it's the later, that they were messages sent in that crucible, but, you know, I don't know that for sure, and I have some lingering concerns about it.

I'll just say, I mean, family pressure is an enormous amount of pressure, but there's a part of me that says that people who love America don't talk about it as a land of great unbelievers or talk favorably about watching radicalization or about the decision to join ISIS.

The third factor is general deterrence.  This is a big one for me as it is for the government.

I think all people in America, whether they're citizens or residents or under some other status, just visitors, they need to know that supporting organizations like ISIS is just -- it's unacceptable.  It's conduct that will be met harshly.

This particular case involves only a small amount of monetary support, but the result of that monetary support was to facilitate one or two fighters making their way to the ISIS battlefield.

And I -- you know, there are certainly unique circumstances here.  And I recognize the argument that Ms. Cinquanto made about the consequences to the family being a deterrent, but that's not true for everybody who is considering this kind of conduct.  Not everybody has got this family situation.  Not everyone is going to suffer those kind of consequences.  But what should be certain is that if you engage in this kind of conduct, there is prison on the horizon.

You know, as I think about it, I come back to the idea that if supporting ISIS -- providing support ISIS doesn't get you prison time, I don't know what will.

And I just want to pause on that and specifically talk about the idea of house arrest.  I guess this bleeds into another factor, which is the types of sentences available to

me.

As to Ms. Khan, because that was suggested, I don't think house arrest provides any significant means of general deterrence to people.  It strikes me that it is just in many respects a continuation of the life that Ms. Khan leads now.  She doesn't drive.  She doesn't bank.  She doesn't work outside the home.  House arrest is just going to perpetuate her current life, and I don't think that's appropriate.

The next factor is to protect the public from the defendants.  I don't see that's an issue here.  I have no reason to think that Mr. Gaffar or Ms. Khan will engage in this type of conduct again or in other criminal conduct.  I don't think the government does either based on the presentations I've heard.

There's a factor to provide educational/vocational training and/or medical care.  It's certainly not an issue here for Mr. Gaffar.  He has a college degree.  I'm not aware that he needs any special medical care.

As for Ms. Khan, she may benefit from some education or vocational training, although I will confess that I don't know for certain whether and to what extent she'll be able to use it after she's deported.  And my understanding is she's almost certainly going to be deported.

There's the kinds of sentence in the guidelines range.  I've considered the kinds of sentence.  I do think it's

important to note, although it's not determinative, that the guideline range here is capped based on the statutory maximum. That's not the same as when there's some sort of Safety Value in other cases, but it does mean that the sentence is lower than the guideline range would suggest, no matter what. But I'm not sure that matters. When there's statutory mandatory minimums, we disregard the guidelines. So too here.

I'm supposed to consider any applicable policy statements in the sentencing guidelines. For the most part, I'm not aware of any, with one caveat. There is a policy statement concerning norms for imposition of supervised release in cases of defendants who are facing deportation. It generally recommends against that unless there's a reason on the part of the Court to think that it would be important to impose supervised release here.

I do think that supervised release here is important for Ms. Khan, despite the likelihood of deportation. And I say that given that her husband and children are likely to remain here. While I don't think she's going to come back, she has some incentive based on their presence here to try to return, so I think the imposition of supervised release is appropriate.

Sentencing disparities is another thing for me to consider. And we had some discussion about that with other cases that Ms. Toplin identified in Mr. Gaffar's sentencing memorandum.

I am persuaded based on what I've heard that the universe of like cases out there suggests that a downward variance is appropriate here from the 60-month statutory maximum.  And I look to those cases for some guidance based on -- at least from what I can tell from those cases about relative levels of culpability and motivation.

Then the last factor for me to consider is restitution, but that's not really an issue here.

So with that said, let me pronounce my sentence.

And I'm going to start with Mr. Gaffar just because that's the order in which we've been going today.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant Shahidul Gaffar is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years.

Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervision, the defendant shall not commit another federal, state or local crime; shall be prohibited from possessing a firearm or other dangerous device; shall not possess an illegal controlled substance; and shall comply with

the other standard conditions that this court has adopted. Based on information presented, the defendant is excused from the mandatory drug testing provision.  However, the probation officer will retain discretion to request the defendant to submit to drug testing during the period of supervision if the probation officer determines there's a risk of substance abuse.

In addition, the defendant shall provide the US Probation Office with full disclosure of his financial dealings and shall provide truthful monthly statements of his income.

The Court finds that Mr. Gaffar does not have the ability to pay a fine, and the Court will therefore waive the fine in this case.

Mr. Gaffar shall pay to the United States a total special assessment of $100, which shall be due immediately.

I turn to Ms. Khan.

Pursuant to the Sentencing Reform Act of 1984, it's the judgment of the Court that the defendant Nabila Khan is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years.

Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervision, the defendant shall not commit another federal, state or local crime; shall be prohibited from possessing a firearm or other dangerous device; shall not possess an illegal controlled substance; and shall comply with the other standard conditions that this court has adopted.

Based on information presented, the defendant is excused from the mandatory drug testing provision.  However, the probation officer will retain discretion to request the defendant to submit to drug testing during the period of supervision if the probation officer determines there's a risk of substance abuse.

In addition, the defendant shall provide the probation officer with full disclosure of her financial dealings and shall provide truthful monthly statements of her income.

The Court finds that Ms. Khan does not have the ability to pay a fine, and the Court will therefore waive the fine in this case.

Ms. Khan shall pay to the United States a total special assessment of $100, which shall be due immediately.

So those are my judgments.

Let me just turn, Ms. Wolfe, to you because we talked a little bit about the staggered sentences earlier.

Rather than talk about them in the abstract, I thought it would be more useful for me to get to resolution.

But having heard that, what's the government's view as

to my staggering the report dates?

MS. WOLFE:  We have no objection to that, Your Honor.

THE COURT:  Okay.  And do you have any -- the proposal from the defendants was that essentially Ms. Khan would have a report date, you know, sort of in the ordinary course, which I assume would be 60 days, and then -- I assume you have no objection to self-surrender?

MS. WOLFE:  No, I do not.

THE COURT:  So Ms. Khan's report date would be in 60 days.  And then I would then be holding Mr. Gaffar's report date for the essentially 26 months effectively, until Ms. Khan has served her sentence.

Do you have any concerns with that sort of -- that staggering, assuming that's where the defendants --

MS. WOLFE:  No.  If that works better for the defendants, we don't take a position for that.  And Mr. Gaffar would remain under supervision of some sort during that time.

THE COURT:  Is that what the defense is, that's how you prefer to proceed?

MS. CINQUANTO:  Yes, Your Honor.

THE COURT:  Ms. Toplin?

MS. TOPLIN:  Yes, Your Honor.

THE COURT:  Then that's what we'll do.

So we'll have a report date -- I think the report dates are Mondays and Fridays typically.  So we'll come up with

an appropriate report date in 60 days from now for Ms. Khan. And then it will be roughly 26 months from now for Mr. Gaffar.

Let me just -- I'll ask counsel, are there recommendations that you want me to make?

MS. CINQUANTO:  Yes, Your Honor.  Would you make a recommendation for Danbury, Danbury, Connecticut?

THE COURT:  I'll certainly recommend that for Ms. Khan, yes.

Yes, Ms. Toplin?

MS. TOPLIN:  Your Honor, I would just ask the Court recommend a facility as close to Philadelphia or Montgomery County as possible.

THE COURT:  Yeah.  I'll certainly make that recommendation as well, to facilitate family visitation for Mr. Gaffar and his children.

Okay.  I think that's everything I have with the exception that I guess I need for each of you to ask that you give your respective clients appellate rights.

Ms. Toplin, I'll start with you and ask you to give them to Mr. Gaffar.

MS. TOPLIN:  Mr. Gaffar, you've been sentenced by Judge Wolson to a period of 18 months' incarceration to be followed by three years of supervised release.  The judge has allowed with that sentence to essentially be suspended until completion of Ms. Khan's sentence.

However, you have 14 days from today's date to file an appeal if you believe there were any illegalities in this process today or in previous court matters.  Your appeal has to be in writing, and I'll represent you in that process.  If you tell me you want to file an appeal, I will do so on your behalf.

Do you understand that?

THE DEFENDANT:  Yes.

THE COURT:  Ms. Cinquanto, I'll ask you to do the same.

MS. CINQUANTO:  Ms. Khan, you've been sentenced by Judge Wolson to a period of 24 months incarceration followed by a period of three years supervised release.

You have 14 days from today's date to file a notice of appeal.  However, your appellate rights are limited to the following:  If Judge Wolson had sentenced you above the statutory maximum, which he has not; if he had done an upward departure from the guideline range, which he did not; and if he did not grant a variance from the guideline range, which he did not.  Your remaining right to appeal would be for ineffective assistance of counsel.

Do you understand?

THE DEFENDANT:  Yes.

MS. CINQUANTO:  Is that satisfactory, Your Honor?

THE COURT:  Yes, thank you.

Satisfactory for the government?

MS. WOLFE:  Yes, Your Honor.

THE COURT:  I think that's everything, with the caveat, Ms. Wolfe, I assume there's no objection to just maintaining the current conditions for pretrial release for each defendant pending their surrender?

MS. WOLFE:  Yes, Your Honor.

THE COURT:  All right.  Then that's what we'll do.

I appreciate everybody's time.  It's long and involved, and I know it ate up a good chunk of the day.  So thank you.

Ms. Khan, Mr. Gaffar, I wish you the best of luck.

And we're going to stand adjourned.  I have some organizational stuff to do up here, so people can feel free to go about your business.  We're adjourned.

(Proceedings concluded at 1:44 p.m.)

                         -  -  -

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.


*/S/ Ann Marie Mitchell*          *17th day of April, 2023*

*Court Reporter/Transcriber*     *Date*

## $

**$100** [2] - 94:14, 95:19

## /

**/S** [1] - 99:21

## 0

**02** [1] - 3:7

## 1

**1** [1] - 66:10
**10** [3] - 37:8, 45:1, 55:8
**10:00** [1] - 49:5
**10:38** [1] - 3:1
**11** [3] - 37:8, 47:24, 82:9
**11,000** [1] - 42:19
**11:00** [1] - 49:6
**11:58** [1] - 55:11
**12** [3] - 42:18, 43:9, 46:11
**123** [1] - 2:9
**1250** [1] - 1:15
**12:00** [1] - 55:9
**12:13** [2] - 1:9, 55:11
**12:59** [1] - 85:25
**13** [1] - 82:9
**13-year-old** [1] - 26:3
**14** [3] - 47:24, 98:1, 98:14
**14-15** [1] - 79:1
**16th** [1] - 5:11
**17th** [2] - 5:11, 99:21
**18** [5] - 68:24, 72:15, 86:7, 93:15, 97:22
**19-20** [1] - 77:22
**19106** [3] - 1:8, 1:16, 2:4
**19109** [1] - 2:10
**1984** [2] - 93:12, 94:16
**1992** [1] - 42:22
**1995** [2] - 44:21, 79:11
**1:15** [2] - 85:18, 85:22
**1:23** [1] - 85:25
**1:44** [1] - 99:16

## 2

**20** [2] - 78:24, 82:5
**20-00392** [1] - 1:3
**20-cr-392-01** [1] - 3:7
**2005** [1] - 46:17
**2015** [1] - 19:8
**2017** [1] - 72:14
**2018** [1] - 70:7
**2019** [1] - 70:8
**2021** [3] - 1:8, 6:21,

56:24
**2023** [1] - 99:21
**215** [3] - 1:17, 2:5, 2:11
**22** [2] - 6:21, 56:24
**23** [1] - 41:17
**2339(b** [2] - 13:16, 21:11
**2339(b)** [2] - 20:24, 21:15
**24** [4] - 16:7, 43:13, 94:19, 98:12
**2500** [1] - 2:10
**26** [2] - 96:11, 97:2
**2:00** [1] - 46:15

## 3

**3** [1] - 82:9
**30** [2] - 42:20, 45:13
**3553** [2] - 21:3, 22:5
**3553(a** [3] - 10:7, 14:1, 86:7
**36** [3] - 16:6, 16:7, 16:18
**360** [2] - 8:24, 58:13
**37** [2] - 8:10, 58:4
**371** [8] - 13:14, 16:18, 20:1, 20:5, 20:19, 21:1, 21:11, 22:7

## 4

**4** [1] - 45:14
**42** [1] - 42:15

## 5

**5** [2] - 45:13, 66:10
**5,000** [1] - 44:13
**50** [1] - 45:6
**540** [1] - 2:4
**5K** [3] - 68:14, 69:1, 73:3

## 6

**6** [3] - 59:24, 66:10, 82:9
**60** [5] - 9:1, 58:14, 96:6, 96:9, 97:1
**60-month** [1] - 93:3
**601** [2] - 1:7, 2:3
**615** [1] - 1:16
**62** [1] - 44:5
**63rd** [1] - 79:24

## 7

**7** [2] - 59:24, 62:12
**72** [2] - 93:18, 94:22
**735-1600** [1] - 2:11

## 8

**861-8668** [1] - 1:17
**8:00** [1] - 46:15

## 9

**9** [1] - 1:8
**928-1100** [1] - 2:5

## A

**a.m** [4] - 3:1, 46:15, 55:11
**abandon** [2] - 32:14, 66:4
**abiding** [1] - 84:3
**ability** [6] - 31:22, 70:4, 71:3, 81:23, 94:11, 95:16
**able** [16] - 6:13, 8:2, 20:6, 20:20, 23:24, 26:5, 31:18, 45:14, 53:22, 56:4, 57:12, 70:10, 75:25, 81:17, 81:18, 91:21
**above-entitled** [1] - 99:19
**abroad** [2] - 69:10, 87:25
**abruptly** [1] - 31:15
**absolutely** [5] - 17:9, 21:10, 22:3, 27:9, 68:15
**abstract** [1] - 95:23
**abuse** [2] - 94:6, 95:11
**accept** [1] - 43:21
**account** [2] - 28:12, 60:7
**accounts** [5] - 25:4, 25:6, 25:8, 25:10, 84:3
**acknowledge** [2] - 51:4, 54:2
**acknowledgment** [2] - 32:20, 67:11
**act** [2] - 85:1, 85:3
**Act** [2] - 93:12, 94:16
**acted** [2] - 68:14, 69:2
**ACTION** [1] - 1:3
**action** [1] - 65:5
**active** [1] - 49:22
**actively** [1] - 67:9
**activities** [1] - 69:15
**actual** [2] - 10:18, 22:12
**add** [8] - 8:2, 8:6, 36:7, 38:10, 38:11, 64:6, 68:8, 83:9
**added** [2] - 7:24, 57:23

**adding** [1] - 38:4
**addition** [2] - 94:7, 95:12
**additional** [3] - 27:10, 55:20, 80:18
**address** [5] - 9:24, 30:2, 34:12, 42:6, 84:11
**adjourned** [2] - 99:13, 99:15
**admire** [1] - 35:25
**adopted** [2] - 94:1, 95:5
**advised** [1] - 75:22
**affected** [1] - 87:8
**affiliation** [1] - 71:4
**affront** [1] - 65:20
**agents** [1] - 75:22
**ages** [1] - 82:9
**ago** [2] - 40:25, 42:16
**agree** [6] - 8:11, 8:18, 19:22, 22:16, 61:9, 80:23
**agreed** [1] - 88:16
**agreeing** [1] - 64:20
**agreement** [3] - 9:2, 58:3, 58:15
**ahead** [7] - 12:18, 42:3, 55:17, 55:18, 60:9, 75:1, 77:18
**aided** [1] - 1:23
**aim** [2] - 70:22, 85:18
**airport** [2] - 25:13, 25:14
**allocution** [1] - 3:12
**allowed** [2] - 86:25, 97:24
**allowing** [1] - 55:1
**alluded** [1] - 88:25
**almost** [4] - 43:13, 43:17, 46:11, 91:23
**ALSO** [1] - 2:13
**Alweis** [1] - 48:9
**America** [7] - 18:17, 26:8, 30:6, 55:2, 79:12, 89:23, 90:3
**AMERICA** [1] - 1:3
**American** [8] - 17:11, 17:12, 17:23, 24:6, 24:24, 26:8, 29:25, 54:18
**American..** [1] - 30:12
**amount** [12] - 10:10, 11:1, 15:10, 19:11, 22:13, 23:25, 65:8, 65:9, 66:24, 68:1, 89:22, 90:8
**analysis** [5] - 3:16, 13:23, 14:10, 16:8, 75:16

**anger** [1] - 66:12
**Ann** [2] - 1:20, 99:21
**answer** [1] - 89:17
**answered** [2] - 7:13, 57:13
**answers** [1] - 21:25
**ant** [2] - 47:14
**antenna** [1] - 42:25
**anti** [1] - 30:12
**anti-American..** [1] - 30:12
**anticipatory** [1] - 15:1
**anyway** [4] - 10:24, 11:15, 47:21, 52:25
**apart** [6] - 62:3, 65:16, 71:6, 81:3, 87:6, 87:7
**apartment** [1] - 26:21
**apologize** [1] - 51:8
**apparent** [1] - 25:21
**appeal** [5] - 98:2, 98:3, 98:5, 98:15, 98:20
**APPEARANCES** [2] - 1:13, 2:1
**appearances** [2] - 3:23, 63:5
**appellate** [2] - 97:18, 98:15
**applicability** [1] - 15:7
**applicable** [2] - 8:25, 92:8
**applies** [1] - 86:12
**apply** [1] - 82:17
**appreciate** [5] - 42:1, 78:6, 80:16, 85:10, 99:9
**appropriate** [8] - 13:20, 13:23, 14:9, 27:7, 91:8, 92:21, 93:3, 97:1
**April** [1] - 99:21
**Arabia** [4] - 23:23, 48:8, 65:17, 83:15
**area** [2] - 60:15, 81:13
**arguably** [2] - 22:9, 67:11
**argue** [1] - 67:22
**argument** [8] - 22:6, 51:1, 60:23, 64:13, 68:6, 68:11, 68:15, 90:13
**arguments** [5] - 3:12, 17:7, 68:9, 75:14, 80:19
**arranged** [1] - 82:5
**arrest** [5] - 83:5, 84:7, 90:24, 91:3, 91:7
**arrive** [1] - 79:12
**arrived** [4] - 55:20, 78:10, 79:3, 79:5

**articles** [1] - 81:11
**Asian** [2] - 52:2, 52:24
**aside** [1] - 20:25
**aspersions** [1] - 63:18
**aspirations** [1] - 82:14
**assess** [1] - 5:12
**assessment** [2] - 94:14, 95:19
**assistance** [2] - 9:25, 98:21
**assistant** [1] - 3:25
**associated** [2] - 25:4, 25:6
**assume** [4] - 71:19, 96:6, 99:4
**assumed** [1] - 27:19
**assuming** [2] - 36:6, 96:14
**assumption** [4] - 27:21, 62:15, 70:9, 70:10
**ate** [1] - 99:10
**ATM** [1] - 28:12
**attached** [1] - 76:5
**attempt** [3] - 68:22, 68:23, 70:15
**attempting** [1] - 70:10
**attend** [2] - 48:16, 81:6
**attention** [3] - 24:19, 25:1, 25:2
**Attorney** [1] - 4:1
**ATTORNEY'S** [1] - 1:14
**attorneys** [2] - 5:16, 28:8
**authorized** [1] - 69:20
**available** [1] - 90:25
**avoidable** [1] - 33:4
**aware** [21] - 11:6, 12:11, 12:13, 12:15, 12:16, 18:12, 18:19, 20:22, 22:25, 23:13, 23:21, 24:17, 25:12, 27:8, 27:9, 43:3, 62:14, 62:22, 91:17, 92:10
**awareness** [2] - 87:17, 88:14

**B**

**baby** [1] - 31:3
**background** [1] - 72:9
**backlash** [1] - 83:14
**bad** [11] - 10:13, 12:22, 37:23, 38:1, 38:5, 53:10, 66:19, 68:3, 68:14, 69:3, 73:5

**Bangladesh** [35] - 11:23, 12:6, 17:16, 18:1, 18:7, 18:16, 18:18, 24:8, 24:25, 29:11, 42:20, 42:23, 44:12, 45:25, 47:2, 48:14, 48:16, 49:14, 50:11, 53:24, 64:18, 65:3, 65:15, 65:17, 66:5, 66:21, 81:8, 81:12, 82:4, 82:19, 82:25, 83:13, 83:15, 83:20, 87:25
**bank** [4] - 25:3, 25:7, 28:12, 91:6
**base** [2] - 45:24, 49:18
**based** [15] - 5:8, 16:17, 31:20, 33:19, 50:13, 71:15, 82:21, 89:17, 91:13, 92:2, 92:20, 93:1, 93:4, 94:2, 95:6
**baseline** [1] - 15:4
**battlefield** [3] - 88:9, 88:10, 90:11
**bear** [2] - 84:14, 88:2
**Beautiful** [1] - 79:24
**beautiful** [7] - 45:11, 45:15, 45:16, 47:18, 48:10
**became** [3] - 25:11, 64:15, 74:4
**become** [1] - 75:11
**becomes** [4] - 9:1, 11:17, 29:3, 58:14
**becoming** [1] - 82:16
**bedroom** [1] - 26:20
**BEFORE** [1] - 1:10
**began** [1] - 18:1
**begging** [1] - 54:7
**begin** [2] - 33:16, 55:13
**beginning** [5] - 19:8, 29:22, 55:4, 63:22, 73:11
**begins** [1] - 46:19
**behalf** [6] - 4:1, 4:6, 4:9, 22:18, 29:17, 98:6
**behavior** [3] - 18:14, 20:6, 22:9
**behind** [2] - 32:1, 67:10
**belief** [3] - 31:20, 47:10, 53:3
**believes** [2] - 32:11
**belong** [1] - 79:20
**belongs** [1] - 50:4
**below** [1] - 16:3
**benefit** [3] - 63:16,

86:10, 91:19
**benefits** [1] - 86:25
**Bengali** [6] - 4:15, 24:23, 24:25, 38:3, 71:3, 71:4
**beside** [1] - 54:5
**best** [7] - 21:9, 47:17, 50:14, 74:5, 87:19, 89:17, 99:12
**better** [7] - 29:8, 33:24, 44:17, 70:16, 75:25, 81:8, 96:15
**between** [6] - 13:15, 31:13, 49:17, 62:13, 66:7, 67:19
**big** [4] - 10:12, 52:14, 65:20, 90:1
**biggest** [4] - 22:18, 26:2, 45:17
**bit** [15] - 17:17, 18:22, 21:20, 29:3, 29:16, 32:5, 32:22, 36:22, 44:2, 62:5, 69:5, 79:8, 79:18, 83:7, 95:22
**blasting** [1] - 66:3
**blatantly** [1] - 30:12
**bleeds** [3] - 89:4, 89:6, 90:24
**bless** [2] - 55:1, 55:2
**blessing** [3] - 45:8, 45:9, 47:2
**blind** [2] - 12:9, 12:12
**bloodshed** [2] - 13:7
**boat** [1] - 65:25
**body** [6] - 33:8, 33:9, 42:20, 42:21, 43:9, 44:1
**bombarded** [1] - 24:19
**born** [1] - 42:16
**borrow** [1] - 49:18
**borrowed** [1] - 50:5
**borrowing** [1] - 67:1
**bottom** [3] - 16:11, 84:21, 85:7
**brain** [3] - 43:18, 43:19, 45:3
**break** [5] - 3:15, 22:6, 49:15, 55:7, 55:25
**breakdown** [3] - 17:25, 49:9
**breaking** [2] - 85:2
**breakup** [2] - 17:24, 18:5
**brief** [2] - 34:13, 77:12
**briefly** [4] - 42:23, 55:21, 55:22, 82:2
**brilliant** [3] - 46:2, 53:7

**bring** [3] - 47:3, 60:14, 79:25
**bringing** [1] - 69:24
**Broad** [1] - 2:9
**broke** [1] - 43:1
**brother** [45] - 11:12, 11:21, 12:6, 17:18, 17:21, 18:12, 19:6, 19:9, 19:10, 19:13, 19:14, 19:15, 19:17, 25:7, 26:16, 29:7, 30:21, 31:2, 31:15, 31:21, 35:3, 39:9, 39:18, 39:20, 40:4, 41:4, 41:5, 41:7, 45:25, 46:23, 47:7, 48:3, 48:14, 48:23, 49:20, 50:10, 50:13, 52:5, 52:12, 65:3, 65:4, 66:25, 77:17, 77:20
**brother's** [2] - 30:8, 69:15
**brother-in-law** [6] - 31:15, 31:21, 35:3, 45:25, 47:7, 48:14
**brothers** [28] - 10:13, 10:15, 10:21, 11:1, 12:17, 13:4, 18:23, 19:3, 23:16, 30:6, 46:13, 63:2, 64:14, 64:19, 64:24, 65:16, 65:18, 67:6, 67:16, 69:11, 70:25, 71:6, 72:24, 73:22, 74:3, 75:23, 76:2, 82:19
**brothers'** [1] - 12:16
**brought** [1] - 88:2
**Buenzle** [3] - 2:15, 4:25, 55:16
**build** [1] - 81:8
**built** [1] - 30:1
**bunch** [1] - 21:24
**Bureau** [4] - 93:14, 93:19, 94:18, 94:23
**burn** [2] - 42:20, 45:13
**burnt** [1] - 43:9
**business** [28] - 23:1, 24:11, 25:5, 25:23, 25:25, 26:21, 27:14, 27:16, 31:12, 33:11, 33:14, 36:1, 36:14, 36:17, 38:16, 38:22, 38:23, 39:15, 40:1, 46:9, 46:10, 46:11, 46:14, 49:18, 49:25, 81:22, 99:15
**businesses** [4] - 24:10, 33:11, 33:13, 45:6

**businessman** [1] - 24:9
**busy** [1] - 48:1
**but-for** [1] - 11:4
**buy** [1] - 18:20
**Byrne** [1] - 1:7

**C**

**cajoled** [1] - 63:2
**cajoling** [1] - 67:16
**calculated** [1] - 8:16
**calculates** [1] - 8:9
**calculation** [2] - 58:1, 58:8
**cannot** [2] - 28:11, 80:8
**cap** [1] - 13:21
**capped** [2] - 13:17, 92:2
**caption** [2] - 52:3, 52:4
**card** [3] - 28:12, 82:17, 87:16
**care** [11] - 26:16, 37:12, 43:12, 46:24, 49:4, 68:2, 77:25, 78:4, 91:16, 91:18
**Caroline** [1] - 4:8
**CAROLINE** [2] - 2:7, 2:8
**carrie@cgclegal. com** [1] - 2:11
**case** [39] - 5:7, 10:8, 12:21, 13:13, 13:18, 13:21, 15:5, 15:8, 15:13, 15:18, 16:4, 16:10, 16:15, 16:16, 16:17, 18:24, 19:23, 20:8, 22:2, 22:12, 22:15, 22:22, 23:12, 23:18, 24:16, 25:11, 25:15, 27:4, 56:7, 61:14, 62:19, 80:23, 84:7, 88:19, 89:10, 90:8, 94:12, 95:17
**cases** [34] - 15:3, 15:6, 15:9, 15:14, 15:20, 15:24, 16:2, 16:3, 19:24, 20:2, 20:5, 20:12, 20:13, 20:14, 20:16, 20:23, 21:5, 21:6, 21:11, 21:12, 21:13, 21:14, 22:7, 68:16, 73:18, 87:14, 92:4, 92:12, 92:24, 93:2, 93:4, 93:5
**cast** [1] - 63:17
**category** [5] - 8:17, 8:24, 34:20, 58:9,

59:11

**caterings** [3] - 37:13, 37:14, 37:25

**causal** [2] - 19:2, 19:3

**causation** [2] - 10:21, 11:14

**causative** [1] - 11:9

**caveat** [2] - 92:10, 99:4

**celebrating** [1] - 53:8

**Center** [1] - 79:25

**center** [1] - 64:17

**certain** [5] - 71:4, 71:12, 72:15, 90:18, 91:21

**certainly** [12] - 8:4, 16:8, 36:8, 56:11, 63:17, 67:12, 87:21, 90:12, 91:16, 91:23, 97:7, 97:13

**certificate** [1] - 53:17

**certify** [1] - 99:18

**cetera** [1] - 71:11

**chance** [2] - 54:16, 64:6

**chances** [1] - 8:3

**change** [2] - 3:19, 10:17

**changed** [2] - 11:20, 12:3

**changing** [1] - 47:4

**chaos** [1] - 17:16

**character** [1] - 34:14

**characteristics** [3] - 86:17, 86:19, 87:3

**characterization** [2] - 9:25, 72:11

**characterize** [1] - 63:18

**charge** [7] - 13:23, 20:1, 20:19, 20:24, 22:8, 66:24

**charged** [7] - 20:4, 20:17, 21:13, 21:14, 22:7, 80:5

**charges** [2] - 20:3

**charging** [2] - 20:14, 67:12

**chat** [2] - 74:10, 74:11

**Chestnut** [1] - 1:16

**childless** [1] - 83:1

**children** [35] - 14:14, 14:21, 18:18, 24:5, 25:2, 26:7, 26:9, 26:17, 26:22, 26:23, 26:25, 27:3, 27:25, 28:1, 28:4, 28:11, 28:20, 29:5, 29:11, 29:14, 66:9, 81:4, 81:13, 81:14, 81:23,

82:6, 82:8, 87:7, 87:8, 87:11, 87:18, 87:20, 92:18, 97:15

**choice** [5] - 13:1, 13:2, 13:3

**choices** [1] - 87:19

**choose** [1] - 87:19

**choosing** [1] - 13:23

**chose** [2] - 11:7, 12:17

**chronology** [1] - 18:24

**chunk** [1] - 99:10

**CINQUANTO** [51] - 2:8, 2:8, 4:8, 36:9, 37:4, 37:9, 37:15, 37:19, 37:21, 38:7, 38:12, 38:15, 38:19, 55:19, 55:24, 57:1, 58:7, 58:11, 58:18, 58:23, 59:3, 60:20, 60:22, 60:25, 64:12, 67:21, 68:12, 72:12, 73:5, 73:24, 74:20, 76:19, 77:4, 77:11, 77:14, 78:14, 78:16, 78:19, 78:22, 78:25, 79:2, 79:7, 79:17, 80:3, 80:12, 80:17, 85:9, 96:20, 97:5, 98:11, 98:24

**Cinquanto** [18] - 4:9, 28:7, 36:6, 57:7, 57:10, 58:6, 58:17, 58:22, 59:2, 60:16, 63:11, 64:4, 72:10, 77:1, 77:3, 84:10, 90:14, 98:9

**Cinquanto's** [1] - 76:5

**circulating** [1] - 21:24

**circumstance** [4] - 28:3, 28:15, 67:10, 87:4

**circumstances** [11] - 10:9, 13:10, 13:22, 16:17, 17:15, 18:23, 82:22, 86:16, 89:5, 89:10, 90:13

**citizen** [2] - 82:16, 84:4

**citizens** [2] - 24:6, 90:4

**citizenship** [1] - 82:17

**City** [1] - 46:5

**clarification** [1] - 4:12

**clarify** [3] - 51:7, 52:22, 76:7

**clarity** [1] - 84:18

**clarity's** [1] - 59:21

**class** [1] - 54:6

**classified** [3] - 76:8,

76:15

**clear** [5] - 6:13, 58:2, 74:16, 75:2, 75:3

**clear-headed** [1] - 6:13

**clearer** [1] - 17:17

**client** [5] - 22:21, 25:19, 25:23, 74:24, 75:4

**client's** [6] - 23:14, 26:1, 26:16, 26:19, 29:7, 29:8

**clients** [2] - 27:9, 97:18

**clone** [1] - 44:3

**cloning** [1] - 44:2

**close** [13] - 11:22, 23:19, 24:14, 24:21, 35:20, 40:4, 43:19, 45:2, 52:3, 77:22, 85:17, 97:11

**closed** [1] - 25:9

**closing** [3] - 25:3, 25:6, 25:8

**CMH** [1] - 43:11

**coals** [1] - 13:20

**cognizant** [1] - 14:20

**collaborated** [1] - 28:8

**collateral** [6] - 23:5, 23:13, 23:14, 25:17, 25:20, 83:10

**collect** [2] - 70:4, 70:10

**collective** [1] - 21:23

**college** [7] - 26:9, 33:12, 45:12, 48:16, 49:4, 81:6, 91:17

**College** [1] - 49:22

**colossally** [1] - 10:13

**comfortable** [2] - 34:16, 61:9

**coming** [7] - 41:23, 42:12, 45:25, 46:1, 49:1, 52:25, 79:22

**Commencing** [1] - 1:9

**comments** [4] - 14:10, 63:7, 63:9, 63:16

**commit** [3] - 32:13, 93:22, 95:1

**committed** [5] - 87:5, 87:13, 88:6, 93:14, 94:18

**common** [3] - 21:24, 33:19, 33:23

**communicate** [1] - 32:16

**communication** [2] - 30:5, 72:23

**communications** [3] - 30:3, 30:23, 60:2

**communities** [1] - 71:6

**COMMUNITY** [1] - 2:2

**community** [17] - 14:19, 24:22, 25:25, 37:10, 37:12, 37:22, 38:6, 38:8, 45:13, 54:6, 54:23, 71:3, 79:19, 79:20, 79:21, 80:4, 80:8

**Community** [1] - 49:22

**company** [1] - 38:18

**comparative** [1] - 14:10

**compare** [1] - 22:12

**comparison** [2] - 22:4, 22:5

**complete** [3] - 13:7, 44:22, 65:19

**completely** [3] - 20:7, 44:19, 71:6

**completion** [1] - 97:25

**comply** [2] - 93:25, 95:4

**comported** [1] - 22:23

**compromises** [1] - 70:3

**computation** [1] - 58:3

**computer** [2] - 1:23, 71:20

**computer-aided** [1] - 1:23

**concept** [3] - 22:18, 23:4, 89:9

**concern** [1] - 64:2

**concerned** [3] - 22:20, 23:3, 80:21

**concerning** [1] - 92:11

**concerns** [3] - 87:14, 89:20, 96:13

**concluded** [1] - 99:16

**conditions** [3] - 94:1, 95:5, 99:5

**conduct** [12] - 10:18, 22:12, 22:23, 23:14, 62:19, 87:21, 88:8, 90:6, 90:16, 90:19, 91:12

**conduit** [1] - 66:21

**confess** [1] - 91:20

**confronted** [1] - 84:1

**Connecticut** [1] - 97:6

**connection** [3] - 11:25, 15:11, 71:3

**connections** [1] - 69:9

**consciousness** [2] - 32:7, 32:9

**consequences** [13] -

23:5, 23:13, 23:14, 25:15, 25:17, 25:20, 27:10, 32:24, 33:2, 51:13, 83:11, 90:14, 90:18

**consider** [13] - 23:5, 54:5, 54:8, 77:23, 84:6, 86:8, 86:15, 88:22, 89:10, 92:8, 92:23, 93:7

**considerable** [1] - 19:11

**consideration** [2] - 28:19, 68:22

**considered** [1] - 91:25

**considering** [3] - 14:13, 87:10, 90:15

**consistency** [2] - 21:6, 21:22

**consolidated** [1] - 5:19

**conspiracy** [4] - 13:14, 13:15, 13:16, 21:14

**consult** [1] - 84:18

**contacts** [1] - 74:17

**contemplating** [1] - 18:14

**contemporaneous** [1] - 72:13

**context** [4] - 21:3, 31:19, 65:14, 67:24

**continuation** [1] - 91:5

**continue** [4] - 27:14, 27:16, 41:22, 81:5

**CONTINUED** [1] - 2:1

**continues** [1] - 25:23

**contrary** [1] - 87:16

**contrite** [1] - 14:3

**controlled** [2] - 93:25, 95:4

**conversation** [4] - 47:6, 50:8, 51:2, 51:3

**conversations** [1] - 74:11

**convey** [2] - 30:17, 75:25

**cool** [1] - 30:9

**cooperate** [6] - 70:19, 72:5, 73:14, 74:7, 75:4, 75:5

**cooperating** [2] - 70:1, 75:3

**cooperation** [16] - 64:10, 68:9, 68:16, 69:7, 69:13, 70:14, 71:8, 71:9, 71:17, 71:24, 72:7, 72:13,

73:8, 75:10, 75:15, 75:19

**cooperation-related** [1] - 64:10

**cooperative** [1] - 68:19

**copies** [2] - 6:20, 56:23

**copy** [1] - 6:25

**correct** [9] - 8:11, 40:5, 40:6, 58:9, 69:16, 70:7, 74:20, 99:18

**corrections** [2] - 9:7, 58:19

**cost** [1] - 84:25

**counsel** [10] - 3:8, 3:12, 3:23, 6:19, 8:8, 16:11, 56:22, 58:3, 97:3, 98:21

**counselor** [2] - 52:8, 78:20

**counselors** [1] - 4:17

**country** [12] - 15:3, 24:25, 43:1, 44:10, 47:1, 47:18, 47:19, 54:18, 79:10, 87:1, 88:7, 89:1

**County** [1] - 97:12

**couple** [8] - 21:23, 22:1, 29:23, 32:2, 39:24, 40:25, 44:24, 66:8

**course** [23] - 14:4, 29:20, 38:14, 42:16, 43:6, 43:7, 44:25, 45:4, 45:13, 45:23, 47:6, 48:19, 49:4, 49:7, 50:4, 50:6, 50:8, 51:1, 51:4, 53:2, 68:24, 71:23, 96:5

**COURT** [1] - 1:1

**Court** [3] - 1:21, 3:1, 99:22

**court** [4] - 4:12, 94:1, 95:5, 98:3

**Court's** [1] - 22:17

**Courthouse** [1] - 1:7

**courthouse** [1] - 60:15

**courtroom** [1] - 23:11

**Courtroom** [1] - 2:15

**cover** [1] - 76:25

**coverage** [1] - 28:4

**COVID** [2] - 23:22, 53:16

**crazy** [1] - 73:13

**credit** [1] - 73:6

**crime** [7] - 22:9,

32:14, 80:5, 82:11, 87:5, 93:23, 95:2

**crimes** [2] - 20:6, 87:13

**criminal** [4] - 8:16, 58:9, 87:21, 91:12

**CRIMINAL** [1] - 1:3

**criticized** [1] - 81:12

**crops** [2] - 3:18, 5:15

**CRR** [1] - 1:20

**crucible** [1] - 89:19

**crux** [1] - 12:20

**culpability** [8] - 15:19, 59:16, 60:2, 63:4, 64:13, 89:12, 93:6

**culpable** [3] - 16:1, 16:10, 63:4

**cultural** [3] - 24:21, 52:15, 52:23

**culturally** [1] - 62:17

**culture** [4] - 52:2, 52:3, 52:13, 65:20

**Cup** [1] - 42:22

**current** [5] - 36:23, 38:16, 87:4, 91:7, 99:5

**custody** [6] - 22:21, 27:24, 93:14, 93:18, 94:18, 94:22

**cut** [3] - 12:18, 30:4, 68:7

**cuts** [2] - 10:9, 21:19

# D

**dad** [1] - 65:16

**Danbury** [2] - 97:6

**dangerous** [2] - 93:24, 95:3

**Darby** [2] - 47:25, 78:21

**data** [1] - 21:23

**Date** [1] - 99:22

**date** [7] - 96:5, 96:9, 96:11, 96:24, 97:1, 98:1, 98:14

**dated** [2] - 6:21, 56:24

**dates** [2] - 96:1, 96:25

**daughter** [2] - 53:13, 53:14

**daughters** [1] - 26:2

**days** [6] - 43:18, 96:6, 96:10, 97:1, 98:1, 98:14

**dead** [8] - 23:16, 23:17, 43:5, 43:7, 43:21, 82:19, 82:20

**deal** [2] - 10:12, 52:14

**dealing** [2] - 82:23, 88:1

**dealings** [2] - 94:8, 95:13

**dealt** [1] - 19:8

**deaths** [1] - 88:8

**decent** [1] - 79:16

**decide** [1] - 87:9

**decides** [1] - 83:8

**decision** [9] - 10:14, 11:17, 12:22, 28:19, 67:12, 72:6, 84:14, 85:14, 89:25

**decisions** [3] - 41:24, 62:20, 72:4

**declassification** [1] - 76:10

**declassified** [1] - 76:11

**deduce** [1] - 72:18

**deduced** [1] - 70:1

**deeply** [1] - 16:14

**DEFENDANT** [38] - 2:3, 2:8, 6:4, 6:7, 6:9, 6:12, 6:15, 6:18, 7:2, 7:4, 7:6, 7:8, 7:11, 7:14, 7:17, 7:21, 8:1, 42:9, 56:5, 56:9, 56:13, 56:16, 56:21, 57:4, 57:6, 57:8, 57:11, 57:14, 57:17, 57:21, 57:25, 61:5, 61:11, 61:17, 61:21, 84:20, 98:8, 98:23

**defendant** [22] - 16:6, 16:10, 20:7, 59:11, 86:17, 93:13, 93:16, 93:19, 93:20, 93:22, 94:2, 94:4, 94:7, 94:17, 94:20, 94:23, 94:24, 95:1, 95:6, 95:9, 95:12, 99:6

**defendant's** [2] - 10:11, 87:15

**defendants** [16] - 3:17, 10:1, 10:15, 11:18, 14:2, 16:1, 16:2, 16:8, 70:16, 86:19, 88:5, 91:10, 92:12, 96:4, 96:14, 96:16

**defendants'** [1] - 89:12

**defender** [1] - 4:6

**DEFENDER** [1] - 2:2

**defense** [9] - 9:10, 9:16, 14:14, 15:23, 42:11, 58:22, 67:21, 88:20, 96:18

**definitely** [1] - 62:20

**degree** [2] - 88:20,

91:17

**delete** [2] - 84:25, 88:16

**deleted** [2] - 51:3, 51:14

**deletion** [2] - 32:5, 32:19

**Department** [1] - 22:8

**departure** [1] - 98:18

**deport** [1] - 54:11

**deportation** [3] - 81:24, 92:12, 92:17

**deported** [9] - 24:2, 24:8, 27:17, 28:3, 53:12, 81:4, 83:8, 91:22, 91:23

**depression** [3] - 49:9, 49:13, 82:21

**Deputy** [1] - 2:15

**DEPUTY CLERK** [1] - 5:1

**Desi** [1] - 46:10

**despite** [6] - 13:9, 63:5, 64:20, 75:7, 82:10, 92:17

**destroyed** [1] - 82:18

**destroying** [1] - 88:6

**detail** [1] - 31:19

**detailed** [1] - 63:6

**detect** [1] - 12:10

**determination** [1] - 5:13

**determinative** [1] - 92:1

**determines** [2] - 94:6, 95:10

**deterrence** [13] - 14:1, 22:19, 22:20, 23:4, 23:6, 59:8, 80:22, 80:24, 83:3, 89:6, 90:1, 91:4

**deterrent** [1] - 90:15

**devastating** [2] - 17:24, 32:24

**device** [2] - 93:24, 95:3

**diapers** [1] - 18:20

**dictates** [1] - 33:23

**dictionary** [1] - 54:16

**die** [1] - 45:21

**died** [2] - 23:19, 33:8

**difference** [2] - 52:23, 60:1

**different** [7] - 12:10, 19:2, 20:7, 21:6, 23:12, 41:7, 48:19

**difficult** [4] - 12:25, 33:20, 42:12

**diluted** [1] - 22:7

**direct** [2] - 50:4, 69:6

**directing** [1] - 63:1

**directions** [1] - 62:20

**directive** [1] - 70:17

**directly** [2] - 11:2, 84:16

**disabled** [3] - 44:18, 44:20, 44:22

**disagree** [1] - 15:11

**disclose** [1] - 70:7

**disclosed** [1] - 69:22

**disclosure** [4] - 70:6, 94:8, 95:13

**discord** [1] - 30:18

**discretion** [2] - 94:4, 95:8

**discuss** [5] - 7:16, 57:16, 59:12, 59:18, 59:21

**discussed** [6] - 20:13, 27:9, 30:3, 39:19, 62:11, 69:25

**discusses** [1] - 63:9

**discussing** [1] - 70:21

**discussion** [7] - 32:23, 59:23, 60:23, 62:8, 71:18, 72:17, 92:23

**discussions** [1] - 62:23

**dishonesty** [1] - 70:12

**disingenuous** [1] - 33:22

**disparaging** [1] - 64:23

**disparities** [1] - 92:22

**disposition** [2] - 22:15, 24:6

**dispute** [3] - 17:9, 64:14, 64:22

**disputes** [1] - 67:9

**disregard** [1] - 92:7

**dissuade** [1] - 60:16

**distancing** [2] - 5:21, 60:11

**distinctions** [2] - 86:13, 86:21

**distinguished** [1] - 53:15

**DISTRICT** [2] - 1:1, 1:1

**District** [1] - 53:14

**district** [2] - 93:20, 94:24

**diversity** [1] - 44:11

**docket** [2] - 55:18, 64:1

**doctor** [4] - 43:6, 43:20, 44:25, 45:2

**dollars** [1] - 11:19

**dominant** [1] - 62:16

**done** [6] - 32:13, 43:24, 78:6, 82:14, 88:12, 98:17
**door** [1] - 43:4
**dotted** [1] - 88:9
**doubt** [1] - 19:4
**down** [4] - 43:1, 56:12, 61:12, 67:2
**downward** [2] - 67:13, 93:2
**Dr** [1] - 43:25
**draw** [2] - 86:13, 86:21
**drawn** [1] - 86:13
**dream** [3] - 17:23, 53:19, 54:18
**dreaming** [1] - 53:18
**drive** [4] - 28:11, 71:16, 82:13, 91:6
**driven** [1] - 27:22
**driving** [1] - 48:2
**drug** [5] - 73:18, 94:3, 94:5, 95:7, 95:9
**drugs** [2] - 52:5, 73:19
**due** [3] - 54:25, 94:14, 95:19
**dug** [1] - 30:20
**during** [20] - 18:16, 23:17, 23:22, 29:10, 42:22, 43:1, 46:17, 47:6, 47:24, 47:25, 48:2, 48:20, 49:2, 50:10, 50:19, 51:20, 76:2, 94:5, 95:9, 96:17
**dynamic** [3] - 30:1, 62:12, 66:7

**E**

**eager** [1] - 75:8
**EASTERN** [1] - 1:1
**easy** [1] - 65:24
**echo** [1] - 59:6
**education** [4] - 48:15, 49:25, 82:4, 91:19
**educational/ vocational** [1] - 91:15
**effect** [4] - 14:13, 38:2, 87:11, 88:2
**effectively** [1] - 96:11
**effects** [3] - 14:19, 14:21, 37:21
**efforts** [1] - 11:7
**eight** [2] - 36:14, 70:8
**eighth** [1] - 82:4
**either** [14] - 7:16, 15:19, 25:19, 34:15, 43:22, 54:13, 56:12, 71:10, 75:4, 85:16,

85:19, 88:8, 91:13
**electricity** [1] - 43:3
**electrocuted** [3] - 42:19, 42:25
**element** [1] - 67:16
**elementary** [1] - 77:21
**elicit** [1] - 36:7
**ELIZABETH** [1] - 2:3
**Elizabeth** [1] - 4:5
**elizabeth_toplin@fd. org** [1] - 2:5
**eloquence** [1] - 26:4
**embarrassment** [1] - 31:7
**emotional** [5] - 17:24, 17:25, 47:6, 64:17, 82:23
**employed** [1] - 39:14
**employee** [2] - 54:20, 54:21
**employees** [1] - 24:14
**enable** [1] - 71:5
**encouraged** [2] - 44:15
**encouraging** [1] - 31:8
**End** [1] - 76:21
**end** [5] - 13:5, 16:11, 26:12, 66:20, 76:22
**ended** [1] - 72:7
**ends** [1] - 35:23
**enforcement** [1] - 84:1
**engage** [2] - 90:18, 91:11
**engineer** [1] - 48:9
**English** [1] - 75:25
**enormous** [2] - 68:1, 89:21
**entered** [1] - 82:5
**entire** [8] - 14:19, 23:20, 37:12, 42:20, 44:17, 47:17, 50:19
**entirely** [1] - 87:10
**entitled** [2] - 72:4, 99:19
**environment** [1] - 24:21
**equitable** [1] - 22:5
**especially** [9] - 26:24, 27:4, 28:10, 52:2, 52:23, 66:7, 81:12, 81:15, 81:20
**ESQUIRE** [4] - 1:14, 1:15, 2:3, 2:9
**essentially** [10] - 17:23, 17:25, 25:21, 31:13, 32:14, 66:9, 82:18, 96:4, 96:11, 97:24

**establish** [1] - 18:11
**established** [1] - 29:13
**establishing** [1] - 15:4
**et** [1] - 71:10
**event** [1] - 62:3
**events** [2] - 18:24, 37:1
**evidenced** [1] - 88:15
**example** [2] - 16:4, 67:11
**examples** [1] - 21:9
**except** [2] - 28:5, 83:10
**exception** [1] - 97:17
**exchange** [1] - 62:24
**exchanged** [1] - 88:11
**excused** [2] - 94:2, 95:7
**excuses** [1] - 72:3
**exemplar** [1] - 21:5
**exercise** [1] - 67:17
**exert** [1] - 87:24
**exhibit** [4] - 55:18, 63:10, 76:5, 76:8
**Exhibit** [1] - 63:7
**exist** [1] - 22:5
**existence** [1] - 82:12
**experience** [2] - 49:10, 79:8
**explain** [5] - 17:14, 30:16, 31:22, 35:17, 36:22
**explaining** [1] - 5:12
**expressions** [1] - 89:15
**expressly** [1] - 60:1
**extent** [6] - 4:23, 5:23, 33:4, 34:13, 86:13, 91:21
**extraordinary** [2] - 82:7, 82:8
**eye** [3] - 12:9, 12:12, 54:24
**eyes** [1] - 53:2

**F**

**Fabbiha** [2] - 40:21, 77:15
**fabric** [1] - 89:1
**faced** [2] - 20:7, 87:19
**facilitate** [2] - 90:10, 97:14
**facility** [1] - 97:11
**facing** [2] - 83:14, 92:12
**fact** [15] - 14:21, 18:9, 20:4, 21:14, 22:11, 26:18, 30:24, 67:19,

69:22, 75:5, 75:7, 79:2, 82:12, 87:16, 88:15
**factor** [12] - 11:5, 18:15, 41:24, 88:22, 89:4, 89:6, 89:7, 90:1, 90:25, 91:9, 91:15, 93:7
**factoring** [1] - 28:23
**factors** [10] - 10:7, 14:1, 15:20, 21:4, 22:17, 86:4, 86:8, 86:10, 86:15, 88:18
**facts** [3] - 16:14, 17:17, 18:25
**failed** [1] - 33:11
**failures** [1] - 66:4
**fair** [3] - 11:1, 11:3, 38:12
**fairly** [1] - 24:22
**faith** [3] - 68:14, 69:3, 73:6
**fall** [2] - 11:13, 43:4
**fallen** [1] - 82:21
**falling** [3] - 38:23, 38:25, 65:16
**falls** [1] - 34:20
**familial** [2] - 15:10, 69:9
**familiar** [1] - 16:14
**families** [2] - 24:12, 54:22
**family** [72] - 10:11, 10:17, 11:13, 12:21, 12:23, 14:4, 14:19, 17:16, 18:21, 19:18, 23:20, 23:21, 23:25, 24:4, 24:12, 24:19, 25:2, 27:13, 28:9, 28:15, 28:17, 29:17, 30:1, 30:18, 31:3, 32:14, 35:20, 36:24, 36:25, 37:1, 41:5, 42:11, 44:14, 48:4, 50:6, 50:7, 50:12, 52:4, 52:9, 53:9, 53:23, 53:25, 54:9, 64:14, 65:2, 65:8, 65:15, 66:25, 67:5, 67:10, 67:18, 68:1, 69:23, 70:1, 70:23, 72:18, 72:20, 74:2, 74:3, 81:2, 81:3, 83:19, 84:25, 87:4, 87:5, 87:6, 87:24, 89:21, 90:14, 90:16, 97:14
**family's** [1] - 50:20
**far** [4] - 25:15, 25:20, 28:24, 66:8

**far-reaching** [1] - 25:15
**father** [25] - 17:11, 23:18, 23:22, 26:13, 31:8, 31:12, 39:23, 39:25, 43:7, 44:12, 44:22, 47:3, 48:5, 48:7, 49:19, 49:21, 51:16, 53:1, 53:16, 79:9, 82:20, 85:3, 85:4
**father-in-law** [4] - 48:5, 48:7, 49:19, 51:16
**favorably** [1] - 89:24
**FBI** [12] - 69:18, 69:22, 70:3, 70:6, 70:8, 70:9, 70:18, 72:1, 72:17, 72:21, 74:17, 75:5
**featured** [2] - 14:14, 14:16
**February** [1] - 70:8
**FEDERAL** [1] - 2:2
**federal** [4] - 4:6, 86:7, 93:23, 95:2
**feelings** [2] - 40:8, 51:22
**females** [1] - 65:17
**few** [6] - 7:6, 8:2, 11:19, 25:21, 57:6, 71:24
**field** [1] - 76:13
**fight** [3] - 10:23, 13:6, 64:15
**fighters** [2] - 88:10, 90:10
**fighting** [1] - 69:10
**figure** [1] - 78:2
**figured** [1] - 72:20
**file** [5] - 63:22, 63:25, 98:1, 98:5, 98:14
**filed** [4] - 5:7, 55:14, 55:18, 59:22
**filibustering** [1] - 3:23
**filing** [1] - 68:14
**filings** [1] - 5:7
**finally** [3] - 40:13, 43:11, 80:3
**financial** [7] - 11:12, 26:24, 27:5, 28:17, 46:18, 94:8, 95:13
**financially** [2] - 27:13, 28:10
**fine** [8] - 12:19, 77:8, 84:19, 85:21, 94:11, 94:12, 95:16, 95:17
**finish** [1] - 47:22
**firearm** [2] - 93:24, 95:3

**first** [22] - 9:21, 17:19, 20:11, 27:12, 27:23, 29:4, 42:16, 44:1, 46:4, 68:13, 73:9, 74:19, 75:4, 75:10, 75:13, 77:8, 79:3, 79:5, 80:6, 84:22, 86:15
**fit** [4] - 20:1, 74:14, 74:15, 88:13
**five** [3] - 13:17, 13:22, 35:19
**flag** [1] - 5:22
**flawlessly** [1] - 22:24
**flexible** [1] - 89:9
**floating** [1] - 49:25
**flowing** [1] - 43:3
**focused** [3] - 16:9, 37:13, 89:8
**folded** [1] - 59:14
**folks** [3] - 34:11, 36:8, 79:18
**follow** [3] - 23:15, 30:21, 56:4
**followed** [2] - 97:23, 98:12
**following** [5] - 24:6, 24:16, 62:10, 62:21, 98:16
**food** [5] - 18:20, 24:12, 79:23, 80:1
**foot** [1] - 45:13
**foregoing** [1] - 99:18
**foreign** [3] - 10:14, 12:14, 40:9
**forgiveness** [1] - 85:6
**former** [1] - 34:20
**forth** [4] - 48:14, 62:23, 68:25, 72:24
**forward** [3] - 6:17, 56:20, 57:16
**foundation** [1] - 48:9
**four** [8] - 14:21, 24:5, 26:24, 28:11, 53:13, 82:6, 83:25, 84:4
**frankly** [3] - 20:5, 22:3, 32:12
**free** [4] - 80:1, 84:16, 87:16, 99:14
**frequently** [1] - 63:2
**Friday** [3] - 5:11, 6:1
**Fridays** [1] - 96:25
**friend** [4] - 54:20, 77:23, 79:10, 79:12
**friends** [3] - 24:23, 35:21, 83:19
**front** [3] - 45:9, 71:23, 85:1
**fruitful** [4] - 68:23, 68:25, 73:10, 76:14

**fruitfulness** [1] - 70:12
**full** [4] - 66:23, 79:25, 94:8, 95:13
**fully** [1] - 30:20
**function** [1] - 75:24
**fundamentally** [1] - 89:2
**funding** [1] - 19:5
**funds** [1] - 15:10
**future** [3] - 28:24, 53:20, 54:1

## G

**GAFAR** [1] - 1:5
**GAFFAR** [32] - 2:3, 6:4, 6:7, 6:9, 6:12, 6:15, 6:18, 7:2, 7:4, 7:6, 7:8, 7:11, 7:14, 7:17, 7:21, 8:1, 39:8, 39:11, 39:13, 39:15, 39:20, 40:6, 40:10, 40:12, 40:21, 40:24, 41:2, 41:6, 41:17, 42:9, 77:19, 78:8
**Gaffar** [94] - 3:6, 4:6, 6:2, 6:25, 7:18, 10:22, 16:9, 17:10, 17:19, 18:9, 18:10, 18:16, 22:13, 22:18, 24:5, 24:9, 25:3, 25:7, 25:12, 26:15, 26:18, 26:20, 26:22, 27:13, 27:24, 28:1, 28:2, 28:15, 29:1, 29:7, 30:5, 30:13, 30:24, 31:1, 31:7, 31:9, 33:6, 35:1, 35:3, 35:4, 35:18, 36:14, 36:17, 37:5, 37:16, 37:22, 39:6, 39:8, 39:10, 39:17, 40:3, 40:19, 40:21, 40:23, 41:25, 42:5, 42:7, 55:3, 59:9, 60:7, 62:13, 62:21, 62:24, 63:3, 69:9, 73:23, 75:17, 75:23, 77:15, 78:23, 79:3, 81:21, 86:5, 86:12, 86:22, 87:4, 87:6, 87:12, 88:2, 88:16, 91:11, 91:17, 93:10, 93:13, 94:10, 94:13, 96:16, 97:2, 97:15, 97:20, 97:21, 99:12
**Gaffar's** [12] - 3:11, 15:2, 20:8, 25:7, 25:9, 25:13, 29:10, 29:23, 69:24, 88:8,

92:24, 96:10
**gallery** [1] - 34:15
**game** [1] - 42:22
**gather** [1] - 56:7
**gathering** [1] - 69:14
**general** [11] - 22:19, 23:4, 23:6, 25:20, 59:8, 80:21, 80:24, 83:2, 86:12, 90:1, 91:3
**generally** [2] - 60:14, 92:13
**gift** [3] - 45:17, 53:8
**gifted** [1] - 45:15
**girl** [4] - 26:3, 47:25, 49:9, 50:17
**girls** [2] - 50:16, 81:15
**given** [10] - 3:9, 31:11, 33:17, 41:14, 60:25, 69:23, 70:3, 75:18, 83:25, 92:18
**glad** [1] - 27:18
**goal** [3] - 69:6, 69:8, 74:10
**God** [5] - 45:15, 50:24, 54:11, 55:1, 55:2
**God's** [1] - 54:23
**GOLDNER** [2] - 2:7, 2:8
**government** [29] - 3:24, 4:1, 9:6, 9:13, 13:18, 14:22, 17:2, 20:1, 22:16, 23:8, 27:6, 42:10, 43:8, 51:8, 58:20, 58:25, 67:11, 67:13, 68:14, 68:19, 69:1, 69:10, 80:21, 81:25, 83:19, 83:24, 90:2, 91:13, 99:1
**GOVERNMENT** [1] - 1:14
**government's** [9] - 9:18, 14:12, 15:6, 15:25, 23:7, 63:8, 66:18, 77:1, 95:25
**grad** [1] - 45:5
**grade** [2] - 48:15, 82:4
**graduate** [1] - 33:12
**grant** [1] - 98:19
**grateful** [1] - 84:20
**great** [17] - 6:12, 30:6, 37:1, 39:23, 39:24, 39:25, 41:13, 46:11, 47:15, 49:9, 51:10, 52:20, 56:5, 77:11, 89:23
**greater** [3] - 15:19, 23:6, 31:19
**greatly** [1] - 45:3

**green** [1] - 82:17
**grow** [1] - 27:16
**guarantee** [1] - 43:21
**guardian** [1] - 41:9
**guess** [14] - 14:25, 15:4, 17:6, 18:22, 20:11, 22:17, 24:3, 25:16, 26:12, 31:17, 32:21, 33:18, 90:24, 97:17
**guidance** [1] - 93:4
**guideline** [9] - 8:24, 9:1, 58:13, 58:14, 83:23, 92:2, 92:5, 98:18, 98:19
**guidelines** [3] - 91:24, 92:7, 92:9
**guilty** [3] - 24:16, 24:17, 37:16
**guy** [1] - 37:2
**guys** [2] - 43:24, 51:17

## H

**hair** [5] - 43:23, 43:24, 44:2, 44:3
**half** [7] - 23:18, 43:5, 44:7, 44:22, 53:25
**hall** [1] - 85:21
**hand** [9] - 5:1, 21:20, 21:22, 44:17, 44:18, 44:19, 44:25, 55:16
**handles** [1] - 28:16
**hanging** [1] - 75:16
**happy** [1] - 77:9
**harassing** [2] - 65:18
**harassment** [1] - 38:13
**hard** [16] - 11:20, 12:1, 12:3, 16:15, 17:10, 17:14, 18:10, 23:1, 27:16, 31:13, 46:14, 46:18, 53:1, 79:13, 80:17, 87:19
**hard-working** [2] - 17:10, 79:13
**harm** [1] - 88:20
**harmful** [2] - 7:20, 57:20
**harshly** [1] - 90:7
**hat** [1] - 75:16
**hate** [1] - 24:20
**hatred** [2] - 52:10, 52:20
**head** [4] - 43:4, 44:5, 44:18, 44:25
**headed** [1] - 6:13
**healthy** [1] - 13:6
**hear** [11] - 9:17, 16:23, 30:22, 34:1, 41:24,

59:4, 74:10, 77:1, 77:3, 77:6, 77:9
**heard** [14] - 3:15, 45:24, 46:23, 60:6, 80:6, 80:15, 82:6, 83:15, 86:6, 86:24, 89:17, 91:14, 93:1, 95:25
**hearing** [1] - 89:11
**HEARING** [1] - 1:4
**heart** [7] - 45:19, 45:20, 51:11, 53:12, 55:1, 84:21, 85:7
**heartbreaking** [3] - 48:4, 48:25, 50:17
**heat** [1] - 89:16
**hedging** [1] - 30:12
**hello** [1] - 49:6
**help** [8] - 35:20, 35:22, 35:23, 46:11, 46:22, 54:11, 54:19
**helped** [3] - 11:10, 13:5, 46:12
**helper** [1] - 35:21
**helpful** [2] - 7:25, 57:24
**helping** [1] - 52:14
**hereby** [2] - 93:14, 94:18
**hi** [2] - 39:8, 49:6
**hiccup** [1] - 23:2
**hide** [1] - 52:5
**hiding** [1] - 74:13
**high** [1] - 41:8
**higher** [2] - 13:16, 73:19
**higher-ups** [1] - 73:19
**himself** [1] - 22:23
**history** [4] - 8:17, 58:9, 86:16, 86:19
**hit** [1] - 43:5
**hold** [1] - 61:13
**holding** [2] - 31:10, 96:10
**home** [11] - 11:21, 12:5, 18:1, 31:16, 35:21, 66:8, 68:2, 82:13, 83:6, 91:7
**homeless** [1] - 79:23
**honest** [2] - 16:13, 17:10
**honey** [1] - 74:12
**Honor** [158] - 3:25, 4:2, 4:5, 4:8, 4:11, 4:21, 6:4, 6:22, 6:24, 7:4, 7:11, 7:14, 7:17, 7:21, 8:1, 8:13, 8:15, 8:19, 8:21, 9:3, 9:5, 9:9, 9:11, 9:14, 9:15, 9:22, 9:24, 11:9,

11:16, 12:20, 12:24, 14:8, 16:14, 16:22, 17:4, 19:22, 25:16, 28:5, 29:3, 30:17, 31:25, 34:6, 36:9, 37:4, 38:19, 42:4, 42:9, 42:13, 42:15, 42:21, 42:23, 43:22, 44:7, 44:23, 45:7, 45:9, 45:19, 45:22, 46:13, 46:18, 46:20, 47:5, 47:7, 47:16, 47:22, 48:1, 48:18, 49:8, 49:17, 50:1, 50:18, 50:24, 51:3, 51:5, 51:6, 51:20, 52:1, 52:17, 52:25, 53:10, 53:12, 53:17, 53:22, 54:2, 54:3, 54:4, 54:7, 54:12, 54:14, 54:17, 54:24, 55:13, 55:19, 55:24, 56:9, 56:16, 56:25, 57:1, 57:4, 57:14, 57:17, 57:21, 57:25, 58:5, 58:7, 58:10, 58:11, 58:16, 58:18, 58:21, 58:23, 59:1, 59:3, 59:6, 59:17, 60:20, 60:22, 61:5, 61:11, 61:17, 61:21, 62:11, 62:18, 64:12, 64:25, 65:1, 66:22, 67:23, 68:13, 72:12, 73:2, 74:21, 74:23, 76:5, 76:19, 77:2, 77:4, 77:14, 78:9, 80:12, 80:17, 80:25, 81:10, 81:21, 83:3, 83:4, 83:10, 83:21, 84:5, 85:9, 96:2, 96:20, 96:22, 97:5, 97:10, 98:24, 99:2, 99:7
**HONORABLE** [1] - 1:10
**honorable** [2] - 53:13, 53:15
**hope** [1] - 87:16
**hopefully** [2] - 54:10
**hoping** [1] - 82:17
**Hopkins** [1] - 43:25
**horizon** [1] - 90:19
**hospital** [6] - 43:6, 43:8, 43:12, 43:17, 44:8, 47:2
**hours** [7] - 37:6, 37:8, 43:10, 43:14, 46:15, 93:18, 94:22
**house** [7] - 50:11,

50:15, 83:5, 84:6, 90:24, 91:3, 91:7
**household** [1] - 11:24
**hugest** [1] - 24:3
**human** [3] - 53:4, 81:11
**humanity** [2] - 47:13, 53:5
**humiliated** [1] - 50:7
**hurdle** [1] - 22:18
**hurt** [1] - 85:7
**hurting** [1] - 85:8
**husband** [20] - 26:23, 41:2, 50:6, 53:1, 56:3, 56:18, 57:11, 64:23, 65:12, 65:23, 66:7, 66:13, 67:2, 67:16, 82:6, 83:1, 84:3, 84:12, 84:22, 92:18

## I

**Ibrahim** [12] - 17:21, 18:13, 18:14, 30:20, 46:5, 47:21, 49:2, 49:12, 49:20, 50:15, 51:20, 65:7
**Ibrahim's** [2] - 18:12, 31:10
**idea** [11] - 14:22, 27:22, 29:4, 29:24, 30:8, 49:8, 49:21, 68:17, 87:15, 90:20, 90:24
**identified** [1] - 92:24
**identify** [1] - 71:9
**ideology** [2] - 12:14, 12:15
**ignored** [1] - 14:7
**ilk** [1] - 30:9
**illegal** [5] - 13:2, 13:3, 14:6, 93:25, 95:4
**illegalities** [1] - 98:2
**immediately** [2] - 94:14, 95:19
**immigration** [3] - 28:8, 54:10, 83:8
**impact** [4] - 10:17, 10:19, 25:18, 41:13
**impacted** [1] - 45:3
**important** [11] - 11:25, 14:5, 18:15, 42:1, 62:12, 73:17, 75:9, 80:15, 92:1, 92:14, 92:16
**impose** [5] - 14:23, 27:8, 27:11, 33:2, 92:15
**imposed** [3] - 15:5,

81:20, 88:23
**imposes** [1] - 24:7
**imposition** [2] - 92:11, 92:21
**imprisoned** [2] - 93:15, 94:19
**imprisonment** [3] - 32:25, 93:16, 94:20
**in-laws** [2] - 30:25, 49:19
**incarcerate** [1] - 84:7
**incarceration** [14] - 13:11, 14:9, 14:18, 14:23, 15:17, 23:6, 25:18, 27:8, 27:11, 29:10, 81:1, 83:4, 97:22, 98:12
**incentive** [3] - 87:18, 87:22, 92:20
**inception** [1] - 22:22
**inclined** [1] - 33:21
**including** [1] - 89:14
**income** [2] - 94:9, 95:14
**inconsistencies** [1] - 9:25
**incorporate** [2] - 17:6, 80:19
**incorrect** [2] - 7:19, 57:19
**incredible** [4] - 65:8, 66:24, 82:21
**incredibly** [1] - 23:20
**Independence** [1] - 1:15
**Indian** [1] - 38:3
**indicate** [1] - 30:11
**individual** [2] - 38:24, 39:25
**individualized** [1] - 86:20
**individually** [1] - 74:24
**individuals** [5] - 20:4, 22:9, 25:11, 25:12, 75:11
**ineffective** [1] - 98:20
**infected** [1] - 43:19
**information** [11] - 66:20, 69:14, 70:4, 70:11, 72:23, 73:15, 75:22, 76:2, 76:14, 94:2, 95:6
**informed** [1] - 4:16
**initial** [2] - 69:12, 69:23
**input** [1] - 80:16
**inroads** [1] - 71:5
**inside** [1] - 46:21
**inspiration** [1] - 41:14

**instead** [4] - 45:2, 52:13, 62:1, 83:5
**instigator** [2] - 63:1, 67:20
**insulted** [1] - 63:2
**intended** [2] - 31:10, 61:8
**intent** [1] - 51:2
**intentions** [1] - 82:14
**interest** [3] - 5:9, 5:24, 64:2
**interested** [3] - 21:1, 69:11, 74:12
**internalized** [1] - 87:2
**interplay** [2] - 3:10, 13:14
**Interpreter** [1] - 2:14
**INTERPRETER** [3] - 4:11, 4:15, 5:3
**interpreter** [7] - 4:16, 4:22, 5:5, 56:6, 56:12, 84:17, 84:18
**interpreting** [1] - 4:24
**interrupt** [1] - 29:22
**introduce** [8] - 29:16, 34:9, 34:11, 34:25, 35:8, 39:7, 40:19, 78:14
**inure** [1] - 63:15
**inverse** [1] - 27:25
**investigation** [5] - 6:20, 8:9, 9:8, 10:25, 57:3
**involved** [7] - 56:12, 72:21, 73:12, 75:12, 81:19, 82:11, 99:10
**involves** [1] - 90:8
**ISIS** [17] - 10:23, 11:1, 11:5, 32:10, 32:12, 40:8, 47:9, 48:20, 64:16, 69:10, 89:15, 89:25, 90:6, 90:10, 90:21
**Islam** [1] - 47:10
**issue** [6] - 15:10, 64:1, 72:11, 91:10, 91:16, 93:8
**issues** [3] - 27:5, 64:10, 88:1
**itself** [1] - 15:13
**Ivy** [2] - 26:9, 53:18

## J

**jail** [8] - 24:7, 25:21, 28:21, 33:15, 54:5, 81:24, 87:16
**James** [1] - 1:7
**JAMES** [1] - 1:15
**jewelry** [1] - 19:6

**job** [2] - 36:10, 79:22
**John** [1] - 43:25
**join** [4] - 10:14, 10:23, 11:2, 89:25
**joining** [1] - 11:5
**JOSHUA** [1] - 1:10
**journey** [1] - 11:13
**Judge** [4] - 39:18, 97:22, 98:12, 98:16
**judge** [3] - 54:10, 54:13, 97:23
**judgment** [3] - 54:14, 93:13, 94:17
**judgments** [3] - 89:11, 89:13, 95:20
**July** [2] - 19:7, 19:8
**jump** [1] - 75:20
**Junaid** [4] - 17:18, 18:12, 48:3, 48:23
**JUROR** [1] - 56:18
**jury** [1] - 62:1
**Justice** [1] - 22:8

## K

**keep** [7] - 5:18, 5:22, 31:18, 49:24, 63:23, 65:14, 75:2
**keeping** [1] - 5:25
**kept** [1] - 24:11
**KHAN** [19] - 1:5, 2:8, 56:5, 56:9, 56:13, 56:16, 56:21, 57:4, 57:6, 57:8, 57:11, 57:14, 57:17, 57:21, 57:25, 61:5, 61:11, 61:17, 84:20
**Khan** [90] - 3:6, 3:13, 4:9, 10:22, 11:23, 12:5, 14:10, 17:19, 21:14, 23:24, 24:2, 24:7, 27:12, 27:17, 27:22, 28:1, 28:2, 28:10, 29:12, 30:8, 30:20, 31:1, 31:6, 31:8, 35:18, 37:16, 37:22, 41:25, 46:5, 56:1, 56:2, 56:14, 56:23, 57:2, 57:18, 59:5, 60:8, 60:13, 60:22, 61:3, 62:1, 62:13, 62:19, 62:25, 63:1, 64:16, 69:8, 69:18, 69:22, 70:2, 70:5, 70:10, 70:18, 71:25, 73:22, 73:24, 73:25, 74:9, 75:24, 78:25, 81:3, 81:4, 81:17, 81:23, 82:3, 82:10, 84:7, 84:11, 85:10, 86:5, 86:12,

87:12, 87:23, 88:15, 91:2, 91:5, 91:11, 91:19, 92:17, 94:15, 94:17, 95:15, 95:18, 96:4, 96:11, 97:1, 97:8, 98:11, 99:12

**Khan's** [12] - 17:18, 17:21, 23:16, 23:18, 55:5, 64:14, 70:4, 71:3, 87:6, 88:8, 96:9, 97:25

**kids** [22] - 38:2, 46:8, 48:12, 48:21, 48:22, 50:22, 53:9, 53:13, 53:24, 54:8, 68:2, 78:3, 78:5, 79:12, 79:14, 81:9, 83:6, 84:2, 84:22, 84:25, 85:1

**kill** [1] - 47:14

**killing** [1] - 53:5

**kind** [15] - 3:16, 10:20, 11:13, 15:13, 20:14, 38:5, 48:24, 51:18, 62:17, 63:18, 71:17, 78:1, 90:16, 90:17, 90:19

**kinds** [3] - 74:15, 91:24, 91:25

**King** [4] - 36:15, 36:20, 36:21, 46:9

**knowing** [5] - 49:7, 51:13, 53:11, 61:18

**knowledge** [4] - 18:9, 18:11, 18:13, 79:18

**known** [9] - 35:19, 40:7, 41:9, 50:23, 67:5, 77:20, 78:22, 78:25

**knows** [6] - 24:9, 27:15, 32:13, 52:20, 54:12, 70:23

**kudos** [1] - 23:8

**Kurry** [1] - 39:16


**L**

**lack** [1] - 70:12

**lady** [1] - 45:16

**land** [4] - 30:6, 51:10, 89:23

**landscape** [1] - 21:17

**larger** [1] - 15:16

**last** [7] - 5:4, 23:18, 25:8, 32:21, 54:17, 89:7, 93:7

**late** [1] - 78:10

**laugh** [1] - 52:13

**Laura** [1] - 2:15

**law** [19] - 31:15, 31:21,

35:3, 45:25, 47:7, 48:5, 48:6, 48:7, 48:13, 48:14, 49:19, 50:14, 51:15, 51:16, 84:1, 84:3, 88:24

**LAW** [1] - 2:7

**law-abiding** [1] - 84:3

**laws** [2] - 30:25, 49:19

**lawyers** [1] - 86:6

**lay** [1] - 27:1

**lead** [2] - 28:3, 62:21

**leader** [1] - 66:23

**leads** [1] - 91:5

**League** [1] - 26:9

**leaning** [1] - 40:8

**least** [13] - 16:9, 18:3, 18:6, 21:8, 23:10, 23:17, 30:11, 30:12, 30:24, 33:4, 73:11, 88:9, 93:5

**leave** [5] - 14:9, 31:16, 31:23, 49:5, 81:16

**leaving** [1] - 65:16

**led** [1] - 10:22

**left** [8] - 41:8, 44:3, 44:19, 48:3, 50:10, 65:3, 74:5, 77:25

**legal** [1] - 13:2

**legally** [1] - 24:4

**length** [1] - 33:3

**less** [4] - 15:19, 16:1, 16:10, 21:4

**lesson** [1] - 25:20

**letter** [3] - 26:1, 44:8, 55:14

**level** [2] - 8:10, 58:4

**levels** [1] - 93:6

**Life** [1] - 79:24

**life** [31] - 8:25, 33:8, 42:15, 43:13, 43:15, 45:4, 45:10, 45:12, 45:15, 45:18, 47:4, 47:17, 47:18, 48:10, 48:11, 52:16, 53:7, 53:10, 58:13, 81:7, 81:8, 82:15, 82:18, 84:9, 84:25, 86:23, 88:7, 91:5, 91:8

**lift** [2] - 45:1, 45:5

**likelihood** [1] - 92:17

**likely** [2] - 3:15, 92:18

**limitations** [1] - 71:15

**limited** [1] - 98:15

**line** [4] - 16:20, 69:25, 88:8, 88:9

**lingering** [1] - 89:20

**links** [1] - 19:2

**list** [1] - 74:17

**listen** [1] - 51:16

**litany** [1] - 76:13

**literally** [1] - 33:8

**live** [21] - 24:22, 26:8, 26:11, 26:13, 26:20, 27:3, 28:20, 35:5, 39:10, 39:11, 39:12, 39:13, 40:23, 40:24, 41:1, 41:2, 48:8, 79:11, 89:3

**lived** [1] - 24:4

**Livermore** [1] - 4:3

**LIVERMORE** [2] - 1:15, 4:2

**lives** [4] - 17:20, 26:22, 82:12, 82:22

**living** [10] - 17:20, 17:22, 18:1, 23:23, 35:6, 46:7, 47:23, 49:3, 78:17, 84:22

**loan** [3] - 31:8, 31:11, 50:22

**local** [2] - 93:23, 95:2

**logistical** [1] - 64:8

**logistically** [1] - 27:20

**logistics** [1] - 5:18

**lonely** [1] - 46:6

**look** [9] - 13:20, 28:5, 33:6, 38:5, 60:5, 61:12, 67:8, 74:18, 93:4

**looked** [3] - 20:2, 39:21, 81:11

**looking** [2] - 12:2, 16:5

**lose** [3] - 24:5, 50:13, 88:4

**loser** [1] - 65:19

**loss** [2] - 23:25, 81:22

**lost** [2] - 14:4, 50:12

**lottery** [2] - 44:11, 47:3

**love** [4] - 54:17, 65:11, 78:3, 89:23

**loved** [1] - 37:11

**loving** [1] - 17:11

**lower** [1] - 92:4

**luck** [1] - 99:12

**luckiest** [1] - 44:13

**lying** [1] - 51:5


**M**

**M-I-S-H-R-A** [1] - 5:4

**Madhu** [2] - 2:14, 5:3

**MADHU** [1] - 5:3

**maintain** [2] - 5:21, 60:11

**maintained** [1] - 40:4

**maintaining** [3] - 5:9, 21:5, 99:5

**male** [1] - 62:16

**Mall** [1] - 1:15

**man** [3] - 17:10, 35:25, 39:23

**manage** [1] - 79:24

**mandatory** [3] - 92:6, 94:3, 95:7

**March** [2] - 6:21, 56:24

**Marie** [2] - 1:20, 99:21

**mark** [1] - 55:18

**Market** [2] - 1:7, 79:24

**marriage** [1] - 82:5

**married** [6] - 35:4, 45:11, 46:17, 50:16, 73:1, 77:21

**Maryland** [4] - 26:22, 35:6, 40:24, 43:25

**mask** [1] - 60:18

**masked** [1] - 60:19

**material** [5] - 14:6, 15:9, 20:17, 21:13, 88:5

**materials** [1] - 5:10

**matter** [5] - 5:17, 33:3, 51:21, 92:5, 99:19

**mattered** [1] - 12:1

**matters** [4] - 31:14, 31:15, 92:6, 98:3

**max** [1] - 13:17

**maximum** [5] - 9:1, 58:14, 92:2, 93:4, 98:17

**mean** [42] - 10:24, 12:4, 12:20, 13:15, 14:3, 15:8, 16:4, 19:3, 19:4, 20:11, 20:12, 21:19, 29:2, 30:17, 32:9, 32:11, 32:12, 33:6, 33:18, 34:9, 36:24, 36:25, 37:2, 38:1, 55:17, 61:7, 65:13, 66:5, 66:15, 66:16, 67:11, 67:15, 67:20, 67:22, 72:3, 73:12, 74:9, 75:13, 85:7, 89:21, 92:4

**mean-spirited** [1] - 65:13

**meaning** [1] - 52:4

**means** [2] - 41:23, 91:3

**measure** [1] - 14:6

**mechanical** [1] - 8:7

**medical** [2] - 91:16, 91:18

**meet** [2] - 35:23, 74:9

**meeting** [3] - 68:18, 72:16, 82:8

**meetings** [1] - 76:2

**member** [3] - 12:23,

19:19, 62:16

**members** [6] - 10:11, 12:21, 14:4, 25:24, 42:11, 53:25

**memo** [18] - 5:10, 9:19, 9:23, 15:3, 15:12, 15:15, 15:24, 17:7, 19:24, 32:23, 59:15, 59:22, 62:12, 63:7, 63:24, 69:25, 74:17, 82:24

**memorandum** [5] - 17:14, 30:18, 81:10, 82:3, 92:25

**memos** [2] - 14:15, 15:2

**men** [2] - 13:6, 69:10

**mentioned** [1] - 68:18

**message** [3] - 14:5, 14:6, 51:14

**messages** [8] - 32:6, 32:19, 88:11, 88:13, 88:16, 89:14, 89:15, 89:18

**messaging** [1] - 64:23

**met** [5] - 25:1, 25:2, 68:20, 79:3, 90:7

**microphone** [1] - 4:14

**might** [5] - 7:19, 16:2, 26:2, 57:20, 71:5

**miles** [1] - 65:24

**military** [1] - 43:12

**mind** [6] - 10:5, 11:20, 12:3, 27:19, 51:21, 53:3

**mindful** [1] - 88:17

**minimizing** [1] - 25:17

**minimum** [2] - 5:23, 16:11

**minimums** [1] - 92:7

**minister** [1] - 78:18

**minute** [2] - 55:7, 59:13

**minutes** [1] - 85:16

**miracle** [6] - 42:16, 42:18, 43:16, 45:11, 47:1, 54:15

**miscarriages** [1] - 39:24

**misfortune** [1] - 86:23

**Mishra** [2] - 2:14, 5:3

**misnomer** [1] - 18:23

**missed** [1] - 7:22

**missing** [4] - 7:23, 23:17, 65:5, 82:20

**Missouri** [2] - 16:5

**misspeak** [1] - 72:25

**mistake** [4] - 51:4, 51:9, 54:3, 80:9

**misunderstanding** [1]

- 27:3
**misunderstood** [1] - 47:11
**Mitchell** [2] - 1:20, 99:21
**mitigate** [1] - 88:20
**mitigating** [2] - 15:20, 88:18
**mitigation** [1] - 67:18
**modification** [1] - 22:25
**Mohammad** [2] - 34:23, 35:2
**mom** [2] - 65:15, 82:15
**moment** [7] - 8:1, 12:1, 16:9, 37:4, 45:21, 60:20, 89:16
**Mondays** [1] - 96:25
**monetary** [2] - 90:9
**money** [32] - 10:10, 11:1, 17:15, 18:19, 19:11, 22:13, 22:14, 31:9, 31:11, 32:16, 32:17, 32:18, 49:19, 49:22, 49:23, 50:3, 50:5, 50:15, 50:21, 50:22, 50:23, 62:24, 62:25, 63:3, 65:19, 65:21, 66:16, 66:17, 66:21, 67:1, 68:3
**Montgomery** [2] - 49:22, 97:11
**month** [1] - 44:8
**monthly** [2] - 94:9, 95:14
**months** [21] - 8:25, 9:1, 16:6, 16:7, 16:19, 40:25, 43:18, 47:24, 49:24, 58:13, 58:14, 68:24, 70:6, 70:9, 71:24, 72:15, 93:15, 94:19, 96:11, 97:2, 98:12
**months'** [1] - 97:22
**morning** [18] - 3:2, 3:4, 3:25, 4:2, 4:4, 4:5, 4:7, 4:8, 4:10, 4:11, 4:15, 4:20, 4:21, 6:3, 6:4, 43:4, 49:5, 75:15
**most** [5] - 13:23, 45:11, 53:10, 65:11, 92:9
**mostly** [1] - 66:13
**mother** [14] - 23:24, 26:10, 26:11, 44:14, 47:7, 48:6, 48:7, 48:13, 50:14, 51:15, 64:18, 78:2, 78:4,

82:21
**mother's** [1] - 42:17
**mother-in-law** [6] - 47:7, 48:6, 48:7, 48:13, 50:14, 51:15
**motion** [1] - 73:5
**motivation** [3] - 22:14, 89:14, 93:6
**motive** [2] - 10:16, 13:15
**motives** [1] - 13:9
**mourn** [1] - 85:4
**move** [4] - 44:18, 46:6, 48:16, 61:14
**moved** [2] - 11:23, 40:24
**MR** [36] - 4:2, 35:2, 35:6, 35:14, 35:16, 35:19, 36:13, 36:18, 36:21, 36:24, 37:8, 37:11, 37:18, 37:20, 37:23, 38:10, 38:14, 38:17, 39:5, 39:8, 39:11, 39:13, 39:15, 39:20, 40:6, 40:10, 40:12, 78:15, 78:18, 78:20, 78:24, 79:1, 79:5, 79:9, 79:20, 80:6
**MS** [186] - 3:25, 4:5, 4:8, 6:22, 6:24, 8:13, 8:15, 8:19, 8:21, 9:3, 9:5, 9:9, 9:11, 9:14, 9:15, 9:22, 10:5, 10:7, 11:3, 11:16, 12:11, 12:19, 13:25, 14:16, 15:8, 15:22, 16:13, 16:22, 17:2, 17:6, 18:8, 19:10, 19:14, 19:16, 19:18, 19:21, 20:10, 20:16, 20:20, 20:23, 21:10, 21:17, 22:3, 28:5, 29:2, 29:20, 30:13, 30:16, 32:4, 32:8, 33:6, 34:3, 34:5, 34:9, 34:19, 34:23, 35:5, 35:7, 35:11, 35:12, 35:15, 35:17, 36:3, 36:9, 36:11, 36:16, 36:19, 36:22, 37:3, 37:4, 37:9, 37:15, 37:19, 37:21, 38:7, 38:12, 38:15, 38:19, 38:21, 39:1, 39:3, 39:6, 39:10, 39:12, 39:14, 39:17, 40:3, 40:7, 40:11, 40:13, 40:16, 40:17, 40:19, 40:21, 40:23,

40:24, 41:1, 41:2, 41:3, 41:6, 41:16, 41:17, 41:19, 41:21, 42:4, 55:13, 55:19, 55:24, 56:25, 57:1, 58:5, 58:7, 58:10, 58:11, 58:16, 58:18, 58:21, 58:23, 59:1, 59:3, 59:6, 59:17, 59:20, 60:1, 60:20, 60:22, 60:25, 62:11, 63:13, 63:15, 64:3, 64:12, 67:21, 68:12, 69:8, 69:16, 69:18, 70:24, 71:2, 71:8, 71:12, 71:14, 71:21, 72:12, 73:5, 73:24, 74:20, 74:23, 75:2, 75:17, 75:20, 76:4, 76:7, 76:12, 76:19, 77:2, 77:4, 77:11, 77:14, 77:19, 78:8, 78:9, 78:14, 78:16, 78:19, 78:22, 78:25, 79:2, 79:7, 79:17, 80:3, 80:12, 80:17, 85:9, 96:2, 96:8, 96:15, 96:20, 96:22, 97:5, 97:10, 97:21, 98:11, 98:24, 99:2, 99:7
**multiple** [1] - 72:1

# N

**NABILA** [2] - 1:5, 2:8
**Nabila** [11] - 4:9, 35:18, 66:21, 67:3, 67:6, 77:16, 77:20, 78:25, 79:8, 80:4, 94:17
**Naman** [2] - 35:14, 35:16
**name** [10] - 5:2, 5:3, 5:4, 25:8, 35:1, 35:13, 36:13, 39:8, 40:21, 78:11
**named** [1] - 35:4
**names** [1] - 31:8
**narrow** [1] - 21:21
**nasty** [1] - 66:20
**nature** [8] - 10:8, 13:9, 13:22, 34:19, 36:22, 86:16, 88:18, 89:4
**near** [1] - 31:23
**necessarily** [1] - 66:1
**necessary** [1] - 25:19
**necessitates** [1] - 3:19
**need** [21] - 7:15, 10:4, 14:1, 34:14, 57:15, 59:7, 59:19, 59:20,

76:18, 76:25, 78:3, 78:5, 84:17, 84:18, 85:14, 85:20, 87:17, 87:18, 88:22, 90:5, 97:17
**needed** [1] - 60:3
**needs** [3] - 14:5, 35:23, 91:18
**negative** [12] - 24:19, 25:1, 25:2, 38:2, 46:21, 46:22, 46:25, 47:9, 47:19, 51:17, 54:16, 83:12
**negotiations** [1] - 13:13
**never** [17] - 10:5, 28:13, 40:10, 45:2, 46:20, 46:25, 47:19, 48:11, 49:10, 50:24, 51:2, 51:9, 67:6, 75:4, 81:17, 81:18, 85:19
**New** [2] - 46:4, 79:11
**news** [3] - 38:4, 45:24, 83:15
**newspaper** [2] - 38:3
**newspapers** [2] - 24:24, 24:25
**next** [8] - 5:10, 5:11, 6:1, 35:8, 39:6, 74:25, 89:6, 91:9
**nice** [2] - 65:13, 80:10
**night** [1] - 46:16
**nine** [1] - 21:11
**NO** [1] - 1:3
**nobody** [3] - 12:25, 31:4, 43:9
**noise** [1] - 60:10
**none** [3] - 9:16, 29:9, 53:25
**Norman** [1] - 35:12
**norms** [1] - 92:11
**note** [2] - 36:5, 92:1
**noted** [2] - 87:14, 88:11
**nothing** [9] - 33:1, 33:7, 33:15, 33:23, 71:25, 72:2, 73:20, 75:7, 76:7
**notice** [2] - 46:1, 98:14
**noting** [1] - 5:6
**number** [3] - 20:23, 31:9, 68:20

# O

**objection** [3] - 96:2, 96:7, 99:4
**objections** [2] - 9:12,

58:24
**obviously** [13] - 9:18, 14:3, 23:16, 27:9, 60:6, 63:9, 65:20, 69:9, 70:3, 85:12, 86:14, 86:20, 86:23
**occasion** [1] - 82:9
**occasions** [1] - 72:1
**occur** [1] - 24:4
**occurred** [3] - 23:13, 62:8, 67:4
**occurs** [1] - 72:14
**October** [1] - 72:14
**offense** [13] - 8:10, 10:9, 13:8, 13:10, 58:4, 59:7, 83:22, 86:16, 88:4, 88:19, 88:23, 88:25, 89:5
**offer** [2] - 50:1, 69:1
**Office** [1] - 94:8
**office** [4] - 8:16, 76:13, 93:20, 94:24
**OFFICE** [3] - 1:14, 2:2, 2:7
**office's** [1] - 58:8
**officer** [5] - 94:4, 94:6, 95:8, 95:10, 95:13
**OFFICER** [1] - 4:21
**officers** [1] - 51:7
**Official** [1] - 1:21
**often** [2] - 47:11, 68:15
**oftentimes** [1] - 62:14
**oil** [1] - 43:2
**old** [4] - 41:16, 42:19, 66:10, 82:5
**older** [14] - 10:25, 17:18, 18:12, 19:6, 19:13, 29:5, 31:2, 48:3, 48:23, 50:10, 81:15, 83:7
**oldest** [1] - 53:13
**once** [4] - 3:14, 11:16, 13:3, 86:11
**one** [47] - 10:20, 14:12, 14:24, 16:5, 17:9, 21:20, 26:20, 27:25, 28:20, 29:18, 30:4, 30:5, 30:7, 31:9, 37:4, 47:8, 49:13, 50:12, 50:21, 50:22, 54:17, 55:20, 61:23, 61:25, 62:15, 62:20, 62:25, 63:13, 65:3, 66:16, 66:17, 76:4, 77:15, 78:9, 82:9, 82:19, 82:20, 84:23, 86:2, 86:20, 88:25, 89:7, 90:2, 90:10, 92:10

**One** [1] - 1:15
**one-bedroom** [1] - 26:20
**ones** [2] - 21:1, 64:15
**ongoing** [1] - 71:25
**online** [3] - 38:4, 71:14, 71:22
**Onti** [2] - 19:12, 19:16
**open** [1] - 24:11
**operate** [1] - 26:21
**operating** [1] - 70:9
**operation** [1] - 27:14
**operator** [1] - 38:17
**opportunity** [8] - 8:4, 29:15, 70:16, 70:18, 74:7, 74:9, 75:18, 84:11
**opposed** [2] - 20:2, 89:3
**opposing** [1] - 14:22
**opposite** [2] - 27:21, 45:4
**opted** [1] - 81:4
**option** [1] - 61:19
**order** [5] - 3:1, 5:14, 26:9, 62:6, 93:11
**ordinary** [1] - 96:5
**organization** [7] - 10:14, 12:14, 40:9, 47:9, 74:3, 88:6, 89:2
**organizational** [1] - 99:14
**organizations** [3] - 47:12, 81:12, 90:5
**organized** [1] - 48:10
**original** [3] - 36:19, 46:10, 55:14
**otherwise** [2] - 8:6, 30:22
**ourselves** [1] - 52:7
**outlets** [1] - 83:16
**outside** [3] - 59:12, 82:13, 91:6
**outward** [1] - 63:5
**overcome** [1] - 50:16
**overseas** [3] - 38:9, 79:6, 79:22
**overview** [1] - 3:20
**own** [7] - 18:20, 24:3, 39:15, 50:7, 52:15, 72:4, 82:23
**owned** [2] - 44:13, 76:12
**owner** [1] - 38:17

**P**

**p.m** [5] - 1:9, 55:11, 85:25, 99:16

**PA** [1] - 1:8
**pace** [1] - 56:8
**page** [3] - 59:24, 62:11, 62:12
**pan** [2] - 68:16, 69:7
**pandemic** [2] - 24:11, 33:17
**paper** [4] - 26:5, 66:1, 67:22
**parent** [1] - 14:17
**parental** [1] - 87:15
**parenthood** [2] - 26:4, 87:17
**parents** [11] - 41:8, 43:20, 46:24, 48:18, 48:22, 50:4, 50:5, 53:21, 66:6, 77:24, 87:13
**part** [14] - 11:10, 13:12, 13:13, 60:23, 61:4, 69:20, 71:21, 73:11, 73:13, 75:10, 86:18, 89:22, 92:9, 92:14
**participate** [3] - 6:14, 60:17, 72:5
**participating** [2] - 4:23, 60:17
**particular** [13] - 10:24, 16:15, 16:16, 30:19, 59:11, 62:19, 66:25, 77:16, 80:23, 82:11, 88:19, 90:8
**particularly** [1] - 87:25
**parties** [1] - 60:15
**partner** [2] - 25:5, 46:12
**partners** [4] - 25:25, 36:14, 36:17, 38:23
**party** [3] - 5:9, 5:24, 63:4
**passed** [5] - 23:23, 43:22, 44:8, 44:24, 85:4
**passing** [2] - 43:4, 67:2
**past** [2] - 24:1, 83:25
**path** [2] - 87:19, 87:20
**pattern** [1] - 20:14
**pause** [4] - 3:12, 3:22, 36:4, 90:23
**pay** [6] - 49:24, 65:21, 94:11, 94:13, 95:16, 95:18
**payment** [1] - 49:23
**peace** [2] - 31:18, 47:14
**peaceful** [1] - 47:11
**pending** [1] - 99:6
**penniless** [1] - 83:1

**PENNSYLVANIA** [1] - 1:1
**Pennsylvania** [4] - 1:16, 2:4, 2:10, 79:11
**penny** [1] - 50:25
**people** [35] - 22:11, 24:13, 24:20, 29:16, 37:24, 43:15, 44:13, 48:19, 48:20, 51:4, 52:6, 52:9, 52:20, 53:2, 54:12, 54:19, 65:10, 71:5, 71:10, 73:12, 73:13, 73:18, 74:11, 74:12, 79:16, 79:22, 80:10, 80:11, 87:18, 89:23, 90:3, 91:4, 99:14
**percent** [2] - 42:20, 45:13
**perhaps** [3] - 24:16, 26:2, 27:7
**period** [17] - 11:22, 14:9, 14:18, 27:24, 29:10, 29:12, 72:15, 72:16, 72:22, 74:6, 83:5, 84:6, 94:5, 95:9, 97:22, 98:12, 98:13
**permission** [1] - 60:25
**permit** [1] - 27:5
**permutation** [1] - 28:6
**perpetuate** [1] - 91:7
**person** [16] - 11:16, 41:14, 41:15, 44:13, 44:22, 46:3, 46:20, 46:22, 47:8, 53:1, 61:14, 66:2, 78:1, 78:5, 93:19, 94:23
**personal** [1] - 60:2
**personally** [2] - 61:4, 61:8
**perspective** [4] - 6:16, 56:14, 56:19, 77:1
**persuaded** [1] - 93:1
**ph** [2] - 19:16, 48:9
**ph)** [1] - 19:12
**Philadelphia** [8] - 1:8, 1:16, 2:4, 2:10, 26:21, 39:11, 39:16, 97:11
**phone** [9] - 69:19, 69:23, 70:3, 72:17, 72:19, 73:11, 75:11
**phrase** [3] - 32:24, 84:19, 89:7
**physical** [1] - 33:9
**pick** [1] - 55:9
**picking** [1] - 38:4
**pivot** [2] - 3:13, 55:5

**place** [2] - 31:13, 47:13
**placed** [2] - 93:17, 94:21
**places** [1] - 30:7
**plan** [2] - 27:12, 49:24
**plans** [1] - 12:16
**plastic** [1] - 44:1
**playing** [2] - 31:7, 31:17
**plea** [5] - 24:16, 24:17, 37:16, 70:21, 71:19
**pleasure** [1] - 82:8
**pled** [1] - 37:16
**plenty** [1] - 86:23
**podium** [4] - 34:15, 34:18, 42:8, 84:15
**point** [24] - 7:15, 15:23, 18:10, 23:24, 29:2, 29:4, 29:12, 30:7, 33:4, 45:7, 56:10, 65:6, 66:18, 67:15, 69:18, 70:23, 70:24, 70:25, 71:2, 72:20, 74:1, 75:13, 76:4
**pointed** [2] - 15:12, 81:11
**points** [3] - 21:23, 22:1, 82:2
**poise** [1] - 26:3
**police** [3] - 52:7, 52:18
**policy** [2] - 92:8, 92:10
**portion** [5] - 5:25, 62:10, 63:9, 63:24, 74:19
**position** [8] - 7:20, 7:25, 29:8, 33:24, 48:9, 57:20, 59:15, 96:16
**positive** [5] - 40:8, 46:20, 46:21, 47:17, 54:15
**positiveness** [1] - 53:6
**possess** [2] - 93:25, 95:4
**possessing** [2] - 93:24, 95:3
**possible** [4] - 28:6, 29:9, 83:6, 97:12
**post** [1] - 83:22
**post-offense** [1] - 83:22
**pot** [1] - 74:12
**potential** [3] - 27:10, 67:18
**potentially** [1] - 16:13
**pound** [1] - 45:6
**pounds** [1] - 45:1

**power** [1] - 87:24
**practical** [1] - 28:19
**practically** [2] - 28:18, 39:21
**practicing** [1] - 52:16
**pray** [1] - 54:12
**predicate** [1] - 73:21
**prefer** [3] - 61:13, 77:6, 96:19
**prepared** [3] - 1:23, 30:21, 42:5
**preschool** [1] - 41:12
**presence** [2] - 60:23, 92:20
**PRESENT** [1] - 2:13
**present** [8] - 11:24, 12:6, 25:5, 48:22, 49:15, 55:15, 60:14, 61:3
**presentation** [5] - 16:25, 29:24, 62:15, 76:24, 80:18
**presentations** [1] - 91:13
**presented** [2] - 94:2, 95:6
**presentence** [6] - 6:20, 8:9, 9:7, 10:25, 23:10, 57:2
**press** [3] - 24:18, 24:24
**pressure** [5] - 87:24, 88:1, 89:16, 89:21, 89:22
**pressuring** [1] - 31:6
**presumed** [2] - 23:17, 82:20
**pretrial** [3] - 56:23, 83:12, 99:5
**pretty** [4] - 16:19, 21:17, 35:20, 85:12
**previous** [1] - 98:3
**primarily** [1] - 77:17
**prison** [2] - 90:19, 90:22
**Prisons** [4] - 93:14, 93:19, 94:18, 94:23
**proactive** [4] - 71:8, 71:9, 72:19, 74:8
**Probation** [1] - 94:8
**probation** [10] - 4:19, 8:16, 58:8, 93:20, 94:3, 94:6, 94:24, 95:8, 95:10, 95:12
**PROBATION** [1] - 4:21
**problem** [2] - 52:15, 55:23
**procedural** [1] - 5:17
**proceed** [6] - 3:9, 3:18, 3:21, 61:1,

77:7, 96:19
**proceeding** [2] - 3:11, 63:24
**Proceedings** [2] - 1:23, 99:16
**proceedings** [7] - 3:10, 4:16, 55:5, 60:14, 62:10, 76:21, 99:19
**process** [6] - 28:23, 28:25, 50:12, 76:10, 98:3, 98:4
**program** [1] - 79:25
**prohibited** [2] - 93:23, 95:2
**prominently** [2] - 14:14, 14:16
**promote** [1] - 88:24
**pronounce** [4] - 3:17, 86:14, 87:11, 93:9
**pronounced** [1] - 43:7
**pronouncing** [1] - 86:8
**proposal** [2] - 67:12, 96:3
**PROSPECTIVE** [1] - 56:18
**protect** [1] - 91:9
**proud** [2] - 17:11, 53:16
**provide** [15] - 24:12, 29:8, 31:18, 70:15, 72:23, 73:14, 76:1, 79:23, 87:22, 88:24, 91:15, 94:7, 94:9, 95:12, 95:14
**provided** [10] - 10:1, 10:10, 11:18, 16:18, 19:5, 44:12, 69:18, 75:23, 78:11, 88:5
**provides** [1] - 91:3
**providing** [1] - 90:21
**provision** [2] - 94:3, 95:7
**proximate** [1] - 60:19
**Prussia** [4] - 36:15, 36:20, 36:21, 46:9
**PSR** [4] - 16:16, 30:3, 68:18, 72:25
**public** [7] - 25:20, 59:12, 60:3, 63:17, 63:19, 64:2, 91:9
**publicity** [3] - 37:17, 38:7, 83:12
**pulled** [3] - 31:5
**punishment** [6] - 54:3, 54:4, 83:2, 84:8, 88:24, 89:9
**purpose** [2] - 50:21, 51:6

**purposes** [3] - 22:4, 59:23, 60:19
**pursuant** [2] - 93:12, 94:16
**pursuing** [2] - 17:23, 31:21
**pushing** [1] - 65:22
**put** [7] - 19:24, 25:13, 26:5, 28:9, 44:4, 66:1, 85:18
**puts** [2] - 38:1, 64:16
**putting** [2] - 81:23, 83:17

## Q

**questions** [7] - 7:12, 9:20, 10:20, 20:9, 32:3, 35:10, 57:13
**quick** [1] - 3:20
**quite** [2] - 29:16, 57:6

## R

**radical** [2] - 22:10
**radicalization** [3] - 12:16, 30:9, 89:24
**radicalized** [6] - 11:17, 12:7, 18:2, 49:7, 64:15, 74:4
**radicalizing** [1] - 11:24
**raise** [3] - 5:1, 41:7, 83:6
**raised** [5] - 39:21, 46:22, 46:23, 82:3, 84:2
**raising** [1] - 66:9
**rake** [1] - 13:19
**range** [11] - 9:1, 15:25, 16:11, 58:13, 58:14, 83:23, 91:24, 92:2, 92:5, 98:18, 98:19
**rarely** [1] - 87:20
**rather** [3] - 5:19, 60:9, 95:23
**RDR** [1] - 1:20
**reaching** [1] - 25:15
**reaction** [2] - 27:21, 80:3
**read** [10] - 7:3, 7:5, 9:24, 15:2, 16:15, 18:4, 30:10, 45:23, 57:2, 69:4
**readily** [1] - 25:21
**reading** [1] - 11:3
**ready** [3] - 45:21, 54:4, 55:8
**real** [3] - 28:19, 89:15
**reality** [2] - 53:2, 75:21
**realized** [2] - 13:18,

49:12
**really** [40] - 10:8, 11:7, 12:1, 21:17, 25:19, 26:4, 27:22, 31:22, 37:11, 42:13, 51:23, 62:11, 63:1, 63:7, 63:8, 63:15, 66:18, 67:17, 67:21, 70:11, 70:17, 71:2, 74:14, 75:8, 75:9, 75:23, 77:22, 78:1, 78:5, 80:25, 81:1, 82:10, 82:11, 82:14, 82:15, 83:9, 84:23, 85:6, 93:8
**realm** [1] - 15:9
**reason** [24] - 6:16, 6:18, 13:12, 13:13, 14:20, 19:23, 21:2, 44:10, 51:14, 51:15, 52:3, 52:17, 56:20, 59:21, 59:23, 63:8, 63:16, 63:17, 69:24, 70:13, 73:10, 83:22, 91:11, 92:13
**reasons** [4] - 14:8, 74:15, 84:5, 89:5
**rebuild** [2] - 33:16, 33:25
**rebuilt** [4] - 25:24, 25:25, 33:8, 33:9
**received** [4] - 6:20, 11:1, 19:11, 25:3
**recently** [1] - 70:21
**reception** [1] - 83:18
**recess** [4] - 55:10, 55:11, 85:23, 85:25
**recognition** [1] - 32:10
**recognize** [5] - 19:25, 75:10, 87:23, 88:1, 90:13
**recognizes** [1] - 23:11
**recognizing** [1] - 23:9
**recommend** [2] - 97:7, 97:11
**recommendation** [4] - 9:18, 9:19, 97:6, 97:14
**recommendations** [1] - 97:4
**recommended** [1] - 8:24
**recommends** [1] - 92:13
**record** [6] - 5:2, 58:2, 61:2, 62:8, 76:23, 99:19
**recorded** [1] - 51:2
**recruit** [1] - 48:22

**recruiter** [3] - 11:2, 19:20, 19:21
**recruiting** [2] - 67:9, 71:10
**recruitment** [1] - 48:20
**redacted** [1] - 63:25
**refer** [1] - 18:23
**referenced** [1] - 15:14
**references** [1] - 60:2
**referred** [1] - 19:12
**referring** [2] - 29:16, 75:3
**refers** [3] - 30:5, 30:6, 30:8
**reflect** [1] - 88:23
**Reform** [2] - 93:12, 94:16
**regard** [5] - 14:10, 19:16, 28:16, 59:8, 59:22
**regarding** [3] - 62:23, 73:8, 74:7
**regardless** [1] - 27:17
**registered** [1] - 78:18
**rehabilitation** [1] - 83:22
**reiterate** [1] - 67:23
**related** [3] - 44:11, 64:10, 74:18
**relationship** [14] - 11:22, 35:1, 35:18, 36:23, 38:22, 40:4, 41:4, 47:24, 54:8, 54:20, 62:13, 62:16, 62:18, 63:19
**relative** [4] - 59:16, 63:4, 89:12, 93:6
**relatively** [2] - 22:13, 62:6
**relearned** [2] - 33:9, 33:10
**release** [15] - 24:18, 92:11, 92:15, 92:16, 92:21, 93:16, 93:17, 93:18, 94:20, 94:21, 94:22, 97:23, 98:13, 99:5
**released** [3] - 44:25, 93:21, 94:25
**relevant** [3] - 21:4, 21:6, 86:3
**religion** [4] - 47:10, 47:11, 47:13, 53:5
**remain** [5] - 26:7, 81:5, 83:7, 92:18, 96:17
**remained** [1] - 18:17
**remaining** [1] - 98:20
**remarks** [2] - 34:13,

59:6
**remember** [3] - 17:3, 31:2, 64:25
**renovate** [1] - 50:15
**renovation** [1] - 50:11
**reopened** [1] - 70:18
**repayment** [1] - 65:18
**repeat** [1] - 9:23
**repeating** [1] - 41:6
**report** [31] - 6:20, 7:1, 7:13, 7:16, 7:19, 7:24, 8:6, 8:9, 9:8, 9:12, 10:25, 23:10, 29:1, 45:23, 56:23, 57:3, 57:13, 57:16, 57:19, 57:23, 58:19, 58:24, 93:19, 94:23, 96:1, 96:5, 96:9, 96:10, 96:24, 97:1
**reporter** [2] - 4:12, 78:12
**Reporter** [1] - 1:21
**Reporter/ Transcriber** [1] - 99:22
**reports** [2] - 27:23, 76:9
**represent** [1] - 98:4
**representing** [1] - 74:24
**reputation** [1] - 37:9
**request** [3] - 63:23, 94:4, 95:8
**requesting** [1] - 66:16
**requests** [2] - 22:25, 67:25
**required** [1] - 80:22
**requires** [3] - 5:15, 89:10, 89:13
**residents** [1] - 90:4
**resilient** [2] - 33:7, 33:10
**resolution** [2] - 13:21, 95:24
**resolved** [3] - 13:14, 15:16, 16:18
**resource** [1] - 28:17
**resources** [1] - 26:24
**respect** [5] - 54:13, 54:25, 60:7, 60:8, 88:24
**respectfully** [1] - 84:6
**respective** [1] - 97:18
**respects** [2] - 89:4, 91:5
**respond** [2] - 17:2, 64:5
**RESPONSE** [1] - 3:4
**response** [3] - 15:1, 33:18, 64:13

**rest** [1] - 84:8
**restaurant** [14] - 18:11, 33:13, 35:20, 35:22, 36:15, 36:20, 37:7, 37:13, 39:16, 40:1, 46:14, 49:5, 79:15, 80:1
**restitution** [1] - 93:8
**restructured** [1] - 54:1
**rests** [1] - 29:24
**result** [3] - 23:14, 24:18, 90:9
**results** [1] - 8:23
**retain** [2] - 94:4, 95:8
**return** [6] - 31:9, 31:11, 50:3, 50:15, 50:22, 92:20
**returning** [1] - 82:25
**reveal** [1] - 70:5
**revealed** [1] - 70:2
**reviewed** [4] - 7:7, 7:9, 57:7, 57:9
**revised** [2] - 6:21, 56:24
**revisit** [1] - 5:13
**rich** [1] - 48:21
**ridiculing** [2] - 66:5, 67:1
**rights** [3] - 81:11, 97:18, 98:15
**rigorous** [1] - 25:14
**risk** [2] - 94:6, 95:10
**Riyadh** [1] - 48:14
**RMR** [1] - 1:20
**road** [1] - 67:2
**ROBERT** [1] - 1:15
**Robert** [1] - 4:2
**robert.j.livermore@ usdoj.gov** [1] - 1:18
**rock** [1] - 31:13
**rogue** [1] - 74:4
**role** [1] - 62:17
**room** [1] - 62:1
**rooms** [1] - 74:10
**roughly** [2] - 37:8, 97:2
**run** [6] - 24:10, 25:23, 27:14, 46:11, 85:12, 86:3
**running** [1] - 23:1

**S**

**Safety** [1] - 92:3
**sake** [2] - 59:21, 74:23
**sales** [1] - 19:6
**Sam** [1] - 46:12
**Samir** [1] - 43:25
**Sarah** [1] - 4:1
**SARAH** [1] - 1:14

**sarah.wolfe@usdoj. gov** [1] - 1:17
**satisfactory** [2] - 98:24, 99:1
**Saudi** [5] - 23:22, 48:8, 48:14, 65:16, 83:15
**saw** [4] - 10:24, 19:4, 20:1, 89:14
**scars** [1] - 42:21
**scenario** [1] - 28:1
**schedules** [1] - 85:13
**School** [1] - 53:14
**school** [6] - 17:22, 33:12, 41:8, 45:5, 53:18, 77:21
**schooling** [1] - 81:6
**seal** [7] - 5:8, 5:10, 5:16, 5:25, 59:22, 63:8, 63:23
**SEALED** [1] - 1:5
**sealed** [2] - 62:10, 76:21
**sealing** [1] - 5:13
**seamless** [1] - 28:4
**search** [1] - 69:20
**seat** [4] - 3:3, 35:9, 55:12, 86:1
**seated** [1] - 85:22
**second** [13] - 10:19, 20:25, 42:18, 43:15, 51:15, 53:14, 61:23, 65:4, 73:8, 74:7, 75:5, 86:18, 88:22
**Section** [1] - 86:7
**secured** [1] - 60:15
**security** [1] - 25:14
**see** [19] - 4:10, 4:19, 21:22, 41:25, 42:21, 45:8, 46:21, 49:8, 51:23, 53:3, 53:6, 54:21, 54:24, 74:12, 78:2, 85:2, 86:25, 91:10
**seeing** [1] - 50:6
**seek** [1] - 48:19
**seem** [2] - 30:4, 82:7
**self** [2] - 27:12, 96:7
**self-surrender** [2] - 27:12, 96:7
**send** [4] - 13:5, 32:17, 66:17, 71:16
**sended** [1] - 50:21
**sending** [3] - 22:14, 32:16, 32:17
**sense** [7] - 27:20, 33:19, 33:23, 41:7, 67:7, 77:9, 87:12
**senses** [1] - 10:10
**sensitive** [1] - 85:13

**sent** [7] - 14:5, 18:19, 50:24, 62:25, 88:14, 89:16, 89:18
**Sentella** [2] - 4:19, 26:15
**sentence** [31] - 3:17, 8:24, 13:10, 14:23, 16:3, 23:6, 24:7, 25:18, 27:7, 27:11, 27:20, 28:2, 33:2, 33:3, 33:24, 56:23, 73:22, 81:20, 81:21, 83:4, 83:5, 86:9, 87:12, 88:23, 91:24, 91:25, 92:4, 93:9, 96:12, 97:24, 97:25
**sentenced** [6] - 14:18, 15:16, 16:18, 97:21, 98:11, 98:16
**sentences** [7] - 15:4, 15:15, 15:24, 27:23, 86:14, 90:25, 95:22
**Sentencing** [2] - 93:12, 94:16
**SENTENCING** [1] - 1:4
**sentencing** [23] - 3:11, 6:9, 8:24, 9:19, 15:3, 17:7, 19:24, 32:23, 56:18, 59:15, 61:4, 67:12, 69:24, 69:25, 74:17, 75:16, 81:10, 82:3, 82:24, 84:14, 92:9, 92:22, 92:24
**sentencings** [1] - 3:5
**sentiment** [1] - 32:1
**separate** [3] - 71:6, 76:13, 86:14
**September** [1] - 1:8
**serious** [5] - 13:8, 20:3, 51:23, 59:7
**seriousness** [2] - 88:5, 88:23
**served** [1] - 96:12
**serves** [1] - 28:1
**service** [1] - 54:6
**servicing** [1] - 79:25
**serving** [1] - 78:20
**sessions** [1] - 75:21
**set** [2] - 20:25, 72:24
**settlement** [1] - 74:16
**seven** [4] - 22:22, 22:23, 43:18, 70:8
**several** [2] - 22:25, 24:10
**Shack** [1] - 39:16
**Shafi** [4] - 26:15, 29:7, 39:6, 39:8
**Shahidul** [11] - 17:10, 35:3, 35:18, 36:14,

67:4, 78:23, 79:8, 79:14, 80:4, 81:21, 93:13
**SHAHIDUL** [2] - 1:5, 2:3
**Shahidul's** [3] - 39:9, 40:22, 79:9
**shall** [20] - 93:16, 93:19, 93:22, 93:23, 93:24, 93:25, 94:7, 94:9, 94:13, 94:14, 94:20, 94:23, 95:1, 95:2, 95:3, 95:4, 95:12, 95:14, 95:18, 95:19
**shame** [3] - 50:5, 52:9, 52:20
**Shanf** [2] - 34:24, 35:2
**SHANF** [2] - 35:2, 35:6
**shaped** [1] - 41:11
**shattered** [1] - 53:19
**Sheikh** [1] - 78:15
**shelter** [3] - 79:22, 79:23, 80:2
**sheltered** [1] - 82:12
**shock** [1] - 80:7
**shocked** [1] - 46:1
**shoe** [1] - 51:22
**short** [4] - 44:7, 46:1, 47:23, 62:6
**shorter** [1] - 33:23
**shortly** [1] - 85:23
**show** [1] - 51:16
**showing** [2] - 6:1, 45:20
**Shureih** [1] - 43:25
**sick** [2] - 41:8, 77:25
**SIDDIQUE** [9] - 78:15, 78:18, 78:20, 78:24, 79:1, 79:5, 79:9, 79:20, 80:6
**Siddique** [2] - 78:15, 78:16
**side** [6] - 23:11, 42:11, 51:8, 52:2, 52:24, 61:15
**sidebar** [8] - 5:20, 5:24, 60:10, 60:14, 60:18, 62:9, 71:20, 76:22
**sight** [1] - 88:4
**signature** [1] - 43:20
**significant** [4] - 15:15, 59:10, 87:7, 91:3
**significantly** [1] - 22:10
**silly** [1] - 51:8
**similarly** [1] - 15:15
**simple** [1] - 33:10
**simply** [1] - 75:24

**Simra** [1] - 36:13
**sin** [2] - 47:15
**sincerely** [1] - 51:8
**Singh** [10] - 25:5, 34:5, 36:12, 36:13, 36:16, 37:5, 37:15, 38:15, 38:20, 39:4
**SINGH** [13] - 36:13, 36:18, 36:21, 36:24, 37:8, 37:11, 37:18, 37:20, 37:23, 38:10, 38:14, 38:17, 39:5
**single** [2] - 50:25, 70:17
**sister** [11] - 25:9, 25:13, 26:19, 29:9, 35:3, 40:22, 46:23, 52:5, 64:19, 77:23, 82:22
**sit** [1] - 62:5
**situation** [14] - 12:25, 13:1, 21:18, 48:4, 49:1, 50:17, 51:12, 65:2, 66:14, 67:3, 67:6, 68:4, 71:15, 90:17
**situations** [3] - 19:25, 22:11, 70:16
**six** [1] - 70:8
**skin** [1] - 44:19
**skull** [1] - 43:19
**slow** [1] - 56:12
**slower** [1] - 35:15
**small** [7] - 10:10, 22:13, 24:22, 47:14, 66:9, 89:1, 90:8
**Soccer** [1] - 42:22
**social** [2] - 53:21, 60:11
**soldiered** [1] - 84:2
**sole** [2] - 28:16, 51:6
**solely** [2] - 16:17, 50:21
**solve** [3] - 52:7, 52:15, 52:19
**someone** [2] - 19:11, 87:25
**sometime** [4] - 46:14, 46:15, 48:2, 80:1
**sometimes** [5] - 47:11, 51:12, 65:9, 79:15, 79:22
**somewhat** [1] - 14:14
**somewhere** [1] - 71:16
**son** [1] - 52:12
**soon** [1] - 50:3
**sorry** [9] - 5:11, 35:10, 40:17, 61:23, 63:13, 73:24, 74:17, 84:23,

85:6

**sort** [38] - 12:8, 17:14, 17:17, 22:4, 23:5, 24:2, 24:20, 25:17, 27:1, 27:19, 28:15, 28:19, 28:23, 29:13, 31:7, 31:17, 31:18, 31:20, 31:25, 32:19, 33:1, 33:19, 60:13, 62:3, 62:24, 63:21, 63:23, 72:10, 74:12, 75:14, 75:15, 82:23, 87:15, 89:8, 92:3, 96:5, 96:13, 96:17

**sought** [2] - 20:1, 22:8

**South** [2] - 52:2, 52:24

**space** [1] - 62:2

**sparse** [1] - 21:17

**speaking** [3] - 3:8, 28:18, 45:19

**speaks** [2] - 31:19, 75:25

**special** [3] - 91:18, 94:14, 95:19

**specific** [6] - 14:2, 18:25, 22:20, 63:6, 80:22

**specifically** [4] - 20:2, 20:18, 75:6, 90:23

**speculation** [1] - 33:19

**speculative** [1] - 29:3

**speech** [1] - 24:20

**spell** [1] - 5:2

**spend** [1] - 49:14

**spirited** [1] - 65:13

**spoken** [2] - 26:18, 72:1

**spouses** [1] - 66:6

**Springfield** [1] - 53:14

**stable** [1] - 86:24

**stagger** [1] - 27:23

**staggered** [4] - 14:23, 27:6, 27:20, 95:22

**staggering** [2] - 96:1, 96:14

**stand** [3] - 5:20, 78:10, 99:13

**standard** [2] - 94:1, 95:5

**standby** [3] - 4:17, 4:23, 56:7

**standing** [3] - 45:8, 45:9, 54:14

**standpoint** [4] - 21:5, 21:22, 59:16, 64:9

**stands** [1] - 15:13

**start** [14] - 3:11, 5:6, 9:22, 33:15, 34:23, 46:4, 46:7, 46:15,

56:7, 68:12, 78:23, 86:18, 93:10, 97:19

**started** [6] - 3:8, 18:3, 18:6, 33:11, 42:15, 46:10

**starts** [1] - 72:14

**state** [3] - 5:2, 93:23, 95:2

**statement** [1] - 92:11

**statements** [5] - 67:24, 80:19, 92:9, 94:9, 95:14

**STATES** [2] - 1:1, 1:3

**States** [18] - 3:6, 4:3, 17:20, 18:14, 38:8, 43:25, 44:9, 44:16, 44:21, 44:23, 55:2, 79:4, 81:5, 82:16, 83:13, 94:13, 95:18

**statistical** [1] - 22:4

**statistically** [1] - 21:25

**status** [3] - 24:5, 87:15, 90:4

**statute** [1] - 86:7

**statutory** [8] - 8:25, 13:17, 13:21, 58:13, 92:2, 92:6, 93:3, 98:17

**stay** [7] - 26:14, 47:17, 47:18, 54:9, 66:5, 83:6, 85:17

**staying** [2] - 53:24

**stenographically** [1] - 1:23

**step** [9] - 5:19, 34:8, 34:15, 59:19, 60:11, 61:25, 62:4, 84:15, 85:21

**stepped** [1] - 76:24

**stepping** [1] - 61:19

**still** [9] - 25:24, 27:15, 39:22, 42:21, 45:17, 48:4, 61:19, 67:15, 79:25

**STIPP** [3] - 35:14, 35:16, 35:19

**Stipp** [3] - 35:14, 35:16, 35:17

**stitches** [1] - 44:5

**stop** [4] - 3:23, 10:2, 34:21, 60:9

**stopped** [1] - 25:13

**stories** [1] - 19:3

**storm** [1] - 43:1

**story** [3] - 44:7, 44:10, 47:21

**straight** [1] - 88:7

**strays** [1] - 34:21

**Street** [5] - 1:7, 1:16, 2:3, 2:9, 79:24

**street** [1] - 43:2

**stress** [6] - 65:9, 65:10, 65:23, 66:24, 67:18, 68:2

**stressed** [1] - 65:22

**stressful** [2] - 23:20, 66:14

**strike** [1] - 12:10

**strikes** [2] - 89:1, 91:4

**strong** [2] - 85:1, 85:3

**struggle** [2] - 46:13, 46:19

**struggled** [1] - 24:10

**struggling** [2] - 49:18, 49:20

**student** [3] - 46:2, 53:13, 53:15

**study** [3] - 45:3, 46:4, 79:14

**studying** [1] - 17:22

**stuff** [3] - 8:7, 38:4, 99:14

**stupid** [2] - 51:4, 51:8

**subject** [2] - 8:25, 81:24

**submissions** [2] - 5:8, 8:23

**submit** [7] - 5:10, 12:24, 13:8, 14:8, 26:5, 94:5, 95:9

**submitted** [2] - 22:4, 26:1

**substance** [4] - 93:25, 94:6, 95:4, 95:11

**substantially** [1] - 69:11

**substantive** [1] - 13:16

**successful** [2] - 41:11, 54:19

**suddenly** [1] - 23:19

**suffer** [1] - 90:17

**suffered** [1] - 23:25

**suffering** [2] - 84:8, 85:5

**suggest** [3] - 32:6, 61:8, 92:5

**suggested** [6] - 16:7, 16:12, 27:6, 88:15, 88:21, 91:2

**suggesting** [4] - 15:19, 17:13, 61:6, 83:24

**suggestion** [2] - 19:5, 61:24

**suggests** [1] - 93:2

**Suite** [3] - 1:15, 2:4, 2:10

**summer** [1] - 70:7

**supervised** [8] -

92:11, 92:15, 92:16, 92:21, 93:17, 94:21, 97:23, 98:13

**supervision** [6] - 22:24, 93:22, 94:5, 95:1, 95:10, 96:17

**supplemental** [1] - 5:10

**support** [40] - 10:11, 10:17, 10:21, 11:7, 11:12, 11:19, 12:2, 12:17, 12:23, 13:5, 13:15, 14:6, 15:9, 20:17, 21:13, 25:24, 25:25, 27:13, 28:11, 29:8, 30:24, 31:12, 36:2, 41:14, 41:25, 50:18, 50:19, 64:24, 67:16, 79:21, 81:23, 83:25, 87:18, 88:6, 89:2, 89:15, 90:9, 90:21

**supported** [4] - 10:15, 12:13, 79:18, 84:2

**supporting** [4] - 63:23, 79:23, 90:5, 90:21

**supports** [1] - 24:14

**supposed** [3] - 71:24, 86:8, 92:8

**surgery** [2] - 44:1, 44:24

**surprised** [1] - 45:25

**surprises** [1] - 40:10

**surrender** [3] - 27:12, 96:7, 99:6

**survive** [1] - 54:22

**survived** [1] - 44:5

**suspended** [1] - 97:24

**swear** [4] - 4:24, 34:14, 34:17, 50:24

**sworn** [1] - 5:5

**sympathies** [5] - 17:12, 20:6, 22:13, 29:23, 29:25

**sympathizing** [1] - 71:10

**synthesize** [1] - 66:19

**Syria** [11] - 11:2, 11:8, 11:10, 11:14, 13:6, 17:18, 17:19, 30:21, 50:24, 65:3, 69:15

**system** [2] - 48:15, 53:3

## T

**tackle** [2] - 64:9, 77:8

**talks** [2] - 15:3, 30:14

**target** [1] - 85:19

**targeted** [1] - 48:21

**tasked** [1] - 69:12

**tasks** [1] - 33:10

**taught** [2] - 39:25, 86:25

**teach** [2] - 25:19, 48:11

**teacher** [1] - 41:12

**teaching** [1] - 48:2

**teenagers** [1] - 29:6

**ten** [2] - 54:22, 55:7

**ten-minute** [1] - 55:7

**tends** [1] - 62:16

**tension** [1] - 65:8

**tenth** [1] - 48:15

**term** [5] - 33:5, 93:15, 93:17, 94:19, 94:21

**terminated** [1] - 70:14

**terms** [10] - 11:14, 15:4, 15:16, 21:18, 22:17, 59:10, 63:3, 72:11, 86:12, 86:22

**terrible** [1] - 30:25

**terribly** [1] - 31:6

**terrorism** [4] - 20:16, 25:4, 73:12, 74:2

**terrorist** [3] - 10:14, 12:14, 40:9

**terrorists** [1] - 74:13

**testament** [2] - 26:2, 26:4

**testimony** [1] - 34:19

**testing** [4] - 94:3, 94:5, 95:7, 95:9

**text** [1] - 51:14

**texting** [1] - 64:22

**The court** [217] - 3:2, 3:5, 4:4, 4:7, 4:10, 4:13, 4:18, 4:22, 5:6, 6:5, 6:8, 6:11, 6:13, 6:16, 6:19, 6:23, 6:25, 7:3, 7:5, 7:7, 7:9, 7:12, 7:15, 7:18, 7:23, 8:4, 8:14, 8:16, 8:20, 8:22, 9:4, 9:6, 9:10, 9:12, 9:16, 10:3, 10:6, 10:19, 11:11, 12:4, 12:18, 13:24, 14:11, 14:23, 14:25, 15:18, 15:23, 16:21, 16:23, 17:5, 18:3, 18:19, 19:1, 19:13, 19:15, 19:20, 19:24, 20:7, 20:9, 20:11, 20:18, 20:22, 20:25, 21:16, 21:19, 22:19, 22:24, 23:3, 23:4, 23:12, 23:21, 24:7, 24:9, 24:17, 26:1, 26:6, 26:12,

26:19, 27:7, 27:8, 27:11, 27:15, 27:18, 28:14, 28:22, 28:24, 29:18, 29:21, 30:14, 30:15, 31:19, 32:2, 32:5, 32:21, 34:1, 34:4, 34:7, 34:11, 34:21, 34:25, 36:4, 38:20, 39:4, 40:14, 40:18, 40:20, 41:4, 41:18, 41:20, 41:22, 42:6, 42:7, 51:7, 52:22, 54:7, 55:3, 55:12, 55:16, 55:23, 55:25, 56:6, 56:10, 56:14, 56:17, 56:19, 56:22, 57:2, 57:5, 57:7, 57:9, 57:12, 57:15, 57:18, 57:22, 58:1, 58:6, 58:8, 58:12, 58:17, 58:19, 58:22, 58:24, 59:2, 59:4, 59:13, 59:18, 59:25, 60:4, 60:21, 60:24, 61:2, 61:6, 61:12, 61:18, 61:22, 62:14, 62:22, 63:11, 63:14, 63:20, 64:4, 67:8, 68:5, 69:4, 69:14, 69:17, 70:22, 71:1, 71:7, 71:9, 71:13, 71:18, 72:8, 73:4, 73:21, 74:16, 74:22, 74:25, 75:13, 76:3, 76:6, 76:11, 76:17, 76:20, 76:23, 77:3, 77:7, 77:13, 77:18, 78:7, 78:11, 78:13, 79:7, 79:17, 80:14, 84:10, 85:10, 86:1, 92:14, 93:13, 94:10, 94:11, 94:17, 95:15, 95:16, 96:3, 96:9, 96:18, 96:21, 96:23, 97:7, 97:10, 97:13, 98:9, 98:25, 99:3, 99:8
**themselves** [2] - 34:10, 68:19
**thereafter** [2] - 70:15, 85:23
**therefore** [3] - 72:7, 94:11, 95:16
**they've** [3] - 14:4, 65:3, 76:11
**thick** [1] - 27:2
**thinking** [2] - 20:18, 86:10
**thinks** [1] - 45:14
**third** [1] - 90:1

**thoughts** [3] - 3:16, 26:5, 86:3
**thousand** [1] - 11:19
**thousands** [1] - 65:23
**threat** [1] - 70:25
**three** [11] - 16:6, 35:4, 43:18, 49:24, 66:9, 68:2, 93:17, 94:21, 97:23, 98:13
**throughout** [6] - 40:3, 45:6, 46:9, 47:10, 50:19
**thrust** [2] - 63:8, 69:12
**tied** [2] - 74:2
**tight** [1] - 62:5
**timeline** [1] - 74:18
**tired** [2] - 85:1, 85:3
**today** [25] - 3:8, 5:15, 6:3, 6:5, 6:11, 6:14, 6:17, 7:20, 17:7, 23:15, 24:15, 29:17, 39:19, 41:11, 45:8, 56:3, 56:15, 56:20, 57:20, 63:22, 85:12, 89:11, 89:17, 93:11, 98:3
**today's** [2] - 98:1, 98:14
**together** [6] - 36:19, 36:25, 37:1, 37:5, 53:23, 79:10
**took** [13] - 37:12, 43:6, 43:8, 43:12, 43:17, 44:3, 46:19, 46:20, 48:24, 50:1, 50:22, 77:25, 78:4
**top** [1] - 5:20
**Toplin** [21] - 4:6, 6:23, 7:7, 7:10, 7:13, 7:16, 8:14, 8:20, 9:4, 9:10, 16:23, 21:2, 36:4, 36:10, 41:23, 42:3, 64:6, 92:24, 96:21, 97:9, 97:19
**TOPLIN** [71] - 2:3, 4:5, 6:24, 8:15, 8:21, 9:5, 9:11, 9:15, 17:2, 17:6, 18:8, 19:10, 19:14, 19:18, 19:21, 20:10, 20:16, 20:20, 21:10, 21:17, 22:3, 28:5, 29:2, 29:20, 30:13, 30:16, 32:4, 32:8, 33:6, 34:3, 34:5, 34:9, 34:19, 34:23, 35:5, 35:7, 35:12, 35:15, 35:17, 36:3, 36:11, 36:16, 36:19, 36:22, 37:3, 39:1, 39:6, 39:10,

39:12, 39:14, 39:17, 40:3, 40:7, 40:11, 40:13, 40:17, 40:19, 40:23, 41:1, 41:3, 41:19, 41:21, 42:4, 55:13, 74:23, 75:2, 75:17, 78:9, 96:22, 97:10, 97:21
**Toplin's** [2] - 80:18, 80:25
**torn** [3] - 81:3, 87:5, 87:7
**total** [4] - 8:10, 58:4, 94:13, 95:18
**touch** [6] - 13:25, 17:8, 45:24, 49:17, 55:21, 82:2
**touched** [4] - 27:18, 29:21, 32:22, 43:9
**touches** [1] - 43:2
**tough** [1] - 86:2
**towards** [4] - 16:11, 40:8, 84:20
**Township** [1] - 78:21
**toxic** [1] - 51:12
**traditional** [2] - 28:15, 62:17
**tragedy** [4] - 24:3, 45:23, 81:19, 82:1
**tragic** [1] - 14:20
**train** [1] - 76:1
**training** [2] - 91:16, 91:20
**transcript** [2] - 5:25, 99:18
**transcription** [1] - 1:23
**transfers** [1] - 19:7
**trauma** [2] - 49:1, 50:9
**travel** [3] - 11:2, 11:8, 12:17
**traveled** [3] - 17:18, 17:19, 25:12
**traveling** [2] - 48:13, 49:2
**travesty** [2] - 14:17, 81:25
**treated** [1] - 81:13
**treatment** [1] - 44:17
**tremendous** [1] - 23:25
**tried** [4] - 17:14, 30:17, 31:1, 47:16
**triggered** [1] - 18:5
**troubling** [2] - 88:10, 88:12
**trucking** [1] - 38:17
**true** [1] - 90:15
**truth** [1] - 72:6
**truthful** [2] - 94:9,

95:14
**try** [7] - 5:18, 46:22, 52:4, 52:7, 52:14, 75:8, 92:20
**trying** [8] - 18:10, 27:15, 31:14, 45:7, 50:14, 51:22, 60:16, 66:19
**tuition** [1] - 31:10
**turmoil** [1] - 82:23
**turn** [6] - 10:7, 56:1, 68:9, 74:25, 94:15, 95:21
**turned** [2] - 12:8, 51:21
**turning** [2] - 12:12, 88:4
**TV** [1] - 42:25
**two** [22] - 11:1, 13:4, 13:6, 14:11, 19:3, 20:9, 21:12, 21:13, 44:7, 50:21, 55:20, 64:14, 65:16, 67:19, 69:9, 72:12, 74:3, 77:5, 82:19, 85:16, 90:10
**two-and-a-half** [1] - 44:7
**type** [5] - 18:14, 73:1, 82:11, 83:18, 91:12
**types** [1] - 90:25
**typically** [1] - 96:25

### U

**U.S** [2] - 1:7, 1:14
**U.S.C** [1] - 86:7
**ultimately** [1] - 70:14
**un-American** [2] - 17:12, 29:25
**unacceptable** [1] - 90:6
**unbeliever** [1] - 51:10
**unbelievers** [2] - 30:7, 89:24
**uncle** [2] - 52:11
**unconscious** [1] - 43:5
**under** [15] - 5:7, 5:10, 5:16, 5:25, 13:16, 59:11, 59:22, 63:23, 66:24, 68:1, 70:9, 87:24, 89:16, 90:4, 96:17
**underlying** [2] - 12:14, 13:9
**understandable** [1] - 10:16
**understood** [6] - 49:19, 60:4, 63:20,

64:3, 71:15, 75:14
**unfortunately** [2] - 68:16, 87:22
**unique** [5] - 15:9, 15:18, 19:23, 22:15, 90:12
**UNITED** [2] - 1:1, 1:3
**United** [18] - 3:5, 3:6, 4:3, 17:20, 18:13, 38:8, 43:24, 44:9, 44:16, 44:21, 44:23, 55:2, 79:4, 81:5, 82:16, 83:13, 94:13, 95:18
**universe** [5] - 20:13, 21:7, 21:21, 93:2
**unkind** [1] - 66:12
**unless** [2] - 7:22, 92:13
**unnecessarily** [1] - 13:20
**unrepresented** [1] - 75:11
**unsophisticated** [1] - 82:10
**unusual** [1] - 73:7
**up** [25] - 3:11, 3:18, 16:25, 33:17, 33:21, 34:8, 34:17, 34:22, 38:4, 39:21, 42:8, 43:8, 47:22, 55:9, 55:16, 56:11, 69:24, 74:11, 78:10, 81:11, 84:15, 96:25, 99:10, 99:14
**upbringing** [1] - 86:24
**upcoming** [1] - 77:24
**Upper** [2] - 47:25, 78:21
**ups** [2] - 5:15, 73:19
**upset** [3] - 48:5, 48:6
**upward** [1] - 98:17
**US** [2] - 3:25, 94:7
**useful** [3] - 21:25, 70:11, 95:24
**utilizing** [1] - 1:23
**utter** [1] - 17:16

### V

**value** [1] - 21:23
**Value** [1] - 92:3
**values** [1] - 86:25
**variance** [6] - 22:11, 23:9, 67:13, 69:3, 93:3, 98:19
**variations** [1] - 22:2
**variety** [1] - 48:19
**various** [1] - 33:12
**vary** [2] - 83:23

**version** [2] - 56:24, 63:25
**VI** [2] - 8:17, 58:9
**victims** [1] - 87:7
**view** [4] - 14:12, 15:6, 16:1, 95:25
**Village** [1] - 46:10
**virtually** [1] - 71:25
**virtue** [1] - 19:6
**visa** [4] - 44:11, 44:12, 44:13, 47:3
**visit** [2] - 81:17, 81:18
**visitation** [1] - 97:14
**visited** [1] - 71:25
**visitors** [1] - 90:5
**vitriol** [2] - 66:11, 67:2
**vocational** [1] - 91:20
**volt** [1] - 42:19
**vortex** [1] - 68:3

## W

**waive** [3] - 60:22, 94:11, 95:16
**walk** [2] - 33:9, 86:9
**Walnut** [1] - 2:3
**wants** [5] - 49:13, 50:6, 60:17, 72:4, 81:8
**war** [1] - 13:6
**warrant** [2] - 13:10, 69:21
**warranted** [1] - 23:9
**warrants** [1] - 22:15
**was..** [1] - 37:14
**watch** [2] - 27:25, 28:1
**watching** [3] - 30:8, 43:24, 89:24
**ways** [4] - 10:9, 10:12, 15:14, 21:20
**weeds** [1] - 74:13
**weigh** [1] - 67:18
**welcome** [2] - 29:14, 40:12
**West** [1] - 2:4
**whatsoever** [1] - 47:20
**whereas** [1] - 27:25
**white** [1] - 60:10
**whole** [5] - 21:24, 43:9, 74:3, 75:10, 76:13
**wife** [27] - 6:10, 18:18, 26:20, 30:24, 31:14, 32:15, 36:2, 39:13, 41:9, 46:7, 46:17, 48:5, 49:2, 49:15, 50:4, 50:6, 50:10, 50:19, 51:1, 51:16, 53:11, 53:23, 54:9,

66:7, 66:13, 82:15, 87:5
**wildfire** [1] - 24:23
**willful** [2] - 12:9, 12:12
**willing** [2] - 54:5, 54:6
**win** [1] - 47:3
**wire** [2] - 19:6, 71:17
**wired** [1] - 17:15
**wise** [1] - 48:9
**wish** [3] - 75:17, 84:24, 99:12
**witness's** [1] - 78:11
**witnesses** [9] - 16:24, 17:3, 32:3, 34:2, 34:6, 55:20, 77:5, 77:9, 78:9
**WOLFE** [61] - 1:14, 3:25, 6:22, 8:13, 8:19, 9:3, 9:9, 9:14, 9:22, 10:5, 10:7, 11:3, 11:16, 12:11, 12:19, 13:25, 14:16, 15:8, 15:22, 16:13, 16:22, 19:16, 20:23, 35:11, 38:21, 39:3, 40:16, 41:16, 56:25, 58:5, 58:10, 58:16, 58:21, 59:1, 59:6, 59:17, 59:20, 60:1, 62:11, 63:13, 63:15, 64:3, 69:8, 69:16, 69:18, 70:24, 71:2, 71:8, 71:12, 71:14, 71:21, 75:20, 76:4, 76:7, 76:12, 77:2, 96:2, 96:8, 96:15, 99:2, 99:7
**Wolfe** [20] - 4:1, 8:12, 8:18, 9:2, 9:7, 9:17, 16:21, 19:1, 20:22, 22:1, 38:20, 40:14, 58:4, 58:15, 58:20, 59:4, 69:6, 76:24, 95:21, 99:4
**WOLSON** [1] - 1:10
**Wolson** [3] - 97:22, 98:12, 98:16
**woman** [7] - 45:12, 45:14, 45:15, 45:16, 66:8, 82:24, 83:24
**womb** [1] - 42:17
**women** [1] - 81:13
**word** [2] - 51:9, 51:25
**words** [8] - 31:20, 33:2, 66:20, 69:14, 71:7, 80:18, 80:25, 89:9
**worker** [2] - 35:22, 53:21
**works** [2] - 49:10,

96:15
**World** [1] - 42:22
**world** [1] - 52:23
**worldly** [1] - 66:3
**worse** [3] - 31:14, 31:15, 38:6
**worst** [1] - 81:1
**write** [2] - 65:24, 65:25
**writing** [2] - 82:7, 98:4
**written** [2] - 26:3, 65:12
**wrongdoing** [3] - 32:7, 32:9, 88:14

## Y

**year** [2] - 23:18, 24:1
**year-and-a-half** [1] - 23:18
**years** [24] - 13:17, 13:22, 16:6, 22:22, 22:23, 25:21, 35:4, 35:19, 36:14, 42:16, 42:18, 46:11, 66:10, 77:24, 78:24, 79:1, 82:5, 83:25, 84:4, 84:24, 93:17, 94:21, 97:23, 98:13
**York** [2] - 46:5, 79:11
**young** [8] - 13:6, 14:21, 39:20, 65:15, 66:8, 68:1, 69:9, 79:13
**younger** [10] - 11:11, 11:21, 12:6, 17:21, 19:8, 19:10, 19:14, 19:15, 19:17, 39:9
**yourself** [4] - 34:25, 39:7, 40:20, 78:14