UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

George Wylesol  (215) 597-9221
Clerk of Court  george_wylesol@paed.uscourts.gov

03/01/2024

Embassy of the People's Republic of Bangladesh
His Excellency Mohammad Ziauddin
Ambassador Extraordinary and Plenipotentiary
3510 International Drive, NW
Washington, DC 20008

RE:   Return of Expired Foreign Passport(s)

Dear His Excellency Mohammad Ziauddin:

The Defendant(s), listed on page 2, is the holder of a passport(s) issued by your Country. Defendant was required to surrender his/her passport during the pendency of a criminal case in our district, and it was retained by the Clerk's Office following his/her conviction. As the case is closed and final date for any appeal is expired, pursuant to this Court's Standing Order regarding the handling of expired passports, it is being returned to your custody.

Please contact my office with any questions.

Sincerely,

George Wylesol

Enclosure(s)

Listing of returned expired foreign passports:

| Defendant's Name | Passport Number | Passport Expiration | Case Number |
|---|---|---|---|
| Nabila Khan | | 9/21/20 | 20CR392-2 |
| | | | |
| | | | |
| | | | |

I, __John D. Bullock__, certify that all passport(s) listed above were issued by the Country identified on page one, have expired and the criminal case is closed.

Signature: John D. Bullock

Title: Financial Manager

Date: 03/01/2024

2